UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSH FEIERSTEIN, Individually and On
Behalf of All Others Similarly Situated,

                         Plaintiff,

      v.

CORREVIO PHARMA CORP., MARK H.N.
CORRIGAN, WILLIAM HUNTER,
JUSTIN A. RENZ, and SHEILA M. GRANT,

                     Defendants.

:      19 Civ. 11361 (VEC)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF ASHLEY P. GROLIG IN SUPPORT OF DEFENDANTS' MOTION
TO DISMISS WITH PREJUDICE THE AMENDED CLASS ACTION COMPLAINT**

ASHLEY P. GROLIG, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am a member of the Bar of this Court and an associate with the firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for defendants Correvio Pharma Corp., Mark H.N. Corrigan, William Hunter, Justin A. Renz and Sheila M. Grant (the "Defendants") in the above-captioned action.

2.      I respectfully submit this declaration in support of the Defendants' Motion to Dismiss with Prejudice the Amended Class Action Complaint and to transmit to the Court true and correct copies of the following documents referred to in Defendants' Memorandum of Law in Support of Their Motion to Dismiss with Prejudice the Amended Class Action Complaint:

| EXHIBIT | DOCUMENT |
| --- | --- |
| **Exhibit 1** | Excerpts of Correvio's Form 20-F filed with the SEC on April 30, 2020; publicly available in full at https://www.sec.gov/Archives/edgar/data/1036141/000119312520127179/d879645d20f.htm |

| | |
|---|---|
| **Exhibit 2** | Correvio's Form 6-K, exhibit 99.1, filed with the SEC on May 27, 2020; publicly available in full at https://www.sec.gov/Archives/edgar/data/1036141/000134100420000228/ex99-1.htm |
| **Exhibit 3** | SPECTRUM Study Protocol Incorporating Amendments 1 and 2 (August 3, 2016); publicly available at https://clinicaltrials.gov/ProvidedDocs/29/NCT01370629/Prot_000.pdf |
| **Exhibit 4** | Correvio's Form 6-K, exhibit 99.1, filed with the SEC on April 17, 2018, referenced in the Amended Class Action Complaint in paragraphs 14 and 61; publicly available at https://www.sec.gov/Archives/edgar/data/1036141/000127956918000749/ex991.htm |
| **Exhibit 5** | Correvio's Form 6-K, exhibit 99.1, filed with the SEC on September 5, 2018; publicly available at https://www.sec.gov/Archives/edgar/data/1036141/000127956918001800/ex991.htm |
| **Exhibit 6** | Correvio's Form 6-K, exhibit 99.1, filed with the SEC on August 21, 2017; publicly available at https://www.sec.gov/Archives/edgar/data/1036141/000127956917001705/ex991.htm |
| **Exhibit 7** | Correvio's Form 6-K, exhibit 99.1, filed with the SEC on June 11, 2018; publicly available at https://www.sec.gov/Archives/edgar/data/1036141/000127956918001294/ex991.htm |
| **Exhibit 8** | Correvio's Form 6-K, exhibit 99.1, filed with the SEC on June 24, 2019; publicly available at https://www.sec.gov/Archives/edgar/data/1036141/000127956919001422/ex991.htm |
| **Exhibit 9** | Correvio's Form 6-K, exhibit 99.1, filed with the SEC on July 25, 2019; publicly available at https://www.sec.gov/Archives/edgar/data/1036141/000127956919001582/ex991.htm |

| | |
|---|---|
| **Exhibit 10** | Correvio's Form 6-K, exhibit 99.1, filed with the SEC on January 17, 2019; publicly available  at https://www.sec.gov/Archives/edgar/data/1036141/000127956919000104/ex991.htm |
| **Exhibit 11** | Correvio's Form 6-K, exhibit 99.1, filed with the SEC on August 1, 2019; publicly available at https://www.sec.gov/Archives/edgar/data/1036141/000127956919001634/ex991.htm |
| **Exhibit 12** | FDA Briefing Document, Cardiovascular and Renal Drugs Advisory Committee Meeting (December 10, 2019) , referenced in the Amended Class Action Complaint in paragraphs 7, 22, 24, 52, 54, 55, 74, 98, 99, 100, 101, 146, 147, 149, 150 and 151; publicly available at https://www.fda.gov/media/133297/download |
| **Exhibit 13** | Excerpts of Correvio's Form 40-F filed with the SEC on March 13, 2019; publicly available in full at https://www.sec.gov/Archives/edgar/data/1036141/000127956919000563/tv514629_40f.htm |
| **Exhibit 14** | Excerpts of Correvio Prospectus Supplement (To Base Shelf Prospectus Dated July 5, 2018) (dated August 2, 2019), filed with the SEC on August 2, 2019; publicly available in full at https://www.sec.gov/Archives/edgar/data/1036141/000127956919001660/tv526595_suppl.htm |
| **Exhibit 15** | Correvio's Form 6-K, exhibit 99.2, filed with the SEC on March 13, 2019; publicly available at https://www.sec.gov/Archives/edgar/data/1036141/000127956919000565/tv516150_ex99-2.htm |
| **Exhibit 16** | Excerpts of Correvio's Form 6-K, exhibit 99.2, filed with the SEC on April 17, 2020, Ex. 99.2; publicly available in full at https://www.sec.gov/Archives/edgar/data/1036141/000127956920000564/ex992.htm |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  New York, New York
June 30, 2020

/s/ Ashley P. Grolig
Ashley P. Grolig

3