# Exhibit 12

# FDA Briefing Document

# Cardiovascular and Renal Drugs Advisory Committee (CRDAC) Meeting

# December 10, 2019

Topic:  New Drug Application 22034

Vernakalant Hydrochloride Injection for the Rapid Conversion
of Recent Onset Atrial Fibrillation

1

The attached package contains background information prepared by the Food and Drug Administration (FDA) for the panel members of the advisory committee.  The FDA background package often contains assessments and/or conclusions and recommendations written by individual FDA reviewers.  Such conclusions and recommendations do not necessarily represent the final position of the individual reviewers, nor do they necessarily represent the final position of the Review Division or Office.  We have brought New Drug Application 22034, atrial fibrillation for the treatment of recent onset atrial fibrillation, to this Advisory Committee in order to gain the Committee's insights and opinions on key issues identified by the Agency.  The background package may not include all issues relevant to the final regulatory recommendation, and the final determination may be affected by issues not discussed at the advisory committee meeting.  The FDA will not issue a final determination on the issues at hand until input from the advisory committee process has been considered and all reviews have been finalized.

**Table of Contents**

Glossary ........................................................................................................................... 8

1.   Introduction ............................................................................................................ 12

2.   Draft Topics for Discussion.................................................................................... 13

3.   Purpose ................................................................................................................... 14

4.   Treatment of Recent Onset Atrial Fibrillation....................................................... 14

5.   Product Under Review............................................................................................ 16

6.   Proposed Indication................................................................................................ 16

7.   Proposed Dosage and Administration .................................................................... 17

8.   Preclinical Pharmacology ...................................................................................... 17

9.   Regulatory Background........................................................................................... 17

10.  Overview of Clinical Development......................................................................... 20

11.  Conclusions on the Substantial Evidence of Effectiveness.................................... 24

12.  Overview of Safety Findings from Clinical Trials ................................................. 25

    12.1.   Overall Exposure and Characteristics of the Safety Population................. 25

    12.2.   Deaths and Serious Adverse Events of Special Interest (AESI) ................. 25

        12.2.1.   Serious Hypotension........................................................................ 26

        12.2.2.   Serious Ventricular Arrhythmias..................................................... 27

        12.2.3.   Serious Conduction Disturbances.................................................... 28

        12.2.4.   Serious Bradycardia......................................................................... 28

        12.2.5.   ECG and Blood Pressure Changes .................................................. 29

        12.2.6.   Serious Adverse Events after ECV.................................................. 31

13.  Postmarketing Safety Experience........................................................................... 31

    13.1.   Review of non-US Postmarketing Data Submitted in the NDA ................. 31

    13.2.   SPECTRUM ............................................................................................... 32

        13.2.1.   Background and Study Design ........................................................ 32

        13.2.2.   Objectives ....................................................................................... 32

        13.2.3.   Data Sources ................................................................................... 33

        13.2.4.   Study Subjects ................................................................................ 33

13.2.5.    Overall Exposure ................................................................................. 34

13.2.6.    Safety Results ..................................................................................... 35

13.2.7.    Summary and Limitations ................................................................. 36

14.   Safety of Available Alternative Therapies .............................................................. 37

14.1.    Overview ..................................................................................................... 37

14.2.    Ibutilide ...................................................................................................... 38

14.3.    Electrical Cardioversion ............................................................................. 38

14.4.    Use of Cardiac Conversion Therapies ........................................................ 39

14.5.    Conclusions on the Safety of Alternative Therapies ................................... 39

15.   Proposed Risk Management Plan ............................................................................ 39

16.   FDA Integrated Benefit/Risk Assessment .............................................................. 40

17.   Appendices .............................................................................................................. 43

17.1.    Demographic and Baseline Characteristics of All Patients Population ...... 43
in Integrated Analysis of Clinical Trials .................................................................. 43

17.2.    Preclinical Pharmacology ........................................................................... 44

17.3.    Potency of Vernakalant Inhibition of Cardiac Ion Channels from ............. 54
Various Species and Cloned Cell Models (IC$_{50}$s) ................................................ 54

17.4.    Frequency- and Voltage-dependent Block of Peak Sodium Channel by ..... 55
Vernakalant ............................................................................................................. 55

17.5.    Vernakalant-related Deaths in Clinical Trials Based on Medical ............... 56
Review ..................................................................................................................... 56

17.6.    Summaries of Serious Adverse Events of Special Interest 0-2 Hours ........ 57
from Dosing (Clinical Trials) .................................................................................. 57

17.7.    Selected Postmarketing (outside of US) Serious Adverse Event and ......... 61
Death Cases ............................................................................................................. 61

17.8.    Selected Narratives from SPECTRUM ........................................................ 63

17.9.    ACT V Eligibility Criteria .......................................................................... 64

17.10.    Ibutilide Postmarketing Data ...................................................................... 66

17.10.1.    FDA Adverse Event Reporting System Data ...................................... 66

17.10.2.    Medical Literature ............................................................................. 66

17.11.    Electrical Cardioversion Literature Review ............................................... 71

17.12.    Applicant's Proposed Pre-Infusion Checklist ............................................ 80

17.13.    Serious Adverse Events and Number Needed to Harm (NNH) ................... 82

4

17.14.    Ventricular Arrhythmia Events from 12-lead Electrocardiograms ............................ 83

**Table of Tables**

Table 1.  Overview of completed clinical studies in AF/AFL patients for vernakalant Injection 21
Table 2.  Conversion to Sinus Rhythm within 90 Minutes in ACT I and ACT III....................... 24
Table 3.  Conversion to Sinus Rhythm within 90 Minutes, ACT I and ACT III Combined by Dose ..................................................................................................................................... 24
Table 4.  Conversion to Sinus Rhythm within 90 Minutes in CRAFT........................................ 25
Table 5.  Incidence of serious hypotension-related AEs within 2 hours post-dose ...................... 26
Table 6.  Incidence of serious ventricular arrhythmia AEs within 2 Hours Post-dose................. 27
Table 7.  Incidence of serious conduction disturbance AEs within 2 hours post-dose................. 28
Table 8.  Incidence of serious bradycardia AEs within 2 hours post-dose ................................... 28
Table 9.  Incidence of serious adverse events of special interest 0-2 hours from the start of study drug infusion and 0-2 hours following electrical cardioversion ................................................... 31
Table 10.  Enrolled Patient Population ........................................................................................ 34
Table 11.  Demographic and baseline characteristics in SPECTRUM........................................ 35
Table 12.  Incidence of serious AESIs within 2 hours post-dose in SPECTRUM ...................... 35
Table 13.  IC$_{50}$ Profiles for vernakalant, flecainide, and ibutilide ................................................. 46
Table 14.  Subclasses of Vaughan-Williams Class I drugs based on dissociation constants ....... 47
Table 15.  Vernakalant PK in patients with Afib........................................................................... 53

## Table of Figures

Figure 1.  Prevalence of diagnosed atrial fibrillation stratified by age and sex[3] ......................... 14

Figure 2.  Structure of vernakalant hydrochloride ......................................................... 16

Figure 3.  Effects of vernakalant and flecainide on maximum LV dp/dt in dogs ......................... 19

Figure 4.  Cumulative distribution function of maximum increases from baseline in QRS interval ................................................................................................. 29

Figure 5.  Cumulative distribution function of maximum increases from baseline in QTcF interval ......................................................................................... 30

Figure 6.  Cumulative distribution function of maximum decreases from baseline in systolic blood pressure ............................................................................. 30

Figure 7.  Binding and unbinding of RSD1205 to peak sodium channel under a rest-recovery protocol .................................................................................. 47

Figure 8.  Sodium channel dissociation constants for RSD1205 and for flecainide .................... 48

Figure 9.  Effects of vernakalant and flecainide on maximum LV dp/dt in dogs ........................ 49

Figure 10.  Vernakalant effects on dP/dT max in dogs .................................................. 50

Figure 11.  Flecainide effects on dP/dT max in dogs ................................................... 51

Figure 12.  Plasma levels (ng/mL) of vernakalant and flecainide following infusion in conscious dogs ............................................................................ 52

## Glossary

| | |
|---|---|
| AAD | antiarrhythmic drug(s) |
| AC | advisory committee |
| ACLS | advanced cardiac life support |
| ACS | acute coronary syndrome |
| AE | adverse event |
| AERP | atrial effective refractory period |
| AESI | adverse event of special interest |
| AFib | atrial fibrillation |
| AFL | atrial flutter |
| ALP | alkaline phosphatase |
| ALT | alanine aminotransferase |
| AUC | area under the curve |
| ANCOVA | analysis of covariance |
| ANOVA | analysis of variance |
| AR | adverse reaction |
| AS | aortic stenosis |
| AST | aspartate aminotransferase |
| BCRP | Breast Cancer Resistance Protein |
| BL | baseline |
| BLA | biologics license application |
| BMI | body mass index |
| BP | blood pressure |
| BPCA | Best Pharmaceuticals for Children Act |
| BPM | beats per minute |
| BRF | Benefit Risk Framework |
| CABG | coronary artery bypass grafting |
| CAD | coronary artery disease |
| cTn | cardiac troponin |
| CBER | Center for Biologics Evaluation and Research |
| CDER | Center for Drug Evaluation and Research |
| CDRH | Center for Devices and Radiological Health |
| CDTL | Cross-Discipline Team Leader |
| CFR | Code of Federal Regulations |
| CMC | chemistry, manufacturing, and controls |
| CNS | central nervous system |
| CO | cardiac output |
| COA | Clinical Outcome Assessment |
| COPD | chronic obstructive pulmonary disease |
| COSTART | Coding Symbols for Thesaurus of Adverse Reaction Terms |
| CRDAC | Cardio-Renal Drugs Advisory Committee |
| CRF | case report form |
| CRO | contract research organization |
| CRT | clinical review template |

| | |
|---|---|
| CSR | clinical study report |
| CSS | Controlled Substance Staff |
| CV | cardiovascular |
| DCaRP | Division of Cardiovascular and Renal Products |
| DBP | Diastolic Blood Pressure |
| DM | Diabetes mellitus |
| DMC | data monitoring committee |
| dp/dt | left ventricular contractility |
| DPMH | Division of Pediatric and Maternal Health |
| EAC | endpoint adjudication committee |
| ECG | electrocardiogram |
| Echo | echocardiogram |
| ECV | Electrical cardioversion |
| eCTD | electronic common technical document |
| ED | emergency department |
| eGFR | estimated glomerular filtration rate |
| ETASU | elements to assure safe use |
| EU | European Union |
| FAERS | FDA Adverse Event Reporting System |
| FDA | Food and Drug Administration |
| FDAAA | Food and Drug Administration Amendments Act of 2007 |
| FDASIA | Food and Drug Administration Safety and Innovation Act |
| FOI | fraction of initial |
| GCP | good clinical practice |
| GI | gastrointestinal |
| GRMP | good review management practice |
| HF | heart failure |
| HOI | health outcomes of interest |
| HTN | hypertension |
| HV | healthy volunteer |
| ICD | informed consent document |
| ICH | International Council for Harmonization |
| IEC | Independent Ethics Committee(s) |
| IHD | Ischemic heart disease |
| IND | Investigational New Drug Application |
| IRB | Institutional Review Board(s) |
| IRT | Interactive Response Technology system |
| ISE | integrated summary of effectiveness |
| ISS | integrated summary of safety |
| $I_{KACh}$ | acetylcholine activated potassium current |
| $I_{Kr}$ | rapid delayed rectifier potassium current |
| $I_{Kur}$ | ultra-rapid delayed rectifier potassium current |
| $I_{Na-late}$ | Late inward sodium current |
| $I_{Na-peak}$ | Peak inward sodium current |
| $I_{to}$ | transient outward potassium current |
| ITT | intent to treat |

| | |
|---|---|
| IV | intravenous |
| J | joules |
| K-M | Kaplan-Meier |
| LBBB | left bundle branch block |
| LoC | loss of consciousness |
| LV | left ventricular |
| LVEDP | left ventricular end diastolic pressure |
| LVEF | left ventricular ejection fraction |
| M | molar |
| M/M | molar ratio |
| MA | marketing authorization |
| MedDRA | Medical Dictionary for Regulatory Activities |
| MI | myocardial infarction |
| mITT | modified intent to treat |
| MMRM | mixed model repeated measures |
| MR | mitral regurgitation |
| NCI-CTCAE | National Cancer Institute-Common Terminology Criteria for Adverse Event |
| NDA | new drug application |
| NME | new molecular entity |
| NNH | number needed to harm |
| NNT | number needed to treat |
| NSAID | non-steroidal anti-inflammatory drug |
| NYHA | New York Heart Association |
| OCS | Office of Computational Science |
| opCAB | off-pump coronary artery bypass surgery |
| OPQ | Office of Pharmaceutical Quality |
| OSE | Office of Surveillance and Epidemiology |
| OSI | Office of Scientific Investigation |
| PAF | paroxysmal AFib |
| PASS | post-authorization safety study |
| PBRER | Periodic Benefit-Risk Evaluation Report |
| PCI | percutaneous coronary intervention |
| PEA | pulseless electrical activity |
| PCV | pharmacological cardioversion |
| PD | pharmacodynamics |
| PI | prescribing information or package insert |
| PK | pharmacokinetics |
| PMC | postmarketing commitment |
| PMR | postmarketing requirement |
| PP | per protocol |
| PPI | patient package insert |
| PREA | Pediatric Research Equity Act |
| PRO | patient reported outcome |
| PSUR | Periodic Safety Update report |
| PT | preferred term |
| RCT | randomized controlled trial |

10

| | |
|---|---|
| REMS | risk evaluation and mitigation strategy |
| RF | radiofrequency |
| RMP | risk management plan |
| ROMI | release of medical information |
| RR | respiratory rate |
| SAE | serious adverse event |
| SAP | statistical analysis plan |
| SBP | systolic blood pressure |
| SGE | special government employee |
| SMQ | standardized MedDRA query |
| SOC | standard of care |
| SOC | systemic organ class |
| SPA | Special Protocol Assessment |
| SpO$_2$ | oxygen saturation |
| SR | sinus rhythm |
| SV | stroke volume |
| T4 | total thyroxine |
| TB | total bilirubin |
| TEAE | treatment emergent adverse event |
| TnI | troponin I |
| TnT | troponin T |
| TSH | thyroid stimulating hormone |
| ULN | upper limit of normal |
| US | United States |
| VFib | ventricular fibrillation |
| VFL | ventricular flutter |
| VT | ventricular tachycardia |

# Memorandum



**Department of Health and Human Services**

**Public Health Service**

**Food and Drug Administration**

**Center for Drug Evaluation and Research**

Date:                          November 12, 2019

From:                          Norman L. Stockbridge, MD, PhD
                               Director
                               Division of Cardiovascular and Renal Products
                               Office of Drug Evaluation I
                               Office of New Drugs, CDER, FDA

To:                            Members of the Cardiovascular and Renal Drugs
                               Advisory Committee (CRDAC) and Invited Guests

Subject:                       Overview of the December 10, 2019, Meeting of the
                               CRDAC for NDA 22034 vernakalant hydrochloride

## 1. Introduction

This single-day meeting of the Cardiovascular and Renal Drugs Advisory Committee (CRDAC) will focus on safety issues critical to the Center for Drug Evaluation and Research (CDER) in evaluating a pending New Drug Application (NDA) for vernakalant hydrochloride, a new antiarrhythmic drug developed by Correvio International Sàrl. Vernakalant hydrochloride (herein referred to vernakalant) is an intravenously administered multiple ion channel blocker that is intended to be used for rapid conversion of recent onset atrial fibrillation (AFib).

In brief, a US marketing application (NDA) for vernakalant was originally submitted to FDA in 2006. Although the drug was determined to be effective for conversion of AFib, the barrier to approval was safety. Specifically, the "Approvable" letter dated August 8, 2008 indicated that

12

"in the course of treating 375 patients in ACT I and ACT III, there have been eight adverse events of significant concern, principally related to hypotension, arrhythmias, and sinus pause occurring within two hours of vernakalant infusion."

In November, 2010, an otherwise healthy 77-year-old subject with AFib and no apparent underlying structural heart disease developed cardiogenic shock and death following vernakalant infusion. In light of this information, FDA placed the vernakalant investigational new drug application (IND) on clinical hold. The clinical hold prohibited administration of vernakalant in clinical studies in the US, and the hold remains in place at this time.

In this development program, vernakalant-related deaths and serious adverse events (SAEs) of hypotension, bradycardia, ventricular arrhythmia, , and conduction disturbance have been observed in a study population where poor cardiovascular (CV) outcomes are not expected. These events largely occur within two hours of vernakalant administration. Some hypotension events have been unresponsive to volume resuscitation and pressors. Indirect comparisons with other drugs and electrical cardioversion (ECV) suggest that vernakalant is less safe than existing treatment modalities. Hence, this meeting will focus on the safety issues identified in the vernakalant development program and whether available data support a favorable benefit-risk profile of vernakalant.

The Applicant's safety database includes 9 clinical trials in patients with AFib or atrial flutter (AFL). Specifically, there are 7 placebo-controlled clinical studies, one active-controlled study (AVRO) that compared vernakalant injection with amiodarone infusion, and one single arm (ACT IV) study.

The safety database also includes SPECTRUM, an observational registry of vernakalant-treated patients in six countries in Western Europe following approval in 2010 by the European Commission of intravenous (IV) vernakalant (BRINAVESS®) for rapid cardioversion of recent onset AFib.

## 2. Draft Topics for Discussion

1. Has the Applicant adequately characterized the safety profile of vernakalant for rapid conversion of recent onset AFib?

2. Do the available data support a favorable benefit-risk profile of vernakalant?

3. If the available data do not support a favorable benefit-risk profile, does the risk mitigation strategy (pre-infusion checklist) prospectively identify patients at risk of poor CV outcomes following vernakalant administration?

4. Do you recommend approval of vernakalant for the rapid conversion of recent onset AFib?

## 3. Purpose

The purpose of this Meeting is to obtain input from the Advisory Committee on whether the data provided by the Applicant support the safety and a favorable benefit-risk profile of vernakalant for the treatment of recent onset AFib. A secondary purpose of the Meeting is to consider whether a risk mitigation strategy could successfully identify patients at risk of poor CV outcomes following vernakalant administration.

## 4. Treatment of Recent Onset Atrial Fibrillation

Atrial fibrillation is a common arrhythmia that increases in prevalence with age (Figure 1).[1,2,3,4]

**Figure 1. Prevalence of diagnosed atrial fibrillation stratified by age and sex[3]**



---

[1] Wolf PA, et al. Secular trends in the prevalence of atrial fibrillation: the Framingham Study. Am Heart J 1996;131:790-5.

[2] Camm AJ, et al. Guidelines for the management of atrial fibrillation: The Task Force for the Management of Atrial Fibrillation of the European Society of Cardiology (ESC). Eur Heart J 2010;31:2369-429.

[3] Go AS, et al. Prevalence of diagnosed atrial fibrillation in adults: national implications for rhythm management and stroke prevention: the AnTicoagulation and Risk Factors in Atrial Fibrillation (ATRIA) Study. JAMA 2001;283:2370-5.

[4] January CT, et al. 2014 AHA/ACC/HRS Guideline for the Management of Patients With Atrial Fibrillation. J Am Coll Cardiol 2014;64;e1-76.

Not all patients with Afib require cardioversion to sinus rhythm (SR).  A rate-control strategy is reasonable in many patients, especially in older patients in whom effective rate control can be achieved and symptoms can be controlled.  No clinical trial has demonstrated that conversion to SR with pharmacological maintenance of SR obviates the need for long-term anticoagulation, reduces the long-term risk of hospitalization, or increases survival.

Alternatively, a rhythm-control strategy may be employed using a combination of cardioversion, maintenance antiarrhythmic drugs (AADs), and radiofrequency (RF) ablation on a background of anticoagulation and rate control for recurrences, which are common. The decision to pursue a rhythm control strategy is often driven by quality-of-life and symptom-control considerations. Rhythm-control may prevent atrial remodeling and delay the time of onset of permanent AFib, which could be important to younger patients.  Some patients, especially those with mitral stenosis, left ventricular (LV) hypertrophy, or infiltrative heart diseases, can become severely symptomatic or hemodynamically unstable with the loss of atrioventricular (A-V) synchrony and require cardioversion to maintain hemodynamic stability.

Once the decision has been made to proceed with cardioversion of AFib to SR, for patients who do not spontaneously convert, the choices to achieve that end are electrical cardioversion (ECV) or pharmacologic cardioversion (PCV).

ECV has the following US guideline-directed class I indications:

- ECV is recommended for patients with AFib or AFL as a method to restore SR.  If ECV is unsuccessful, repeated attempts at direct-current cardioversion may be made after adjusting the location of the electrodes, applying pressure over the electrodes, or following administration of an AAD.

- ECV is recommended when a rapid ventricular response to AFib or AFL does not respond promptly to pharmacological therapies and contributes to ongoing myocardial ischemia, hypotension, or HF.

- Cardioversion is recommended for patients with AFib or AFL and pre-excitation when tachycardia is associated with hemodynamic instability.

When PCV is chosen, the single guideline-directed Class I PCV recommendation is as follows:

- Flecainide, dofetilide, propafenone, and intravenous ibutilide are useful for pharmacological cardioversion of AFib or AFL, provided contraindications to the selected drug are absent.

The two guideline-directed Class IIa recommendations for PCV are as follows:

- Administration of oral amiodarone is a reasonable option for pharmacological cardioversion of AF.

15

- Propafenone or flecainide ("pill-in-the-pocket") in addition to a beta blocker or nondihydropyridine calcium channel antagonist is reasonable to terminate AFib outside the hospital once this treatment has been observed to be safe in a monitored setting for selected patients.

Of these guideline-directed therapies for PCV, only ibutilide has the same indication being sought for vernakalant:  for the "rapid conversion" of AFib to SR.  The other recommended agents are intended for oral administration; if they induce a PCV, they will do so in the hours, days, or weeks following initiation.  In the US, amiodarone, propafenone, and flecainide are not labeled for the PCV indication.  While oral dofetilide has an indication for conversion of AFib to SR, this indication is qualified by the statement that dofetilide has not been shown to be effective in patients with paroxysmal AFib.

## 5.  Product Under Review

**Drug Structure**

**Figure 2.  Structure of vernakalant hydrochloride**

## 6.  Proposed Indication

Vernakalant is an intravenously (IV) administered multiple ion channel blocker.
The proposed indication is "for rapid conversion of recent onset atrial fibrillation to sinus rhythm:

- "For non-surgery patients:  atrial fibrillation $\leq 7$ days duration"

- "For post-cardiac surgery patients:  atrial fibrillation $\leq 3$ days duration"

16

## 7.  Proposed Dosage and Administration

- "The recommended initial infusion is 3 mg/kg to be infused over a 10-minute period.  For patients ≥ 113 kg, a maximum initial dose of 339 mg should not be exceeded."

- "If conversion to sinus rhythm does not occur within 15 minutes after the end of the initial infusion, a second 10-minute infusion of 2 mg/kg may be administered.  For patients ≥ 113 kg, a maximum dose of 226 mg should not be exceeded."

- "The patient should be carefully observed for signs and symptoms of a sudden decrease in blood pressure or heart rate during infusion and for at least 2 hours after cessation of BRINAVESS treatment."

## 8.  Preclinical Pharmacology

Vernakalant inhibits multiple cardiac ion channels at concentrations similar to therapeutic concentrations.  Although the applicant has described vernakalant as an atrial specific antiarrhythmic, the cardiac ion channels it inhibits are generally expressed in both atria and ventricles.  Vernakalant is a Class I antiarrhythmic based on its effects on peak cardiac sodium current, maximum upstroke velocity in vitro ($V_{max}$), and QRS duration in vivo.  Available kinetic data strongly suggest that vernakalant exhibits subclass IC anti-arrhythmic drug (AAD) activity.  In vivo, vernakalant depresses left ventricular (LV) contractility in dogs at concentrations that are less than the therapeutic $C_{max}$, consistent with sodium channel inhibition.  In vitro and in vivo effects are not atrial specific.

IC50s for the targeted channels are reasonably close to therapeutic concentrations and similar across the channels that are blocked:  INa peak = INa late = hERG (IKr) = IKur = Ito = IKAch > ICaL.

For further information, see Appendices 17.2, 17.3, and 17.4.

## 9.  Regulatory Background

**Regulatory History for NDA 22034**

On December 19, 2006, Astellas Pharma US, Inc. submitted a US marketing application (NDA 22034) for vernakalant hydrochloride injection for the rapid conversion of AFib to SR.

On December 11, 2007, NDA 22034 was discussed at a one-day meeting of the CRDAC.  By a vote of 6 to 2, the Committee voted to approve vernakalant for the rapid conversion of AFib to SR.

17

In 2008, the Agency agreed that vernakalant was effective in converting patients with recent AFib to SR. Specifically, vernakalant converted 52% of subjects with AFib to SR in the ACT I and ACT III trials. However, in the "Approvable" letter dated August 8, 2008, the Agency indicated that given the high rates of spontaneous cardioversion and the relative safety and efficacy of electrical cardioversion (ECV), "vernakalant needs to be extremely safe and its risks need to be well characterized prior to approval." The letter also indicated that "in the course of treating 375 patients in ACT I and ACT III, there have been eight adverse events of significant concern, principally related to hypotension, arrhythmias, and sinus pauses occurring within two hours of vernakalant infusion."

The ACT V study was initiated in October 2009 to address the Agency's concerns regarding the safety of IV vernakalant with respect to serious drug-induced hypotension, bradycardia, and arrhythmias. This study was conducted under US IND 61848.

On October 19, 2010, the Division placed IND 61848 on full clinical hold for unreasonable and significant risk of illness or injury to human subjects because a patient in ACT V who received vernakalant experienced cardiovascular collapse with pulseless electrical activity (PEA) shortly following the drug infusion and subsequently died (see Appendix 17.5).

On December 15, 2011, the Division met with the applicant (Merck at that time) to discuss removal of clinical hold based on more stringent inclusion/exclusion criteria and more intensive patient monitoring. At the time of this meeting, at least 15 cases of severe hypotension with and without bradycardia had been attributed to vernakalant in the phase 2 and 3 studies (in addition to the case that led to the clinical hold). The Division concluded:

> "We do not believe that you have identified either a definitive mechanism or root cause of these episodes of vernakalant-induced severe hypotension and/or clinical shock and do not believe that your proposed modifications to the eligibility criteria are adequate to assure that such events will not recur in another trial. . . .if the risk of hypotension and shock could not be adequately mitigated, further clinical development of vernakalant for parenteral administration could continue only if you redesign the program so that its aim is to establish an effect on a clinical outcome commensurate with this risk."

In February, 2014, Cardiome, the applicant at the time, requested that the clinical hold be lifted. The Division reiterated the concerns raised at the December 15, 2011 meeting and additionally expressed concerns about findings in an animal study that had been conducted in the interim (TT #11-5561, February 2012). In this study, rapid ventricular pacing was used to induce left ventricular dysfunction in dogs followed by an infusion of vernakalant. One of six dogs experienced significant QRS prolongation during the first 8-9 minutes of the infusion without significant changes in PR interval, heart rate, or mean arterial pressure, and the infusion was stopped. Mean cardiac output was decreased by approximately 10 to 15%. Subsequently, the animal's hemodynamics became unstable post-infusion and it died. Because of these concerns and the new data from the animal study, the Division requested a study evaluating vernakalant in an animal model of AFib that could provide a no-observed-effect-level (NOEL) for the hemodynamic effects of concern.

18

Cardiome consequently conducted a hemodynamic study in dogs to investigate the mechanism of hypotension.  As stated previously, the first dog dosed with vernakalant after rapid-pacing died (see discussion of Study 1401 in Appendix 17.2).  In the remaining dogs (those that did not undergo rapid pacing), dose-dependent negative inotropy was induced by IV vernakalant – similar in magnitude but longer in duration than the IV flecainide controls (Figure 3).

**Figure 3.  Effects of vernakalant and flecainide on maximum LV dp/dt in dogs**

| Drug | Dog $C_{max}$ | Therapeutic $C_{max}$ |
|---|---|---|
| ●—— Vernakalant: 5.7 mg/kg, 15min; 2.3 mg/kg, 15 min (n=4) | ~1800 ng/mL | 4300 ng/mL |
| ●—— Flecainide:  3 mg/kg, 15 min; 1 mg/kg, 15 min (n=8) | ~700 ng/mL | 200-1000 ng/mL* |

**Source:  FDA Toxicology Analysis of Data from CorDynamics Dog Study (020-1401)**
**\*Goodman and Gilman's:  The Pharmacological Basis of Therapeutics, 12th edition**

Based on these findings, Cardiome proposed to resume clinical studies and mitigate the risk of severe hypotension by: 1) excluding patients with heart failure (HF); 2) infusing 500 mL of saline prior to administering vernakalant; and 3) slowing the rate of infusion.  The Division stated that the dog study results were not particularly reassuring, given the exposure-response data and the death of the only dog intended to model the human situation of vernakalant administration in the setting of tachycardia caused by AFib.  The Division also stated there was insufficient evidence to conclude that Cardiome's risk mitigation proposal would adequately assure the safety of subjects in clinical studies and, in fact, administering a fluid bolus immediately prior to administration of a negative inotrope raised safety concerns.  The Division

indicated that development could not resume without a reasonable pathway to approval and reiterated that demonstrating that vernakalant decreases the time to conversion from AFib to SR would not be an adequate clinical benefit to offset the risk of even an infrequent occurrence of life-threatening hypotension.

Cardiome attempted to identify a new dosing strategy (lower dose, shorter infusion) to mitigate the hemodynamic risks of vernakalant; however, a repeat dose study in dogs did not provide the desired electrophysiologic effect in the absence of negative inotropy (discussed at a Cardiome-Division meeting April 2017).

On June 23, 2019, Correvio resubmitted NDA 22034 to market vernakalant hydrochloride injection for the rapid conversion of AFib to SR.  To address the Division' safety concerns, the applicant included the results of the SPECTRUM study, an observational, post-approval safety study (PASS) describing European experience with vernakalant (see Section 13.2).  An analysis of spontaneous postmarketing adverse event cases reported from areas where vernakalant is approved for marketing was also included (see Section 13.1).

The IND remains on clinical hold.


## 10.  Overview of Clinical Development


Table 1 summarizes the clinical trials included in the vernakalant development program.  There is a total of 7 placebo-controlled clinical studies, one active-controlled study (AVRO) that compared vernakalant injection with amiodarone infusion, and one single arm (ACT IV) study. The original NDA submission (December 19, 2006) included four phase 2/3 studies to support safety in patients with AFib or AFL: ACT I, ACT III, Scene 2, and CRAFT.  During the original NDA review, safety data from two ongoing studies, ACT II and ACT IV[5] were also submitted.

The resubmission contains additional clinical studies that have been completed since the receipt of the Agency's Approvable letter in 2008, including three phase 3 studies, five phase 1 studies, and SPECTRUM.  As indicated previously, IV vernakalant (BRINAVESS®) was approved by the European Commission in 2010 for rapid cardioversion of recent onset AFib.  SPECTRUM was conducted as a post-authorization safety study (PASS) to collect information about dosing and to quantify risks associated with the use of IV vernakalant across European Union member countries.

---

[5] Safety datasets of ACT IV were provided during the original NDA review, but the final Clinical Study Report was submitted in the resubmission.  For this review, ACT IV was considered as part of the original NDA.

**Table 1.  Overview of completed clinical studies in AF/AFL patients for vernakalant Injection**

| Study Number (Acronym)[a] Study Objective | Phase | Population/ Duration | Design | Number of Patients by Treatment | | |
|---|---|---|---|---|---|---|
| | | | | Placebo/ Comparator | Vernakalant | Total |
| **Placebo-controlled studies** | | | | | | |
| **1235-1001 (CRAFT)** Dose-ranging, safety and efficacy | 2a | AF; 3-72 hours | R, DB, PC | 20 | 36 | 56 |
| **1235-0703B (Scene 2)** Safety and efficacy | 2/3 | AFL; 3 hours to 45 days | R, DB, PC | 15 | 39 | 54 |
| **1235-0703 (ACT I)** Pivotal safety and efficacy | 3 | AF; 3 hours to 45 days | R, DB, PC | 115 | 221 | 336 |
| **1235-0104 (ACT II)** Pivotal safety and efficacy | 3 | AF or AFL post-cardiac surgery; 3-72 hours | R, DB, PC | 54 | 107 | 161 |
| **1235-0504/04-7-010 (ACT III)** Pivotal safety and efficacy | 3 | AF or AFL; 3 hours to 45 days | R, DB, PC | 131 | 134 | 265 |
| **6517-CL-0020 (ACT V[b])** Safety and efficacy | 3b | AF; 3 hours to 7 days | R, DB, PC | 68 | 129 | 197 |
| **MK6621-010 Asia Pacific (AP)** Study[b] Safety and efficacy | 3 | Asian patients with AF; 3 hours to 7 days | R, DB, PC | 56 | 55 | 111 |
| **Active-controlled study** | | | | | | |
| **VERI-305-AMIO (AVRO)** Safety and efficacy | 3 | AF; 3-48 hours | R, DB, AC (amio-darone) | 116 | 116 | 232 |

21

| Study Number (Acronym)[a] Study Objective | Phase | Population/ Duration | Design | Number of Patients by Treatment | | |
|---|---|---|---|---|---|---|
| | | | | Placebo/ Comparator | Vernakalant | Total |
| **Uncontrolled clinical study** | | | | | | |
| **05-7-012 (ACT IV)** Safety | 3 | AF; 3 hours to 45 days | OL, single-arm | 0 | 236 | 236 |
| **Total safety and efficacy** | | | | 575 | 1073 | 1648 |
| **Post-authorization safety study** | | | | | | |
| **6621-049-00 (SPECTRUM)** Safety and efficacy | 4 | AF; ≤7 days | Post-market, OL, single-arm | 0 | 2009[d] | 2009[d] |

Source:  Applicant, Summary of Clinical Safety, Table 2, pages 17-18.
AC: active-controlled; AF: atrial fibrillation; AFL: atrial flutter; Comp: comparator; DB: double-blind; OL: open-label; PC: placebo-controlled; R: randomized.
[a]In general, study acronyms are used when referencing individual studies in the Summary of Clinical Safety.
[b]Study terminated early by sponsors.
[c]Includes 116 amiodarone-treated patients in the AVRO study.
[d]2009 separate episodes were evaluated in 1778 unique patients; separate episodes of AF were treated independently.
**Source:**  Clinical Study Reports (CSRs) of CRAFT, Scene 2, ACT I, ACT II, ACT III, ACT V, AP, AVRO, ACT IV, and SPECTRUM.

The key aspects of study design are, in general, similar across all clinical studies.  The important similarities and differences regarding study designs and patient population across studies are summarized below:

**Similarities:**

- All patients were over 18 years of age
- Patients with pacemakers were included, as were patients with a history of a variety of cardiac conditions including ischemic heart disease, hypertensive heart disease, stable CHF (except ACT V) and previous MI (> 30 days prior to dosing)
- Patients had to have a SBP above 90 mmHg and less than 160 mmHg and diastolic blood pressure (DBP) $\leq$ 95 mmHg at screening and baseline
- Patients had to have been adequately anticoagulated
- Patients with QT prolongation defined as uncorrected QT interval > 440 msec (500 msec in ACT II) were excluded
- Patients with bradycardia, or ventricular rate < 50 or < 45 bpm, or QRS interval > 0.14 seconds were excluded from the studies, unless the patient had a pacemaker
- Patients were allowed to be on rate control drugs as long as their heart rate was greater than 50 bpm and administration of these agents preceded vernakalant administration by at least 2 hours
- Patients who received intravenous Class I or Class III antiarrhythmic drugs (AADs, including amiodarone) within 24 hours prior to first study drug infusion or post-surgery (ACT II) were excluded
- Patients known to have previously failed ECV were excluded

**Differences:**

- ACT I and ACT III included long-duration AFib (> 7 days to $\leq$ 45 days) in addition to short-duration AFib (> 3 hours to $\leq$ 7 days)
- ACT II targeted post-surgery patients and included AFib or AFL for $\geq$ 3 and $\leq$72 hours occurring > 24 hours and $\leq$ 72 days after coronary artery bypass graft (CABG) and/or valvular surgery.  ACT II excluded patients with previous evidence of second- or third-degree atrioventricular block outside the operating room.
- ACT V excluded all patients with a history of HF (or presented with symptoms of HF) or documentation of LV dysfunction.
- AVRO was an active controlled study (versus amiodarone) including patients with AFib duration $\geq$ 3 and $\leq$ 48 hours
- ACT IV was an open-label, single arm study including patients with AFib duration > 3 hours and $\leq$ 45 days

23

## 11. Conclusions on the Substantial Evidence of Effectiveness

Vernakalant's efficacy analysis was supported by two randomized, placebo-controlled trials, ACT I and ACT III, that were determined to be adequate and well-controlled studies: adequately designed, methodologically sound, and appropriately conducted. Both ACT I and ACT III enrolled subjects with AFib ranging in duration from > 3 hours to ≤ 45 days. Treatment was considered successful if there was conversion of AFib to SR for at least one minute within 1.5 hours of the start of the first infusion. In both trials, subjects received 3.0 mg/kg IV vernakalant diluted in normal saline via infusion pump over 10 minutes. If the subject remained in AFL or AFib at the end of a 15-minute observation period following the first infusion, a second dose of 2.0 mg/kg vernakalant was administered according to the same method.

The principal efficacy findings of ACT I and ACT III are shown in Table 2 and

Table 3 (from the 2008 Clinical Review).

**Table 2. Conversion to Sinus Rhythm within 90 Minutes in ACT I and ACT III**

| Studies | Placebo | Vernakalant | % difference of success (95% CI) | P-value | Odds Ratio (95% CI) |
|---------|---------|-------------|-----------------------------------|---------|---------------------|
| ACTI | N=75 | N=145 | 47.7 (38.5, 57.0) | <0.0001 | 24.0 (6.9, 83.6) |
| | 3 (4.0%) | 75 (51.7%) | | | |
| ACTIII | N = 84 | N = 86 | 47.6 (36.3, 58.9) | <0.0001 | 38.3 (9.2, 159.5) |
| | 3 (3.6%) | 44 (51.2%) | | | |

Source:  FDA Statistician's Table

**Table 3. Conversion to Sinus Rhythm within 90 Minutes, ACT I and ACT III Combined by Dose**

| Studies | Placebo | Vernakalant |
|---------|---------|-------------|
| Dose 1 | N=159 | N=231 |
| | 6 (3.77%) | 93 (40.26%) |
| Dose 2 | N = 159 | N = 132 |
| | 6 (3.77%) | 26 (19.70%) |

Source:  FDA Statistician's Table

Subjects who failed to convert after one dose were generally older, had more exposure to Class I and III antiarrhythmic therapies at baseline, and had a slower ventricular response rate than subjects who converted after one dose.

Of note, the efficacy findings from the pivotal trials were supported by the results of an earlier, small, dose-ranging study, CRAFT, in which the reverse dosing regimen was administered (starting with 2 mg/kg followed by 3 mg/kg instead of starting with 3 mg/kg followed by 2 mg/kg), per Table 4:

**Table 4.  Conversion to Sinus Rhythm within 90 Minutes in CRAFT**

| | Placebo N = 19 | Vernakalant N = 18 | P-value |
|---|---|---|---|
| Number of subjects with termination | 1 (5.3%) | 11 (61.1%) | 0.0003 |

**Source:  Applicant**

# 12.  Overview of Safety Findings from Clinical Trials

This overview of vernakalant safety will focus on deaths and serious adverse events (SAE) of hypotension, ventricular arrhythmias, bradycardia and other conduction disturbances (conduction system block) from the pooled safety database of clinical trials.

## 12.1.    Overall Exposure and Characteristics of the Safety Population

In total, 1073 subjects were exposed to vernakalant and are included in the integrated safety data in the AFib/AFL patient population (N=773 and 300 from the original NDA and new studies in this resubmission, respectively).  There was a total of 459 patients in the placebo groups.

An episode of AFib may have been treated with either a single dose (3.0 mg/kg) or two doses (3.0 mg/kg + 2.0 mg/kg), with the second dose administered if conversion to SR did not occur within 15 minutes after the end of the initial infusion.  The vast majority of subjects who received vernakalant received weight-adjusted doses that were consistent with the proposed use: 35% (N=371) of subjects received 3 mg/kg and 63% (N=677) received 5 mg/kg.

The groups were well balanced with respect to demographic and baseline disease characteristics. A summary is found in Appendix 17.1.

## 12.2.    Deaths and Serious Adverse Events of Special Interest (AESI)

The vernakalant group had 4 times the incidence of SAEs (3% vs. 0.7%) compared to the placebo arm within 2 hours post-dose.  Only SAEs that occurred in the timeframe of 0-2 hours post the initiation of the infusion are described as they are most likely to be vernakalant-related,

given its short distribution half-life (approximately 10 minutes for poor metabolizers, and approximately 5 minutes for extensive metabolizers). Adverse events that occurred in a later time frame could be confounded due to continuation of AFib and use of other anti-arrhythmic therapies.

There were 8 deaths (0.7%) in vernakalant-treated subjects and 1 death (0.2%) in the placebo arm. After medical review of all deaths, two of the deaths were determined to be study drug-related by the clinical reviewers (Appendix 17.5). Narrative summaries of individual SAEs are included in Appendix 17.6.

### 12.2.1. Serious Hypotension

There were 9 hypotension SAEs in the vernakalant arm and none in the placebo arm. Serious hypotension events occurred within 15 minutes after vernakalant injection (median time of onset was 10 minutes). All SAEs were determined by the investigators to be related to vernakalant treatment.

**Table 5. Incidence of serious hypotension-related AEs within 2 hours post-dose**

|  | Placebo (N=459) | Vernakalant (N=1073) | Risk Difference (95% CI) |
|---|---|---|---|
| **Hypotension SAEs** | 0 | 9 (0.8) | 0.8 (0.3, 1.3) |
| Cardiogenic shock | 0 | 1 (0.1) | |
| Hypotension | 0 | 8 (0.7) | |

Particular subjects appeared to be at greater risk of hypotension (those with atrial flutter, heart failure, and baseline use of class I antiarrhythmics), but serious hypotensive events occurred in subjects without these conditions. Among the 9 subjects who experienced hypotension SAEs in the vernakalant group, 6 did not have a history of HF, 1 was on class I AADs at baseline, and 1 had a baseline diagnosis of AFL.

Although there were more serious adverse events of hypotension (presumably based on subject symptoms or clinical condition) in the vernakalant group, in the analyses of the vital sign data from the integrated clinical studies, both treatment groups experienced similar incidences of extreme BP decreases, SBP < 90 mmHg in ~5% of subjects and a ≥ 20% decrease in ~8% of subjects.

Of note, a subset of 43 subjects who received only one dose of vernakalant and did not convert to SR experienced a higher rate of these events (SBP < 90 mmHg in ~16% of subjects and ≥ 20% decrease in ~33%). At the discretion of the investigators, these subjects did not receive the second vernakalant dose. In analysis of ECG data, marked increases in QTcF (> 30 msec) and QRS (~20 msec) intervals were observed in the subset of patients who did not receive a second dose. We could not identify a baseline characteristic that would have enabled prospective identification of patients at risk of receiving vernakalant. However, the data demonstrate that subjects who received only one dose of vernakalant generally experienced a higher rate of events such as hypotension and QT widening (See Figures 4-6).

A review of individual cases revealed that severe hypotension can occur with or without bradycardia.

**Representative Case of Serious Hypotension, Arrythmia, Conduction Disorder, and Death (from ACT-V, also included in Appendix 17.5)**

*A 77-year-old male with a history of hypertension presented with AFib of 53.5 hours duration with minimal symptoms (palpitations, fatigue). His heart rate on presentation was 174 bpm, otherwise his physical examination was generally normal. His BP was 130/89 and SpO2 was 96% (room air). Bedside echocardiogram showed the subject was in AFib with a rapid ventricular response (HR 156) and had mild mitral regurgitation, an estimated LVEF of 44%, and no segmental wall motion abnormalities. At T=0 (beginning of infusion), his BP was 140/82 mmHg (HR 153); at T=5 minutes post-dose, his BP was 126/95 mmHg (HR 127); at T=10 minutes post-dose, his BP was 72/60 mmHg (HR 118). He subsequently became pulseless and rigid, with loss of consciousness. An echocardiogram during CPR confirmed PEA. He had two episodes of VFib and required defibrillation with return to AFib. After 40 minutes of resuscitation, his pulse was palpable and BP was measurable. BP support with norepinephrine and dopamine was required. AFib persisted with a rapid ventricular response (150 bpm). He was loaded with amiodarone and subsequently received ECV and SR was restored. Post-conversion echocardiogram showed LVEF 40%, diffuse hypokinesis, and mild MR. He suffered encephalopathy, renal failure, hepatic failure, rhabdomyolysis, coagulopathy, and recurrent AFib during dialysis. Two additional episodes of PEA required CPR. 22 days later, echocardiogram #3 showed LVEF >75% with severe MR. Coronary angiography demonstrated only non-obstructive coronary atherosclerosis. The subject died on Day 28 of hypovolemic shock secondary to gastrointestinal (GI) bleeding from ischemic colitis.*

### 12.2.2. Serious Ventricular Arrhythmias

There were 5 subjects with serious ventricular arrhythmias in the vernakalant arm compared to 0 in the placebo arm. Ventricular arrythmias generally occurred within 20 minutes after the initation of the vernakalant injection (median time of onset of the ventricular arrythmia was 7 minutes).

**Table 6. Incidence of serious ventricular arrhythmia AEs within 2 Hours Post-dose**

|  | Placebo (N=459) | Vernakalant (N=1073) | Risk Difference (95%) |
|---|---|---|---|
| **Ventricular arrhythmia SAEs** | 0 | 5 (0.5) | 0.5 (0.1, 0.9) |
| Ventricular extrasystoles | 0 | 1 (0.1) | |
| Ventricular fibrillation[a] | 0 | 3 (0.2) | |
| Ventricular tachycardia | 0 | 1 (0.1) | |

[a] One ventricular fibrillation case was reported as non-serious by the applicant

27

The incidence of ventricular arrhythmia events[6] within 2 hours post-dose based on integrated ECG data from all the trials was 2.6% vs. 2.0% in the vernakalant and placebo arms, respectively.

Adverse events related to QT prolongation within 2 hours post-dose were equally frequent in the two groups (0.4% in both), and there was no torsade de pointes (TdP) within 24 hours post-dose in either group.

### 12.2.3. Serious Conduction Disturbances

There were 3 conduction disturbance SAEs in the vernakalant group and none in the placebo group, all occurring within 15 minutes post-dosing.

**Table 7. Incidence of serious conduction disturbance AEs within 2 hours post-dose**

|  | Placebo (N=459) | Vernakalant (N=1073) | Risk Difference (95%) |
|---|---|---|---|
| **Conduction disturbance SAEs** | 0 | 3 (0.3) | 0.3 (0.0, 0.6) |
|   Atrioventricular block complete | 0 | 1 (0.1) | |
|   Sinus arrest | 0 | 2 (0.2) | |

### 12.2.4. Serious Bradycardia

There were 6 bradycardia SAEs in the vernakalant group and none in the placebo group. Serious bradycardia events occurred within 15 minutes after vernakalant injection (median time of onset of bradycardia was 13 minutes). Five out of 6 SAEs occurred in subjects who converted to SR after one dose of vernakalant.

**Table 8. Incidence of serious bradycardia AEs within 2 hours post-dose**

|  | Placebo (N=459) | Vernakalant (N=1073) | Risk Difference (95%) |
|---|---|---|---|
| **Bradycardia SAEs** | 0 | 6 (0.6) | 0.6 (0.1, 1.1) |
|   Bradycardia | 0 | 4 (0.4) | |
|   Sinus bradycardia | 0 | 2 (0.2) | |

ECG analyses were consistent with these findings.

---

[6] Ventricular arrhythmia event was defined based on (1) cardiologist over-read of 12-lead ECGs; (2) cardiologist over-read of Holter device (including runs ≥ 3 beats with HR ≥ 100 bpm classified as ventricular tachycardia); and (3) CEC assessment of 12-lead ECGs. The list of all the related events can be found in Appendix 17.6.

### 12.2.5. ECG and Blood Pressure Changes

Forty-three (43) subjects from the integrated clinical database received only one dose of IV vernakalant although they did not convert from AFib (V1-not C). In some of these subjects, the vernakalant infusion was prematurely aborted for medical cause. These subjects demonstrated notable QRS widening (Figure 4), QTcF prolongation (most of which appeared to be attributable to the QRS prolongation (Figure 5), and SBP reductions (Figure 6) compared to those who either converted with one dose or those who received both doses of vernakalant.

**Figure 4. Cumulative distribution function of maximum increases from baseline in QRS interval**



29

**Figure 5.  Cumulative distribution function of maximum increases from baseline in QTcF interval**



**Figure 6.  Cumulative distribution function of maximum decreases from baseline in systolic blood pressure**



### 12.2.6.  Serious Adverse Events after ECV

In clinical studies, a portion of subjects underwent ECV after study drug infusion because of lack of efficacy or the need for emergent ECV.  Table 9 shows the incidence of serious events of interest within 2 hours after study drug injection and 2 hours after the first ECV attempt.  It is not known whether there is any potential interaction between vernakalant injection and ECV; therefore, the risk profile after ECV is best assessed in the placebo arm.  Hence, the main comparison for this analysis is in the vernakalant group after infusion and the placebo group after ECV.

Overall, the major difference in the risk profile between vernakalant and ECV was the incidence of hypotension SAEs.  There was also a higher incidence of AFL and conduction disturbance SAE following vernakalant administration.  It should be noted that the timing of ECV in relationship to vernakalant has not been considered in the analysis; hence any interaction between the two cannot be assessed.

**Table 9.  Incidence of serious adverse events of special interest 0-2 hours from the start of study drug infusion and 0-2 hours following electrical cardioversion**

|  | 0-2 hrs following first infusion | | 0-2 hrs following first ECV attempt | |
|---|---|---|---|---|
|  | Placebo (N=459) | Vernakalant (N=1073) | Placebo (N=272) | Vernakalant (N=421) |
| Hypotension SAE | 0 | 9 (0.8%) | 0 | 0 |
| Atrial flutter SAE | 0 | 3 (0.3%) | 0 | 0 |
| Bradycardia SAE | 0 | 7 (0.7%) | 1 (0.4%) | 1 (0.2%) |
| Ventricular arrythmia SAE | 0 | 4 (0.4%) | 1 (0.4%) | 1 (0.2%) |
| Conduction disturbance SAE | 0 | 3 (0.3%) | 0 | 2 (0.5%) |

## 13. Postmarketing Safety Experience

### 13.1.     Review of non-US Postmarketing Data Submitted in the NDA

According to the applicant, the estimated cumulative exposure to vernakalant injection in the post-market setting from September 1, 2010 through August 31, 2018 is 50,276 treatment courses, including subjects enrolled in SPECTRUM as of June 16, 2017.

The applicant reported a total of 174 serious adverse drug reactions (ADRs) from spontaneous reports.  The most common serious ADRs included: AFL (19 events including several AFL cases with 1:1 atrioventricular conduction), hypotension (12 events), and ventricular tachycardia (10 events).  Five deaths have been reported.  The narrative for one death that appeared to be plausibly related to vernakalant and selected SAE case reports can be found in Appendix 17.7.

31

## 13.2.    SPECTRUM

### 13.2.1.  Background and Study Design

Cardiome has proposed that the findings from a European observational post-authorization safety study (PASS) (SPECTRUM) in over 2,000 patients treated with vernakalant offers reassurance about the safety of vernakalant and might alleviate safety concerns that arose from the preclinical studies and clinical trial data.

Vernakalant IV (Brinavess®) was approved by the European Commission for rapid cardioversion of recent onset AFib in 2010.  SPECTRUM was conducted to collect information about dosing and to quantify risks associated with the use of vernakalant IV within a network of clinical sites across EU member countries.

SPECTRUM was an observational registry of vernakalant-treated patients in six countries in Western Europe, including Austria, Denmark, Finland, Germany, Sweden, and Spain.  Patients who enrolled in the study received vernakalant IV at the discretion of their physicians independently of the study and were followed up to 24 hours after the last vernakalant IV infusion or until hospital discharge/end of medical encounter, whichever occurred first.  All medical treatment was administered at the discretion of the physician.

The study was initially designed to enroll patients and collect information prospectively with the first patient enrolled in September, 2011.  However, because of the lower than anticipated enrollment rate partially driven by the lower than predicted use of vernakalant, the SPECTRUM study protocol was amended to allow for the enrollment of retrospective subjects to support timely completion of the study.  This amendment was approved by the EMA in September, 2016 and allowed for retrospective enrollment at all sites as well as the addition of six new study sites. Retrospective data were collected only from patients who received vernakalant IV after additional risk minimization measures were implemented in April, 2013 (see "Pre-infusion Checklist," Appendix 17.12).  The last patient was enrolled in April, 2018.

### 13.2.2.  Objectives

The primary objective of the study was to estimate the incidence of the following health outcomes of interest (HOIs) reported during the first 24 hours after the last infusion of vernakalant IV or until discharge/end of medical encounter, whichever occurred earlier.

        a.  Significant hypotension defined as: symptomatic hypotension with SBP $< 90$ mmHg, requiring treatment with vasopressors

        b.  Significant ventricular arrhythmia defined as:

            i.  Sustained ventricular tachycardia with a ventricular heart rate $> 120$ beats per minutes (bpm) with duration $> 30$ seconds or VT that required intervention with either electrical shock or AADs; or

           ii.  TdP with a duration of $> 10$ seconds; or

          iii.  Ventricular fibrillation of any duration

        c.  Significant AFL defined as: AFL: with 1:1 atrioventricular conduction of $> 10$ seconds duration and a ventricular rate of $> 200$ bpm

32

    d.   Significant bradycardia defined as: bradycardia requiring electrical pacing (temporary or permanent) or any other SAE reports involving bradycardia

Because the definition of HOIs is unique for SPECTRUM and different from the definition used in the clinical studies, the safety review for SPECTRUM also focuses on the incidence of SAEs.

Other objectives for SPECTRUM included the evaluation of the potential risk of overdose and medication error as well as some assessments on the risk minimization activities (e.g., use of a pre-infusion checklist and a healthcare provider educational card).

### 13.2.3.  Data Sources

Data elements for both prospectively and retrospectively enrolled patients were largely collected through medical chart abstraction.  Additional data (e.g. New York Heart Association [NYHA] HF classification, time to conversion, BP, and cardiac monitoring) were collected using supplemental data collection forms for prospectively enrolled patients.  No supplemental data collection forms were used for patients enrolled retrospectively.  Reporting of all SAEs and HOIs that occurred during the study follow-up period within 24 hours post-dose was mandatory. The Safety Review Committee (SRC) reviewed each SAE and determined whether the event fulfilled the criteria for an HOI.  Non-serious AEs were collected if reported by the investigator. There was no routine collection of BP, heart rate (HR), or ECG data in SPECTRUM, except for some SAEs of interest, although BP (frequency and duration) and cardiac rhythm were monitored during and after infusion.

### 13.2.4.  Study Subjects

SPECTRUM included patients who were treated with vernakalant IV in acute care and inpatient settings.  The decision to treat a patient with vernakalant IV was made by the treating physician independently of the study.

The inclusion criteria for enrollment were:

- Patients treated with vernakalant IV, independently of the study
- Subjects and/or legal guardians willing to provide informed consent

The exclusion criteria for enrollment were:

- Enrollment in an investigational drug or device clinical trial in the 30 days prior to study enrollment.

Patients were selected for enrollment in SPECTRUM after the decision was made to administer vernakalant IV.  According to the protocol, to the extent possible, consecutive patients were to be enrolled at each study site.  If the patient met the inclusion criteria (received vernakalant treatment and provided informed consent) and had no exclusion criteria, the patient could be enrolled.  The time of obtaining the informed consent varied, and some patients were treated prior to signing the informed consent.  If a patient was not enrolled, the reason for not enrolling

33

the patient was recorded in the screening log.  Other information such as age and sex was collected in the screening log.

A patient could be enrolled in the study more than once if he or she was treated for more than one "episode" of AFib.  Each treatment episode was assigned a different patient ID and was treated independently.  Therefore, the word "patient" in later sections refers to a treatment episode and not a unique patient.

### 13.2.5.  Overall Exposure

Of 2,546 screened patients, 21% (531/2,546) were not enrolled into the registry, largely because of failure or refusal to provide informed consent (500/531; 94%).  Of the 2,015 patients screened and enrolled, 6 patients were excluded from the analysis because of various reasons.  Hence there were a total of 2,009 IV vernakalant treatment episodes that corresponded to 1,778 unique patients in the overall analysis population.

Approximately 80% of the analysis set consisted of patients with prospective data collection (1580/2009, 78.6%).  The majority of patients had only one vernakalant IV treatment episode (91%), and 9% of patients were enrolled in the study two or more times (Table 10).

Retrospectively enrolled patients had a higher percent of patients with multiple AFib episodes (18%).

Most of the admissions requiring vernakalant IV administration were emergency episodes (90%) and vernakalant IV was predominately administered in the emergency department (64%) and coronary care unit (20%).

**Table 10.  Enrolled Patient Population**

| | All patients (N=2009) | Prospective patients (N=1580, 79%) | Retrospective patients (N=429, 21%) |
|---|---|---|---|
| Unique patients | 1778[a] | 1441 | 342 |
| Patients with single treatment episode | 1614 (91%) | 1336 (93%) | 278 (82%) |
| Patients with multiple treatment episodes | 164 (9%) | 105 (7%) | 64 (18%) |
| 2 episodes | 123 (75%) | 77 (73%) | 47 (73%) |
| 3 episodes | 25 (15%) | 14 (13%) | 12 (19%) |
| 4 episodes | 11 (7%) | 8 (8%) | 3 (5%) |
| ≥ 5 episodes | 5 (3%) | 3 (3%) | 2 (3%) |

[a] Five patients were enrolled both prospectively and retrospectively

The demographics and baseline characteristics of the SPECTRUM patients were generally similar to those of subjects enrolled in the clinical studies with few noticeable differences in the medical histories.  A history of HF was lower in SPECTRUM (3% vs. 15% in the clinical

34

studies), particularly among retrospectively enrolled patients (0.9%), as summarized in Table 11. A history of myocardial infarction (MI) indicated patients had an MI within the 30 days preceding vernakalant IV administration in SPECTRUM. Hence, this percentage was expected to be lower than the percentage of patients with a prior history of MI in the clinical studies.

**Table 11. Demographic and baseline characteristics in SPECTRUM**

|  | Clinical Studies | SPECTRUM All | SPECTRUM Prospective | SPECTRUM Retrospective |
|---|---|---|---|---|
|  | Vernakalant (N = 1073) | Vernakalant (N = 2009) | Vernakalant (N = 1580) | Vernakalant (N = 429) |
| Mean Age (SD) | 63 (12.9) | 62 (13.0) | 62 (13.5) | 64 (11.2) |
| Male, n(%) | 714 (67%) | 1222 (61%) | 998 (63%) | 224 (52%) |
| White, n(%) | 977 (91%) | 1930 (96%) | 1559 (99%) | 371(87%) |
| Medical history, n(%) |  |  |  |  |
| Congestive heart failure | 167 (16%) | 63 (3%) | 59 (4%) | 4 (1%) |
| Hypertension | 599 (56%) | 1103 (55%) | 884(56%) | 219 (51%) |
| Myocardial infarction[a] | 111 (10.3%) | 21 (1%) | 20 (1%) | 1 (0.2%) |
| Valvular heart disease | 131 (12%) | 261 (13%) | 240 (15%) | 21 (5%) |
| Structural heart disease | 408 (38%) | 318 (16%) | 293 (19%) | 25 (6%) |

[a] In SPECTRUM, history of MI indicates patients had an MI within the 30 days preceding vernakalant IV administration

### 13.2.6. Safety Results

Table 12 shows the AESIs that occurred within 2 hours post-dose in SPECTRUM vs. the clinical studies. The incidence of these events was lower in SPECTRUM compared to clinical studies, although the numbers are small, which renders interpretation difficult. It should be noted that AEs in SPECTRUM were reported spontaneously which might have contributed to the lower frequency of these events. No fatal events were reported in SPECTRUM.

**Table 12. Incidence of serious AESIs within 2 hours post-dose in SPECTRUM**

| AE Grouping | SPECTRUM (N=2009) | Clinical (N = 1073) |
|---|---|---|
| Hypotension-related events | 4 (0.2%) | 9 (0.8%) |
| Arrhythmia | 18 (0.9%) | 16 (1.5%) |
| Bradycardia | 7 (0.3%) | 6 (0.6%) |
| Ventricular arrhythmia | 2 (0.1%) | 5 (0.5%) |
| Conduction disturbance | 4 (0.2%) | 3 (0.3%) |

[a] Two significant hypotension events were not reported in the applicant's AE dataset

Selected narratives from SPECTRUM can be found in <u>Appendix 17.8</u>.

### 13.2.7. Summary and Limitations

The safety results of SPECTRUM were consistent with what was observed in the clinical trials and was not suggestive of a new safety concern. Although the incidence of SAEs of special interest, including hypotension, bradycardia, ventricular arrythmia, and conduction disturbance, was lower than that observed in the clinical studies, we do not think that the data from SPECTRUM alleviate our prior safety concerns for vernakalant because of the inherent limitations of the study.

Our major concern is the potential selection bias related to the design and conduct of SPECTRUM which could significantly affect the validity of the study results. Evidence of selection bias in registries related to incomplete recruitment/inclusion (biasing toward a healthier group of patients) has been documented in the literature.[7,8] Potential selection bias could be present in SPECTRUM as follows:

- The decision to treat with vernakalant IV was made by the physician independently of the study. Therefore, we do not know how physicians selected patients to receive vernakalant treatment in the study and whether the process was subject to bias. It is possible that a heathier group of patients or patients with certain characteristics were more likely to be selected for vernakalant injection. Compared to the clinical studies, a lower percentage of patients in SPECTRUM had a history of HF/structural heart disease.

- Enrollment was pursued after physicians had made the decision to treat patients. According to the applicant, to the extent possible, consecutive eligible patients were to be included. However, there are no objective data (e.g. hospital record search) to evaluate the degree and quality of the consecutive enrollment. Hence, we do not know whether all patients who were treated with vernakalant at a given site went through the screening/enrollment process. The fact that several sites had enrolled patients both prospectively and retrospectively suggests that not all treated patients were screened. In addition, because of the emergent setting potentially associated with administration of vernakalant, the timing of obtaining informed consent varied on a case by case basis with some patients being treated before consent. It is possible that certain patients with serious outcomes after vernakalant treatment might not have been screened and enrolled.

- About 21% of screened patients were not enrolled in SPECTRUM. Ninety four percent of these patients refused to sign the informed consent. There was limited baseline information recorded (i.e., age and sex) for those who were screen failures. Hence, we do

---

[7] Ferreira-Gonzalez I. et al. Patient Registries of Acute Coronary Syndrome. Assessing or Biasing the Clinical Real World Data? Circ Cardiovasc Qual Outcomes. 2009; 2:540-547.

[8] Krumholz HM. Registries and Selection Bias. The Need for Accountability. Circ Cardiovasc Qual Outcomes. 2009; 2:517-518

not know whether there are major differences regarding patient characteristics between those enrolled and not-enrolled.

- Because of the slow rate of recruitment, subjects could be enrolled retrospectively at all study sites in SPECTRUM. This change could introduce another layer of selection bias if retrospective selection of treated patients was somehow related to the outcome. In fact, patients had to survive and/or be in relatively good condition following vernakalant IV treatment in order to be approached by the study personal for enrollment. Retrospectively enrolled subjects could represent a healthier subset. We note that the percentage of patients with a history of HF was lower in retrospectively compared to prospectively enrolled subjects in SPECTRUM (0.9% vs. 3%).

Given that data collection in SPECTRUM relied on the availability of information in a subject's medical records, there are also concerns regarding data accuracy and reliability. It is not clear whether SAEs were reported in a consistent manner in SPECTRUM, particularly among retrospectively enrolled subjects. The incidence of SAEs was three-fold higher in prospectively enrolled subjects compared to retrospectively enrolled subjects. Retrospective patients were enrolled after the additional risk minimization measures (e.g., use of Pre-Infusion Checklist) were implemented in April, 2013. One could argue that the lower rate of SAEs among retrospectively enrolled subjects could reflect the effect of risk minimization measures. However, this was not the case because the incidence of SAEs among prospectively enrolled subjects was similar regardless of the risk minimization activities (0.97% vs. 1.4% before and after April 01, 2013, respectively). In addition, the safety data from SPECTRUM are limited because useful information was not routinely collected (including BP and HR data during vernakalant administration). Similar to what was observed in the clinical studies, approximately 4% of vernakalant-treated patients in SPECTRUM received only one dose of vernakalant but did not convert. In clinical studies, this subset of patients was at higher risk of experiencing larger decreases in BP, greater QT and QRS prolongation, and a higher incidence of AEs/SAEs. The majority of these subjects did not receive the second dose of vernakalant because they experienced an AE or SAE requiring acute ECV (~80%). However, based on the available narratives in SPECTRUM, there was limited information regarding the reasons this 4% of subjects did not receive the second vernakalant dose. Approximately 70% of the subjects in this subgroup did not receive a second dose for "unknown" reasons. Hence, it is highly likely that AEs and possibly SAEs were underreported in SPECTRUM.

## 14.  Safety of Available Alternative Therapies

### 14.1.    Overview

This section provides an evaluation of safety data for ibutilide PCV and ECV, two currently available treatments for the rapid conversion of atrial fibrillation. Ibutilide labeling (Corvert®), FDA's Adverse Events Reporting System (FAERS), and the medical literature were reviewed.

The primary focus was on cases reporting an outcome of non-embolic death in patients who would have been eligible to be enrolled in vernakalant's ACT V study (see Appendices 17.9

37

through 17.11) and where the death was considered to be plausibly related to either PCV or ECV.  Patients with characteristics that would have excluded them from ACT-V (e.g., HF, recent acute coronary syndrome, valvular stenosis) would be expected to have an increased risk from both PCV and ECV and would not be eligible to receive treatment with vernakalant based on labeling proposed by the applicant.

For ECV, we also described serious adverse events related to anesthesia or sedation which is required for patients undergoing the procedure.

## 14.2.    Ibutilide

Ibutilide, approved by the FDA in 1995, is a class III antiarrhythmic drug indicated for the rapid conversion of AFib or AFL of recent onset to sinus rhythm.  In patients with AFL, 53% of those receiving 1 mg ibutilide and 70% of those receiving 2 mg converted to SR; for AFib, conversion was successful in 22% for 1 mg and 43% for 2 mg.

Notably, ibutilide has the following Boxed Warning for life-threatening arrhythmias:

> *"Ibutilide fumarate injection can cause potentially fatal arrhythmias, particularly sustained polymorphic ventricular tachycardia...In registration studies, these arrhythmias, which require cardioversion, occurred in 1.7% of treated patients during, or within a number of hours of, use of Ibutilide fumarate injection. These arrhythmias can be reversed if treated promptly."*

In the two pre-approval, double-blind randomized controlled trials (RCTs) that were the basis of the drug's approval (n=339 ibutilide patients), there were no deaths in the ibutilide groups. Most patients in these trials had some structural heart disease including left atrial enlargement, decreased left ventricular ejection fraction (LVEF), a history of valvular disease, or previous history of Afib or AFL.

A search of FAERS revealed cases of death only in patients who received ibutilide where the patients would have been excluded from ACT-V, had insufficient detail for a causal assessment, or had unlikely causal association.  Our literature search for ibutilide associated deaths did not identify any instances of ibutilide related death other than a Norwegian case report of a patient who would have been excluded from ACT-V.

Details of the FAERS review and the literature review can be found in Sections 17.10.1 and 17.10.2 of Appendix 17.10.

## 14.3.    Electrical Cardioversion

Published literature suggests ECV procedures generally result in conversion rates to SR exceeding 85%.  Patients undergoing ECV undergo anesthesia or sedation which carries the risk of CV or respiratory adverse reactions.

In our literature review, we did not identify any cases of ECV-related deaths in patients who would have been eligible to enroll in ACT-V.  Although transient hypopnea secondary to

38

anesthesia/sedation was observed in some published ECV studies, none of the patients in these studies required intubation.  Three patients with normal baseline LV function reported developing pulmonary edema and/or hypotension after ECV but subsequently recovered.  Overall, ECV-related serious AEs were uncommon and transient or self-limited.

Of note, among patients in literature studies that described ECV in patients who would have been excluded from ACT V, anesthetic/sedation effects in combination with ECV were associated with rare instances of pulmonary edema or LV dysfunction.  A subset of these patients required intubation, especially if there was a prior history of heart failure.  Even in these studies of patients with significant co-morbidities, ECV related serious AEs were uncommon.

A more detailed description of the literature on safety of ECV can be found in Appendix 17.11.

### 14.4.    Use of Cardiac Conversion Therapies

The American College of Cardiology/American Heart Association (ACC/AHA) Atrial Fibrillation Guidelines for Electrical and Pharmacological Cardioversion of Atrial Fibrillation and Atrial Flutter state ECV is preferred in patients with decompensated HF, ongoing myocardial ischemia, or hypotension.[3]  Electrical cardioversion is used more commonly than PCV among surveyed US cardiologists, emergency physicians, and hospitalists regarding acute management of atrial fibrillation.[4]

### 14.5.    Conclusions on the Safety of Alternative Therapies

Our analysis did not identify an outcome of death in patients who would have been eligible for vernakalant treatment based on the exclusion criteria used in vernakalant's randomized controlled trial, AFib Conversion Trial ACT-V.  The few deaths among ECV literature reports or ibutilide PCV FAERS and literature reports occurred in patients who would not have been eligible to receive vernakalant in ACT-V, or based on limited data, it could not be determined whether a patient met eligibility criteria or deaths were related to ECV or ibutilide PCV.

## 15.  Proposed Risk Management Plan

The applicant has proposed use of a "pre-infusion checklist" (Appendix 17.12) for health care providers to use prior to administration of vernakalant.  The checklist is meant to highlight important contraindications (e.g., significant hypotension, LV dysfunction, conduction abnormalities) for treatment with vernakalant.  We believe there is insufficient evidence to suggest that exclusion of these groups will sufficiently mitigate the risk of SAEs caused by vernakalant.  Specifically, the patient who died in ACT V, leading to the clinical hold for the vernakalant IND, would not have been excluded by use of this checklist.

Case 1:19-cv-11361-VEC    Document 50-12    Filed 06/30/20    Page 41 of 84

**Benefit-Risk Integrated Assessment**

Correvio has submitted an application to market Brinavess (vernakalant) for the rapid conversion of recent onset atrial fibrillation (AFib) to sinus rhythm (SR). Correvio has provided sufficient evidence of this benefit.

However, vernakalant has demonstrated serious safety liabilities (serious hypotension, ventricular arrhythmias, conduction abnormalities, death) in a target patient population (patients without heart failure (HF), hypotension, valvular disease) in which poor cardiovascular (CV) outcomes with either pharmacologic cardioversion (PCV) or electrical cardioversion (ECV) are not expected. Specific demographic and baseline disease characteristics that could prospectively exclude subjects who would experience these serious and sometimes fatal adverse events after vernakalant administration have not been identified.

We do not believe that the benefit proffered by vernakalant, conversion of AFib to SR, outweighs the serious risks associated with its use.

| Dimension | Evidence and Uncertainties | Conclusions and Reasons |
|---|---|---|
| **Analysis of Condition** | • AFib is a common, age-related arrhythmia.<br>• The clinical presentation of AFib ranges from asymptomatic to hemodynamically compromised (myocardial ischemia, hypotension, HF).<br>• Conversion to SR (either by ECV or PCV) can improve symptoms and improve hemodynamic instability.<br>• Maintenance of SR eventually requires either electrical ablative therapy or chronic pharmacologic therapy. Rate control (without | • AFib is a serious condition<br>• For patients in AFib with hemodynamic instability, HF, or myocardial ischemia, cardioversion (either ECV or PCV) is recommended.<br>• For patients in AFib without the above conditions, the decision to cardiovert is based on patient preference (symptom control or quality-of-life) |

| | | |
|---|---|---|
| | • cardioversion) is another therapeutic option.<br><br>• Although maintenance of normal sinus rhythm (NSR) may prevent atrial remodeling, it is unknown whether conversion to SR or maintenance of SR has a beneficial effect on long-term CV outcomes. | |
| **Current Treatment Options** | • Synchronized ECV<br>• Approved drugs for the rapid conversion of AFib to SR:<br>   ○ Ibutilide | • ECV is the preferred method for rapid cardioversion in patients who present with hemodynamic instability and for most AFib patients overall (if they choose to be converted). ECV requires general anesthesia and sedation. Serious risks associated with ECV include ventricular arrhythmias, bradycardia, or are related to general anesthesia/sedation (respiratory events; hypersensitivity).<br>• Ibutilide can also be used to rapidly convert AFib. Ibutilide's risks include arrhythmias, bradycardias, and heart block. These risks are increased in patients with HF, hypokalemia, and QT prolongation.<br>• Embolic events can occur with cardioversion by any method. |
| **Benefit** | • Approximately half of AFib subjects that are treated with IV vernakalant will convert to SR for at least one minute in the 90 minutes following its administration. The number needed to treat is approximately 2. | • Vernakalant is effective for rapid conversion of AFib to SR. |
| **Risk and Risk Management** | • Known vernakalant-induced CV serious adverse events (SAEs)<br>   ○ Hypotension<br>   ○ Bradycardia<br>   ○ Ventricular arrhythmia<br>   ○ Conduction disturbance<br>   ○ Death<br>• Applicant's risk mitigation strategy: | • The IND for vernakalant remains on clinical hold for unreasonable and significant risk of illness or injury to human subjects based on:<br>   ○ A case of ventricular arrhythmia, cardiogenic shock, and death in a subject undergoing treatment with vernakalant who had no apparent structural heart disease and no contraindications for vernakalant therapy.<br>   ○ Other serious cardiovascular adverse reactions in subjects with no apparent baseline structural heart disease, hypotension, or bradycardia. |

| | |
|---|---|
| <ul><li>○ Vernakalant is contraindicated in patients with: SBP <100; severe HF, aortic stenosis, severe bradycardia or heart block, QT prolongation, ACS in the last 30 days, use of Class I or III anti-arrhythmics in the 4 hours preceding or 4 hours after administration.</li><li>○ The applicant has proposed a two page "Pre-infusion checklist" to emphasize vernakalant's contraindications.</li></ul><ul><li>• The applicant has submitted the observational European SPECTRUM registry to provide reassurance about the safety of vernakalant.</li></ul> | <ul><li>○ The inability to identify patients who are more likely to experience vernakalant-induced serious and sometimes fatal events. The number needed to harm is 51 (see Appendix 17.13)</li><li>○ An inability to identify a dose or dose regimen that provides substantial efficacy for cardioversion with an acceptable rate of negative inotropy.</li></ul><ul><li>• There is insufficient evidence to suggest that the contraindications proposed (and highlighted in the "Pre-Infusion Checklist") would sufficiently mitigate the risk of serious vernakalant-related events (see case described above).</li><li>• SPECTRUM does not provide reassurance about the safe use of vernakalant in the post-marketing setting because of significant limitations in the registry design (e.g., non-consecutive enrollment) leading to selection bias.</li></ul> |

42

# 17. Appendices

### 17.1.    Demographic and Baseline Characteristics of All Patients Population in Integrated Analysis of Clinical Trials

| Subgroup | Placebo (N = 459) n (%) | Vernakalant (N = 1073) n (%) | Total (N = 1532) n (%) |
|---|---|---|---|
| Male | 303 (66.0) | 714 (66.5) | 1017 (66.4) |
| Mean Age (SD) | 62.1 (12.4) | 63.2 (12.9) | 62.8 (12.7) |
| Minimum | 21 | 22 | 21 |
| Median | 63 | 64 | 64 |
| Maximum | 90 | 94 | 94 |
| Age ≥ 65 yrs | 207 (45.1) | 535 (49.9) | 742 (48.4) |
| Age ≥ 75 yrs | 76 (16.6) | 220 (20.5) | 296 (19.3) |
| White | 391 (85.2) | 977 (91.1) | 1368 (89.3) |
| AFib Duration | | | |
| 3 hours to 7 days | 373 (81.3) | 876 (81.6) | 1249 (81.5) |
| 8 days to 45 days | 86 (18.7) | 196 (18.3) | 282 (18.4) |
| Diagnosis | | | |
| Atrial Fibrillation | 430 (93.7) | 1011 (94.2) | 1441 (94.1) |
| Atrial Flutter | 28 (6.1) | 59 (5.5) | 87 (5.7) |
| Medical History | | | |
| Congestive heart failure | 73 (15.9) | 167 (15.6) | 240 (15.7) |
| Hypertension | 229 (49.9) | 599 (55.8) | 828 (54.0) |
| Ischemic heart disease | 117 (25.5) | 231 (21.5) | 348 (22.7) |
| Myocardial infarction | 42 (9.2) | 111 (10.3) | 153 (10.0) |
| Structural heart disease | 191 (41.6) | 408 (38.0) | 599 (39.1) |
| Valvular heart disease | 67 (14.6) | 131 (12.2) | 198 (12.9) |
| Background rate control | | | |
| Any | 299 (65.1) | 685 (63.8) | 984 (64.2) |
| Beta-blocker | 241 (52.5) | 539 (50.2) | 780 (50.9) |
| Calcium channel blocker | 79 (17.2) | 185 (17.2) | 264 (17.2) |
| Digoxin | 71 (15.5)S | 138 (12.9) | 209 (13.6) |
| Background rhythm control | | | |
| Any | 72 (15.7) | 169 (15.8) | 241 (15.7) |
| Class I antiarrhythmic | | 59 (5.5) | 75 (4.9) |
| Class III antiarrhythmic | | 111 (10.3) | 170 (11.1) |

43

## 17.2.    Preclinical Pharmacology

- **Cardiac ion channel inhibitory profile**

    The applicant has described vernakalant as an atrial specific antiarrhythmic as follows:

    o "Vernakalant IV, an atrial-selective ion channel blocker, has a differing mechanism of action that mitigates some of the main safety concerns of other anti-arrhythmic treatments. (August 3, 2016 SPECTRUM Protocol, Synopsis)

    o "Vernakalant blocks potassium currents that control repolarization at all phases of the atrial action potential, including the ultra-rapid delayed rectifier potassium current (IKur), the transient outward potassium current (Ito), the acetylcholine activated potassium current (IKACh), and the rapid delayed rectifier potassium current (IKr). Vernakalant has been shown to inhibit human cardiac K2P2.1 (TREK-1) channels expressed in mammalian cells with a clinically relevant half maximal (50%) inhibitory concentration (IC$_{50}$) value of 13.3 μM. In humans, block of these currents at therapeutic concentrations results in an increased atrial effective refractory period (AERP), without significant effects on the ventricular effective refractory period (VERP). . . . The voltage-dependent sodium channel blocking properties of vernakalant further focus its actions to the atria during AF due to depolarization at high rates, the more positive resting potential and inactivation properties in the atrium versus the ventricle. (2018 Drug Safety Update Report)

    o "Vernakalant is a multichannel blocker of certain potassium channels, atypical class III antiarrhythmic. It acts preferentially in the atria to prolong atrial refractoriness and to rate-dependently slow impulse conduction. (2019, applicant risk management module to this NDA)

    o "Vernakalant exerts its activity in the atria by the concentration-, voltage- and frequency-dependent blockade of sodium channels, combined with preferential atrial specific blockage of potassium currents. (2019, applicant's briefing document for this advisory committee meeting)

    o "BRINAVESS (vernakalant hydrochloride) is an antiarrhythmic drug that acts preferentially in the atria by prolonging atrial refractoriness and slowing impulse conduction in a rate-dependent fashion (2019, proposed vernakalant label)."

However, in 2014, van Middendorp et al demonstrated that in a canine model of chronic left bundle branch block (LBBB), vernakalant increased QRS duration (though less than flecainide), but equally decreased LV dp/dt and left ventricular systolic pressure.[9] This finding led to the following commentary statements by Torsten Christ:[10]

---

[9] van Middendorp LB, Strik M, et al. Electrophysiological and haemodynamic effects of vernakalant and flecainide in dyssynchronous canine hearts. Europace. 2014;16:1249–1256.

[10] Torsten Christ. Atrial-selective Antiarrhythmic Activity by Vernakalant Fact or Fiction? J Cardiovasc Pharmacol. 2014;63(1):23-24.

*"Vernakalant started its career as a putative atrial-selective antiarrhythmic drug as a blocker of IKur. Its ability to cause open channel block of IKur was shown in expression systems. Such an effect could be principally confirmed in native human atrial cardiomyocytes. However, the effects were unexpectedly small. Vernakalant was unable to produce the marked shift of plateau potential to a more positive voltage as seen with the other IKur blockers mentioned above. The reason for the large difference in effect size between expression systems and native human atrial myocytes remains unclear, but may relate to altered stoichiometry of different potassium channel subunits and accessory proteins in recombinant expression systems. In any case, the data call in question that vernakalant is in fact an effective blocker of IKur at all.*

*"The most probable explanation is found in vernakalant's pharmacodynamic profile, which includes inhibition of the classic target of antiarrhythmics: sodium channels. The superiority of "new" class I drugs over "old" class I drugs (like flecainide) may critically depend on at least some selectivity for atria versus ventricles with respect to sodium channel block. The notion of vernakalant being an atrial-selective sodium channel blocker is based on the finding that it increased the effective refractory period in the atria, but not in the ventricle. Another class I effect is conduction slowing. In contrast to the study by van Middendorp et al, vernakalant did not prolong QRS in rats, but it should be noted that in the same study even flecainide was ineffective.*

*"The alarming finding of the study of van Middendorp et al is that vernakalant and flecainide showed similar effects on ventricular conduction and on ventricular force. Because the authors have used doses equally effective in converting AF, these findings suggest that vernakalant is as nonselective with regard to atria/ventricles as flecainide."*

Vernakalant does indeed inhibit multiple cardiac ion channels at concentrations similar to therapeutic concentrations. The cardiac ion channels it inhibits are generally expressed in both atria and ventricles. FDA agrees with the commentary statements by Christ that vernakalant is a Vaughan-Williams Class I antiarrhythmic based on its effects on peak cardiac sodium current ($I_{Na-peak}$, maximum upstroke velocity *in vitro* [$V_{max}$]), and QRS duration *in vivo*). This assessment is supported by the fact that flecainide, a known Class IC antiarrhythmic, demonstrates a multi-channel blocking profile that is virtually identical to vernakalant's, as shown in the table of comparative $IC_{50}$s below:

45

**Table 13.  IC$_{50}$ Profiles for vernakalant, flecainide, and ibutilide**

| | IC$_{50}$, µM | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | INa-Peak | INa-late | IKr (hERG) | IKur | Ito | IKAch | KATP | ICa-L |
| **Vernakalant** | 2.7  (0.1 Hz) | 14 | 2 | 3.2 | 15 | 10 | 47 | 84 |
| **Flecainide** | 1.8[7]  (0.2 Hz) | 1.9[11] | 1.5[12] | 2.9[13] | 17[14] | 3.6[15] | 17.3[16] | 27.2[8] |
| **Ibutilide** | 42.5[8] (0.1 Hz) | | 0.02[8] | | | | | 62.5[8] |

For vernakalant, IC$_{50}$s for the targeted channels are reasonably close to therapeutic concentrations and similar across the channels that are blocked:  I$_{Na-peak}$ = I$_{Na-late}$ = hERG (I$_{Kr}$) = I$_{Kur}$ = I$_{to}$ = I$_{KAch}$ > I$_{CaL}$.  Vernakalant's QRS-prolonging activity was well demonstrated in the integrated ECG data from controlled clinical trials (see Figure 4 on page 28 of this briefing document).  There is no rationale for assuming that vernakalant's safety will not reflect its potent I$_{Na-peak}$ blocking activity, which will not be confined to the atria.

Available kinetic data strongly support that vernakalant exhibits Vaughan-Williams subclass IC AAD activity.  Class I subclassifications into 1A, 1B, and 1C subclasses are determined by the unbinding constant of a sodium channel-blocking AAD according to Table 14:

[11] Guo D and Jenkinson S. J Pharmacol & Toxicological Meth. 2019;99:106575, in press. https://doi.org/10.1016/j.vascn.2019.04.001

[12] Kramer J, Obejero-Paz C, Myatt G, et al. MICE Models: Superior to the HERG Model in Predicting Torsade de Pointes. Sci Rep. 2013;3(2100);1-7.

[13] Yue L, Feng J, Wang Z and Nattel, S. Effects of ambasilide, quinidine, flecainide and verapamil on ultra- rapid delayed rectifier potassium currents in canine atrial myocytes. Cardiovascular Research. 2000;46:151-161.

[14] Yamashita T, Nakajima T, Hazama H et al. Flecainide inhibits the transient outward current in atrial myocytes isolated from the rabbit heart. J Pharmacol Exp Ther. 1995;274:315-312.

[15] Inomata N, Ishihara T and Akaike N. Mechanisms of the anticholinergic effect of SUN 1165 in comparison with flecainide, disopyramide and quinidine in single atrial myocytes isolated from guinea-pig. Br J Pharmcol. 1991;104:1007-1011.

[16] Wang D, Sato T and Arita M. Voltage dependent inhibition of ATP-sensitive potassium channels by flecainide in guinea pig ventricular cells. Cardiovas Res. 1995, 29: 520-525.

**Table 14.  Subclasses of Vaughan-Williams Class I drugs based on dissociation constants**

| Sub-class | Kinetics [17,18,19] | Dissociation constant [13] |
|---|---|---|
| Class IA | Intermediate kinetics | 1-10 seconds |
| Class IB | Fast kinetics | < 1 second |
| Class IC | Slow kinetics | >10 seconds |

The applicant investigated the recovery of $I_{Na-Peak}$ from use-dependent inhibition by RSD1205, a mixture of vernakalant and its diastereomers (10 µM) after conditioning trains.  RSD1205 demonstrates a slow unbinding rate (dissociation) as reflected by the slow recovery from sodium current inhibition.  $I_{Na-Peak}$ inhibition appears to take tens of seconds or even longer to recover from RSD 1205 exposure as shown in Figure 7:

**Figure 7.  Binding and unbinding of RSD1205 to peak sodium channel under a rest-recovery protocol**



**Source:  Applicant**

[17] Frumin H, Kerin N and Rubenfire M. Classification of antiarrhythmic drugs. J Clin Pharmacol. 1989;29(5):387-94.

[18] Mitchell L. Drugs for Arrhythmias. Merck Manuals.

[19] Lei M, Wu L, Terrar D and Huang C. Modernized Classification of Cardiac Antiarrhythmic Drugs. Circulation. 2018;138:1879-1896.

Vernakalant and its diastereomers are very similar structurally and their blocking potencies for $I_{Na\text{-}peak}$ are the same. Additionally, a single exponential function fits well for the offset kinetics of sodium channel unblock, suggesting similar biophysics for vernakalant and its diastereomers. Therefore, the offset kinetic data of RSD1205 strongly suggest that vernakalant shows subclass IC activity. Confirmation of this long dissociation constant (and, therefore, 1C subclassification) was performed for both the RSD1205 diastereomeric mix and for flecainide, per Figure 8.

**Figure 8. Sodium channel dissociation constants for RSD1205 and for flecainide**



**Source: Applicant**

For detailed results from *in vitro* patch clamp experiments showing the potency of vernakalant inhibition of cardiac ion channels from various species and cloned cell models ($IC_{50}s$), see Appendix 17.3.

For further information regarding the results of frequency- and voltage-dependent block of $I_{Na\text{-}peak}$ by vernakalant, see Appendix 17.4.

- ***In Vitro/Ex Vivo* assays**

Vernakalant concentration-dependently decreased maximum upstroke velocity of the action potential ($V_{max}$), prolonged action potential duration ($APD_{90}$) and effective refractory period (ERP) in native cardiac preparations, and decreased LV contractility (LV dp/dt) in the isolated (Langendorrf) heart. These data are consistent with the drug's multi-ion channel blocking profile, and in particular, sodium channel blockade at concentrations similar to, or lower than, those needed to inhibit other channels/currents.

48

- ***In vivo* pre-clinical hemodynamic effects reflect Vaughan-Williams Class IC activity in the ventricles**

The hemodynamic consequences of vernakalant's Vaughan-Williams Class IC activity are not atrial specific.  QRS interval prolongation and depression of cardiac LV contractility were both documented.  In Merck study TT 11-5561 performed in healthy conscious dogs, vernakalant widened QRS (17%), increased left ventricular end-diastolic pressure (LVEDP) (70%), and decreased maximum LV dP/dt (-15%) at plasma concentrations similar to the therapeutic $C_{max}$.  In CorDynamics dog study 020-1401, vernakalant caused dose-related decreases in maximum LV dP/dt (25-30%) in healthy conscious dogs that were equal in magnitude to the decreases in dP/dt$_{max}$ that were induced by the high-dose flecainide control, but recovery from vernakalant took twice as long, as shown in Figure 9, Figure 10, and Figure 11.

**Figure 9.  Effects of vernakalant and flecainide on maximum LV dp/dt in dogs**

| Drug | Dog $C_{max}$ | Therapeutic $C_{max}$ |
|---|---|---|
| Vernakalant: 5.7 mg/kg, 15min; 2.3 mg/kg, 15 min (n=4) | ~1800 ng/mL | 4300 ng/mL |
| Flecainide:  3 mg/kg, 15 min; 1 mg/kg, 15 min (n=8) | ~700 ng/mL | 200-1000 ng/mL* |

**Source:  FDA Toxicology Analysis of Data from CorDynamics Dog Study (020-1401)**
**\*Goodman and Gilman's:  The Pharmacological Basis of Therapeutics, 12th edition**

49

**Figure 10.  Vernakalant effects on dP/dT max in dogs**



**Source:  FDA Toxicology Analysis**

**Figure 11.  Flecainide effects on dP/dT max in dogs**



**Source:  FDA Toxicology Analysis**

51

Figure 12 summarizes plasma concentrations of vernakalant and flecainide following infusion in healthy conscious dogs (CorDynamics Study 020-1401).

**Figure 12.  Plasma levels (ng/mL) of vernakalant and flecainide following infusion in conscious dogs**



**Source:  CorDynamics Dog Study (020-1401)**

Note that peak plasma concentrations of vernakalant observed in dogs were below therapeutic concentrations observed in ACT I, as shown in Figure 12 and Table 15.  According to Goodman and Gilman (12th Edition), the therapeutic plasma concentration of flecainide (at a dose of 50-100 mg q 12 hours, the starting dose for the prevention of paroxysmal Afib/AFL) ranges from 200 – 1000 ng/mL.[20]

---

[20] Brunton LL et al.  Goodman & Gilman's:  The Pharmacological Basis of Therapeutics, 12th edition (Anti-Arrhythmic Drugs)

**Table 15.  Vernakalant PK in patients with Afib**

| Parameter | Treatment Groups | | | |
|---|---|---|---|---|
| | 1 Dose Vernakalant | | 2 Doses Vernakalant | |
| | Conversion=Y | Conversion=N | Conversion=Y | Conversion=N |
| $C_{max}$ (ng/mL) | | | | |
| N | 50 | 10 | 16 | 124 |
| Mean | 5064 | 4483 | 4863 | 4578 |
| SD | 3648 | 1751 | 1997 | 1486 |
| Median | 4245 | 4425 | 5200 | 4650 |
| $AUC_{0-90}$ (ng·h/mL) | | | | |
| N | 50 | 10 | 16 | 123 |
| Mean | 2623 | 2775 | 4371 | 4124 |
| SD | 1088 | 610 | 1659 | 1152 |
| Median | 2383 | 2692 | 4327 | 4048 |

**Source:  FDA Clinical Pharmacology PK Analysis of ACT I**

It is important to note that CorDynamics canine study 020-1401 was originally designed to evaluate vernakalant's effect on hemodynamics and contractility in a model of atrial fibrillation, simulated by administering IV vernakalant and the flecainide positive control to dogs following a 1-week period of rapid atrial pacing.  However, the single animal that received IV vernakalant after a one-week period of rapid atrial pacing demonstrated decreased cardiac contractility (~50% of control) due to rapid atrial pacing alone (i.e., immediately pre-dosing after the week of rapid atrial pacing), indicative of pacing-induced LV dysfunction.  Vernakalant was then administered at a dosage that was previously tolerated, and which yielded a plasma concentration that was less than the human therapeutic $C_{max}$.  Although the animal tolerated the drug initially, it was found dead between 1 and 2 hours following vernakalant administration after the rapid atrial pacing was resumed.  ECGs were not monitored; therefore, the cause of death could not be determined (see CorDynamics study 020-1401, narrative of dog 2670).  Because of this outcome, the week of rapid atrial pacing was not performed in the remaining animals.

Importantly, plasma levels achieved in the CorDynamics canine study 020-1401 that demonstrated vernakalant's negative inotropic effects were less than half the maximal plasma concentrations achieved in human subjects in ACT I.

**17.3.    Potency of Vernakalant Inhibition of Cardiac Ion Channels from Various Species and Cloned Cell Models (IC$_{50}$s)**

| Ion currents (ion channels) | IC$_{50}$ (µM) | | | | |
|---|---|---|---|---|---|
| | Human Atrial Myocyte | Dog Ventricular myocyte | Guinea Pig ventricular myocyte | Rat ventricular myocyte | Cloned channels in HEK293 cells |
| I$_{Na-P}$/Nav1.5 | 0.5 (10Hz) 0.7 (3Hz) 1.7 (1Hz) 2.7 (0.1 Hz) 85 (0.5Hz) 94 (0.5Hz) | | | | 8.9 (20Hz) 10.8 (10Hz) 18.6 (1Hz) 41.6(0.25Hz) 13 (1Hz) 29.9 (1Hz) 145 (<0.1 Hz) |
| I$_{Kr}$/hERG | >30 | 6.9 | 2 | | 7.2 to 21 |
| I$_{Ca-L}$ | 84 | | 219 (1Hz) 522 (0.1Hz) | | |
| Ito/Kv4.x | 0.85 (3Hz) 5.1 (0.1Hz) | | | 15 | 20 to 50 |
| I$_{KACh}$ | 52% inhibition at 30 µM | | 10 | | |
| I$_{Kur}$/KV1.5 | 8.9 to 9.3 | | | | 3.2 to 13 |
| K$_{ATP}$ | | | 47 | | |
| I$_{Na-L}$ | | | | | 70% at 30 µM (1Hz) 14 (1Hz) |
| I$_{Ks}$ | | >100 | >10 | | |
| I$_{K1}$ | | | >1000 | | |

### 17.4.    Frequency- and Voltage-dependent Block of Peak Sodium Channel by Vernakalant

The applicant evaluated the use-dependent and voltage-dependent inhibition of $I_{Na-Peak}$ by vernakalant in human atrium and HEK293 cells.  Vernakalant exhibited frequency and voltage dependent blockade of $I_{Na-Peak}$, with higher potencies observed at more rapid stimulation frequencies and at higher holding voltages.

| Tissue/Expression System | IC$_{50}$ (µM) | |
|---|---|---|
| | Frequency-dependent block of $I_{Na-P}$ | Voltage-dependent block of $I_{Na-P}$ |
| Human atrial myocytes | 2.7 (0.1Hz)<br>1.7 (1Hz)<br>0.7 (3Hz)<br>0.5 (10Hz) | 107 ( -120 mV)<br>60 (-100 mV)<br>43 (-80 mV)<br>31 (-60 mV) |
| HEK-293 Cells | 41.6 (0.25 Hz)<br>18.6 (1Hz)<br>10.8 (10 Hz)<br>8.9 (20 Hz) | N/A |

### 17.5.    Vernakalant-related Deaths in Clinical Trials Based on Medical Review

| Subject (Trial) | Death Summaries (Clinical Trials) |
|---|---|
| 1 Vernakalant (ACT III) | 64 yo male with a history of severe aortic stenosis (AS) with a gradient of 120 mmHg and LVEF 40% by echocardiogram (echo).  He was admitted to a hospital with chest pain (CP), AFib with a rapid ventricular response (RVR) (158 bpm), ST segment elevation, and cardiac troponin (cTn) elevation. Pre-infusion BPs were 104/53, 102/66, and 110/95 mmHg, and heart rate was 152 bpm.  After the first vernakalant infusion, his BP fell to 65/42 mm Hg and later recovered to 88/67 mm Hg.  After the second infusion, he became more nauseated and hypotensive and at the end of this infusion, he developed ventricular tachycardia.  He was cardioverted to a pulseless rhythm, received resuscitative maneuvers, and died. |
| 2 Vernakalant (ACT V) | 77 yo male with a history of hypertension (HTN) who presented in AFib (duration of 53.5 hours) with minimal symptoms (palpitations, fatigue).  His physical examination was generally normal except for a HR of 174 bpm.  His BP was 130/89 mm Hg and oxygen saturation (SpO2) was 96% on room air (RA).  Bedside echo showed the subject was in AFib with a rapid ventricular response rate (HR 156 bpm) with an estimated LVEF of 44%, no segmental wall motion abnormalities, and mild mitral regurgitation (MR).  After the first infusion, his BP at T=0 was 140/82 mm Hg (HR 153 bpm); at T=5 minutes, BP was 126/95 mm Hg (HR 127 bpm); and at T=10 minutes, BP was 72/60 mm Hg (HR 118 bpm).  He subsequently became pulseless, rigid, and lost consciousness.  An echo during CPR confirmed PEA.  He had two episodes of VFib which required defibrillation and returned the subject's rhythm to AFib. After 40 minutes of resuscitation, his pulse was palpable and BP was measurable.  BP support with norepinephrine and dopamine was required.  AFib persisted with RVR (150 bpm),  He was loaded with amiodarone and subsequently received ECV which restored SR.  Post-conversion echo showed LVEF 40%, diffuse hypokinesis, and mild MR.  He suffered encephalopathy, renal failure, hepatic failure, rhabdomyolysis, coagulopathy, and recurrent AFib during dialysis.  Two additional episodes of PEA required CPR.  22 days later, echo #3 showed LVEF >75% with severe MR.  Coronary angiogram showed only non-obstructive coronary atherosclerosis.  The subject died on Day 28 of hypovolemic shock secondary to GI bleeding from ischemic colitis. |

### 17.6.    Summaries of Serious Adverse Events of Special Interest 0-2 Hours from Dosing (Clinical Trials)

| Subject (Trial) | SAE Summaries 0-2 Hours from Dosing (Clinical Trials) |
|---|---|
| | **Hypotension SAEs** |
| 3 ACT III | 48 yo male with non-ischemic cardiomyopathy, LVEF < 25%, indwelling pacemaker, presented with AFib without documented symptoms. SBP was 110 mm/Hg at screening and 96 mm/Hg just prior to study drug infusion. Five minutes into first/only infusion, BP dropped to 70/55.  His rhythm then converted to AFL causing severe symptoms of sweating, pallor, and nausea.  Blood pressure became "not measurable" from 11:34 to 12:09, with LoC and generalized seizures.  He was placed in Trendelenburg and challenged with saline.  At 11:44, the DSMB Chair read ECG as sustained monomorphic VT.  A 15:20 ECG was read as nonsustained VT. At 13:15 BP was 81/61.  The patient subsequently underwent uneventful ECV. |
| 4 ACT IV | 45 yo male had baseline BP 114/81 and HR 73.  First infusion of vernakalant was prematurely discontinued after 5 min due to fall in BP to 70/30.  Minimum HR was recorded 54 BPM with PVCs. All SAEs resolved promptly on discontinuation of drug.  The patient did not convert and subsequently underwent uneventful ECV. |
| 5 ACT IV | 76 yo male received one full dose and one partial dose and did not convert.  The patient developed bradycardia to 44 BPM, became diaphoretic, and blood pressure "imperceptible" with HR in the 63-64 range after 8 min into the second infusion.  Subject received saline challenge, IV atropine, and IV neosynephrine.  Hypotension persisted for 30 minutes. The patient received uneventful ECV the following day. |
| 6 ACT IV | 56 yo male had LVEF ≥ 50%, baseline BP 123/67 and HR 103. He received one full infusion of vernakalant.  The patient developed hypotension down to 70/48 without bradycardia 5 mins after end of infusion.  The patient received saline and pentastarch with recovery of BP to 103/72 15 mins after the end of the infusion.  He converted to SR 24 min after the end of the infusion. |
| 7 ACT II | 72 yo male, by echo, had LVEF 45%, LVIDD 40 mm, and no LVH. He received one infusion and converted to SR.  The patient developed AFib two days post-CABG.  First infusion stopped prematurely after 7 minutes (11:32) due to wide complex non-sustained arrhythmia.  At 11:35, subject was hypotensive to 49/39 with multiple runs of non-sustained wide complex rhythm (longest 15 beats) interpreted as aberrant conduction of AFib.  Subject was placed in Trendelenburg with Ringers Lactate volume challenge.  Norepinephrine 0.01 mg IV bolus was given twice, and his BP recovered to normal at 11:38.  Stable SR achieved at 11:50. The subject developed recurrent episodes of AFL or AFib starting more than 15 hours after study drug infusion (discharge report). Each episode was treated with metoprolol and/or amiodarone with restoration to SR. |
| 2 ACT V | 77 yo male, died.  See narratives in death review. |

| Subject (Trial) | SAE Summaries 0-2 Hours from Dosing (Clinical Trials) |
|---|---|
| 9 ACT I | 49 yo male received one dose and did not convert.  The patient complained of retrosternal chest/shoulder discomfort 8 minutes into infusion (14:48).  He became diaphoretic with alternating hot/cold sensations, pale, weak, and felt imminent diarrhea. His SBP fell < 75 mmHg and was placed in Trendelenburg and given saline bolus. The patient was gradually improved, and hypotension was resolved at 15:05.  The patient subsequent had successful ECV. |
| 10 ACT I | 41 yo male received single full dose and partial second dose when he converted to SR and infusion was stopped.  The patient had nausea/dizziness followed by hypotension with BP dropping to 89/54 mmHg 13 minutes after the infusion was stopped (15:17).  He was placed in Trendelenburg and given saline.  By 16:04, blood pressure had recovered to 131/74 mmHg. |
| 11 Scene II | 79 yo female had baseline BP 127/81 with indwelling pacemaker for SSS.  She received complete first infusion, but second infusion was prematurely stopped due to SBP < 85 mmHg.  BP was continued to fall to 70/50 at 15:09, with nausea/vomiting.  Subject was placed in Trendelenburg position and a saline bolus of 1250 mL was administered over 30 minutes.  Her SBP did not recover to 100 mmHg, until 16:19.  3 days later, subject underwent uneventful ECV with 100 joules (j). |
| **Bradycardia SAEs** | |
| 4 ACT IV | See the narratives under hypotension SAEs |
| 5 ACT IV | See the narratives under hypotension SAEs |
| 14 ACT IV | 60 yo male with LVEF $\geq$ 50%, received one full infusion with conversion to SR.  9 min after end of infusion, he developed severe bradycardia (minimum 19 bpm) with hypotension (minimum 53/34 mm Hg).  Both events were resolved over next 13 minutes following two doses of atropine. |
| 15 ACT IV | 61 yo male with baseline BP 143/94 and HR 82, received one full infusion and converted to sinus bradycardia with HR 36 and BP 89/52 mm Hg. He was treated with atropine and the events were resolved within 10 minutes. |
| 16 ACT I | 63 yo male received one infusion, converted to SR followed by bradycardia for three days (prolonged hospital stay). Metoprolol was discontinued.  AFib recurred 5 days after receiving study drug. |

| Subject (Trial) | SAE Summaries 0-2 Hours from Dosing (Clinical Trials) |
|---|---|
| 17 ACT I | 58 yo male with h/o CABG, and MI received single infusion.  Within minutes of starting infusion (10:06), he experienced dizziness, nausea, taste of metal. Nausea was worsened as infusion progressed.  9 minutes following the infusion, he was clammy and diaphoretic, blood pressure fell from 125/64 to 79/44, and he was placed in Trendelenburg.  Blood pressure recovered to 111/75 and nausea resolved at 10:25. The subject had converted to SR at 10:17 (just after symptoms started and BP fell). Post-cardioversion the subject developed serious sinus bradycardia and sinus arrest with a nodal escape rhythm of 30 bpm. Two episodes of asystole were observed, both of 4.5 seconds duration. Three doses of atropine were administered. Sinus rhythm was restored 5 minutes after the received the last dose of atropine |
| | **Ventricular Arrhythmia SAEs** |
| 2 ACT V | 77 yo male, died.  See narratives in death review. |
| 1 ACT III | Severe AS, hypotension, and death.  See narratives in death reviews. |
| 4 ACT IV | See the narratives under hypotension SAEs. |
| 21 CRAFT | 24 yo female failed to convert with two doses of vernakalant.  She had 3 episodes of 3 beat runs of NSVT following the first dose of vernakalant.  Immediately following completion of the second infusion, ECV resulted in VFib requiring defibrillation.  Investigator suspected a loose ECG lead may have resulted in a non-synchronized shock that resulted in VFib. |
| 22 AVRO | 56 yo male with echo LVEF 50% received one infusion of vernakalant.  At the end of the first infusion, he developed weakness, BP 100/60, and ventricular tachycardia lasting 2 min 51 sec which was spontaneously terminated.  This was followed later by short episodes of NSVT.  Subject subsequently underwent successful ECV to SR at that same day, but AFib recurred the day following and was treated with amiodarone and repeat ECV. |

| Subject (Trial) | SAE Summaries 0-2 Hours from Dosing (Clinical Trials) |
|---|---|
| | **Conduction Disturbance SAEs** |
| 23 ACT II | 67 yo with baseline right bundle branch block (RBBB) and left anterior hemiblock (LAHB), s/p aortic valve replacement (AVR) developed AFib two days post-op.  Subject developed complete AV block near the end of the first infusion that was associated with hypotension (SBP 70 mmHg with 35 bpm).  External pacing via transthoracic pacing wires was initiated.  The Investigator attempted to stop study drug infusion at minute 9, but the first infusion was completed during emergency maneuvers.  After about 9 minutes, the subject converted to SR with 1st degree AVB @ 80 bpm. During hospitalization, the subject experienced episodes of paroxysmal AFib and started treatment with amiodarone 400 mg. |
| 24 ACT V | 76 yo female with a history of HTN, DM, and valvular heart disease (VHD).  She was on digoxin. Her baseline HR was 108.  At the end of the first infusion, ECG showed AFib with LAHB and HR of 88 bpm.  2 minutes later, subject experienced sinus arrest with brief chest compressions.  Five minutes later, ECG showed SB @ 58 bpm.  Second infusion was not given. |
| 17 ACT I | See narratives under bradycardia SAEs. |

60

### 17.7.     Selected Postmarketing (outside of US) Serious Adverse Event and Death Cases

| Subject | |
|---|---|
| 26 | 32 yo female developed hypotension six minutes following infusion (60/30 mmHg) with diaphoresis and cold extremities. She was treated with saline challenge and recovered four hours after first dose.  Subject converted to SR after correction of hypotension.  ECG and Echo were reported as normal. |
| 27 | 69 yo male with no history of cardiac disease had recent new onset of AFib.  He received Brinavess 318 mg IV (one dose only) and experienced:<br><br>• 5 min: itching, clammy, diaphoresis<br>• 10 min: SBP fell 130 to 80 mmHg while in AFib with HR 100-130 bpm<br>• 12 min: 500 cc NS bolus<br>• 15-25 min: sweating, clammy, SBP 70-80 mmHg, HR 100 bpm (AFib). Second 500 cc NS bolus<br>• 25 min: deterioration of hemodynamic status, very clammy, tonic-clonic seizures, loss of consciousness, no carotid pulse, idioventricular rhythm (HR: 40 bpm), arrest called, and chest compressions initiated<br>• 27 min sinus brady @ 40-50 bpm, narrow QRS, SBP @ 80 mmHg, consciousness recovered<br><br>Echocardiograms (all by same experienced "highly competent" sonographer) showed:<br><br>• Echo 1:  30 minutes post drug infusion LVEF "low normal"<br>• Echo 2:  90 minutes post drug patient now awake in "good stable condition clinically," LVEF < 20%<br>• Echo 3:  300 minutes (5 hours) post drug, normal echo with normal LV systolic function, troponins negative |
| 28 | • 67 yo male with CAD/off-pump coronary artery bypass surgery/PCI, mild aortic insufficiency (AI), LVEF 45%, epicardial pacemaker, and AFib<br>• Received one dose of vernakalant for post-op AFib which successfully converted to SR<br>• Post-conversion, developed hemodynamically relevant" V-tach over 3 minutes, each lasting about 20 seconds, necessitating pressors and volume resuscitation<br>Reporting physician:  "definitely related" |
| 29 | 73 yo female with history of AFib presented to the emergency department with AFib episode described as worse than most.  Troponin was normal.  After receiving metoprolol, she was treated with IV vernakalant.  After the first infusion, she experienced multiple asystolic pauses, most 6-7 seconds in duration, lasting several hours. She received atropine for the longer pauses of up to 10 seconds.  She briefly converted to SR but reverted to AFib with nocturnal bradycardia.  She underwent DDDR pacemaker implantation. |

61

| Subject | |
|---|---|
| 30<br>Death | 73 yo male s/p CABG (1985), PCI (2009), LVEF 47% by echo (2011) was admitted with 2 hours of chest pain and AFib on admission ▨▨▨▨▨ with elevated cardiac troponin (cTn) (26 ng/mL; upper limit of normal [ULN] 19) no acute ECG changes, and a normal chest x-ray. He was admitted with the diagnosis of NSTEMI.  The following morning, troponin had increased to 400. IV vernakalant was administered at approximately 09:30 with a baseline BP of 105/79 mmHg and HR 126 bpm (AFib).  Towards the end of the first infusion, BP fell to 85/64 mmHg and patient converted to SR.  The patient became sweaty and nauseated with BP 73/60 mmHg, lowest HR 66 bpm.  No interventions were administered.  At 11:00, medical on-call was called for hypotension, but no intervention was performed.  At 14:00, BP was 60/38 mmHg and the medical on-call was called again, noting that the patient was a "bit bubbly".  No CXR or ECG were noted, but patient was given Lasix 40 mg IV and cyclimorph 2.5 mg IV.  BP continued to fall and patient became "profoundly hypotensive," developed "VT, then VFib, then cardiac arrest."  He was intubated and ventilated but resuscitation efforts failed and the patient died at 23:30 p.m..<br><br>The treating physician thought that vernakalant "probably contributed to hypotension, which led to cardiogenic shock." |

62

## 17.8.    Selected Narratives from SPECTRUM

| Subject | Example Narratives from SPECTRUM: Hypotension SAEs |
|---|---|
| 31 | 77 yo male had baseline HR in AFib of 119 bpm. IV esmolol was started. Nine minutes after the first vernakalant infusion, the BP dropped briefly to 50/30 mmHg. At the time of lowest BP, he had SR with heart rate at 90 bpm. Subject was symptomatic with excessive flushing, sweating, paleness and feeling uncomfortable with a respiratory rate (RR) of 60. Subject was placed in Trendelenburg and volume challenged. He recovered without pressor therapy. |
| 32 | 91 yo female was given Seloken (metoprolol tartrate, 2.5 mg) as the pharmacologic cardioversion intravenously for AFib on 06 May 2014 from 08:50 to 08:51 hrs. The patient did not convert to SR. She then received vernakalant. The study site reported in the narrative section of the SAE eCRF: "When the second dose of Vernakalant was ending, the patient's pulse decreased from 150 to 40 bpm. BP was 70/50 mmHg. Patient received IV Atropine 0.5 mg IV around 10. She recovered 10:15-pulse 66 bpm. No later blood pressures were recorded. |
| 33 | 65 yo male was on flecainide for prophylaxis of AFib recurrence s/p ablation for paroxysmal atrial fibrillation (PAF). He was also on metoprolol. He developed bradycardia with hypotension after vernakalant therapy and was treated with IV fluid and atropine (no pressors) for BP 60/40 mmHg with HR 23. He recovered after about 10 minutes with HR of 52 bpm. Investigator felt the episode was "definitely related" to IV vernakalant. |
| 34 | 80 yo female with a history of AFib was on metoprolol/warfarin. She received IV vernakalant for recurrence (RVR of 130 bpm). 10 minutes after vernakalant infusion, she experienced symptomatic bradycardia with hypotension (vertigo and loss of consciousness) – the lowest HR was 28 bpm during the hypotensive event. No BP measurements were recorded before or during the event. The event of hypotension resulted in prolonged hospitalization. |

### 17.9.    ACT V Eligibility Criteria

Key Inclusion Criteria

- Ages 18 through 85, inclusive
- Recent onset (> 3 hours to ≤ 7 days), symptomatic, 12-lead ECG documented AFib determined by the investigator to be best managed by acute conversion to SR
- In the judgment of the investigator, adequate anticoagulant therapy
- SBP above 90 mmHg and less than 160 mmHg, DBP less than 95 mmHg, at screening (single measurement) and baseline (mean of triplicate measurements)
- In the judgment of the investigator, adequately hydrated

Key Exclusion Criteria

- History of HF or documentation of LV dysfunction evidenced by any of the following:
  o History of HF defined as physician documentation or report of any of the following symptoms of HF before the current care encounter, described as dyspnea, fluid retention, and/or low cardiac output secondary to cardiac dysfunction; or the description of rales, jugular venous distension, or pulmonary edema. A previous hospital admission with a diagnosis of HF was considered evidence of HF history
  o Objective evidence of HF during the present care encounter with documentation of rales, jugular venous distension, or pulmonary edema
  o Left ventricular dysfunction defined as an ejection fraction of less than 40%, if available. An echocardiogram was not required for enrollment in this study
- History of clinically significant illness (e.g., neurological, gastrointestinal, renal, hepatic, pulmonary, metabolic, endocrine, hematological, or psychiatric), medical condition, or laboratory abnormality within 4 weeks prior to screening that, in the investigator's opinion, would preclude the patient from participating in the trial
- Known or suspected prolonged QT or an uncorrected QT interval of > 0.440 seconds as measured at screening on a 12-lead ECG; familial long QT syndrome; or previous TdP
- Symptomatic bradycardia or ventricular rate less than 50 bpm documented by 12-lead ECG at screening, unless controlled by a pacemaker
- Bradycardia (HR less than 50 bpm) or hypotension (SBP less than 90 mmHg) after receiving a loading, bolus dose or sustained infusion of any rate control medication during screening
- QRS interval > 0.14 seconds, unless the patient had a pacemaker
- MI, ACS, or cardiac surgery (including percutaneous transluminal coronary angioplasty [PTCA] or stent placement), within 30 days prior to enrollment, or had evidence of new ischemic changes on the screening 12-lead ECG
- Troponin (I or T) levels beyond the upper limit of normal for the local lab at screening
- Significant valvular stenosis, hypertrophic obstructive cardiomyopathy, restrictive cardiomyopathy, or constrictive pericarditis
- Failed electrical cardioversion for AFib at any time
- Failed pharmacologic conversion with an intravenous Class I or Class III antiarrhythmic drug for the current episode of AFib

- Known reversible causes of AFib such as alcohol intoxication, pulmonary embolism, hyperthyroidism, acute pericarditis, or hypoxemia (oxygen saturation less than 90% of room air)
- Uncorrected electrolyte imbalance (serum potassium less than 3.5 mmol/L was to be corrected and documented within 6 hours of enrollment; hypomagnesemia of any level was an exclusion)
- Clinical evidence of digoxin toxicity in the opinion of the investigator
- Previous participation in a vernakalant study

## 17.10.    Ibutilide Postmarketing Data

### 17.10.1.    FDA Adverse Event Reporting System Data

The FDA Adverse Event Reporting System (FAERS) database was searched through September 5, 2019 for all reports of ibutilide and an outcome of death.  Of the 16 reports identified, two reports were excluded based on unlikely casual association of death related to ibutilide.  Patients in 10 reports had the following ACT V exclusion criteria:  history of HF (n=7), digitalis toxicity (n=2), or on-going pneumonia in a patient with pre-existing Do Not Resuscitate (DNR) order (n=1).  We provide additional details of the remaining four reports below, although we note that three of these reports contain "clinically significant illness," consistent with ACT V exclusion criteria.  Furthermore, we cannot exclude that a "clinically significant illness" may have existed in the remaining report because no information on time to onset, comorbidities, or concomitant mediation was provided.

- A 78-year-old female patient received urokinase to treat an occluded peripheral bypass graft.  "Once on the floor, was noted to be in atrial fibrillation."  She was treated with digoxin 0.5 mg IV and propafenone 150 mg tid.  An unspecified time later, this 58 kg woman was given 1 mg ibutilide, despite a recommended dose of 0.6 mg for her weight.  "Immediately" afterwards, she developed TdP.  Although a "code was called," the patient died that same day.

- A 90-year-old female patient with pre-existing "Do Not Resuscitate" (DNR) orders developed ventricular tachycardia (VT) 30 minutes after her second dose of ibutilide (dose not reported), with time of death as one hour after the first ibutilide dose. We cannot exclude the possibility that the patient would have survived the VT if defibrillation was not prohibited by the pre-existing DNR order. No information on comorbidities or concomitant mediation was provided.

- A 67-year-old male patient "developed his initial atrial fibrillation post...redo of mitral valve replacement secondary to endocarditis" and "underlying heart disease."  He was treated with two sequential 1 mg doses of ibutilide, and at an unreported time developed sustained polymorphic VT treated with advanced cardiac life support (ACLS) for an unreported duration and defibrillation.  The patient remained in a "hypoxic coma" and died one month later, although the exact cause of death was not provided.

- A 75-year-old male patient died of TdP after ibutilide.  No information on time to onset, comorbidities, or concomitant medication was provided.

### 17.10.2.    Medical Literature

Ibutilide literature safety findings were similar to information that is currently in the product label for Corvert (ibutilide).[21]  Among ibutilide studies specifying HF exclusion criteria, all allowed patients with more severe HF to be enrolled than specified by the ACT V exclusion criteria/terminology "history of heart failure **or** Left Ventricular Ejection Fraction (LVEF) < 40%."  Several ibutilide studies specified New York Heart Association (NYHA) HF classification in the exclusion criteria.

**Ibutilide literature that included Vernakalant**

No deaths were reported in the following three studies that compared the safety of ibutilide with vernakalant.

- Vogiatzis et al. compared ibutilide (n=42) to vernakalant (n=36) in a single hospital (Greece) RCT by of patients with AFib duration less than 48 hours and inclusion-exclusion criteria similar to ACT-V, although the HF exclusion was for "stage>III, NYHA." Two patients in both arms were classified as having hypotension AEs, although the only information provided in this regard was for vernakalant that "in one patient of [the vernakalant] group, the administration of vernakalant was discontinued in the first five minutes due to severe hypotension with sweating, dizziness, and nausea, which however subsided immediately after." [22]

- Simon et al. compared ibutilide (n=51) to vernakalant (n=49) in a single hospital (Austria) RCT and reported "no serious adverse events" in either arm. Patients with NYHA class III or IV HF, or LVEF $\leq$ 35% were excluded.[23]

- Kriz et al. compared the safety of ibutilide 45.3% (n=107), vernakalant 28.8% (n=68), and flecainide 25% (n=59) in a prospective observational study (Austria). "Adverse events were only temporary and self-limited and required no further treatment or intervention," among initial encounters for all groups. There was insufficient information to compare exclusion criteria to ACT-V.[24]

**Ibutilide compared with other drugs for Pharmacological Cardioversion**

No deaths were reported in the following three studies that compared the safety of ibutilide with other drugs used for PCV.

- Volgman et al. compared ibutilide to IV procainamide in 60 patients within each study arm of an RCT (US).  One ibutilide patient (1.7%) developed polymorphic VT 30 minutes after infusion and was successfully treated with a 200-joule electrical cardioversion resulting in sinus rhythm without additional sequelae. There were no other ibutilide related serious AEs.  Patients with NYHA class III or IV HF were excluded.[25]

- Reisinger et al. compared ibutilide to IV flecainide with 106 and 101 patients in each study arm respectively of an RCT (Austria) of patients with AFib $\leq$ 48 hours.  Three ibutilide patients (2.8%) developed non-sustained ventricular arrhythmias.  No other ibutilide serious AEs were reported.  Patients with LVEF < 20% were excluded.[26]

- Zhang et al. compared ibutilide to IV propafenone with 41 patients in each study arm of a randomized controlled trial (RCT) (China) of patients with AFib $\leq$ 90 days.  "Adverse effects are rare and transient."  Patients with clinical evidence of acute or chronic HF (NYHA class III or IV) were excluded.[27]

**Other published ibutilide safety information**

- Varriale et al. reported a case series of 34 US patients who were admitted to the intensive care unit (ICU) for non-cardiac as well as cardiac comorbidities and were treated with ibutilide for atrial arrhythmias of less than 12 weeks duration. One patient (2.9%) developed TdP shortly after ibutilide infusion and the TdP was treated with electrical cardioversion, without additional ibutilide related sequelae. No other patient in the case series required an ibutilide related intervention. No deaths were reported. Although the ACT V exclusion criteria of "clinically significant illness" is expected in patients with non-cardiac as well as cardiac comorbidities admitted to the ICU, patients with NYHA class IV HF, acute myocardial infarction, or clinical shock were excluded.[28]

- Eversole et al. published an observational study (US) of consecutive patients with AFib (n=34) or atrial flutter (n=20) treated with ibutilide. One patient (1.9%) developed TdP within 1-minute after ibutilide administration and the TdP was treated with electrical cardioversion, without additional ibutilide related sequelae. No other patient required an ibutilide related intervention. No deaths were reported. HF or reduced LVEF was not listed among the exclusion criteria.[29]

- Taylor et al. found from a retrospective chart review for a 2-year period at a community hospital (US) that 12 patients experienced ibutilide related AEs; however, there were substantial violations of labeled safety precautions identified, including several instances of no rhythm monitoring, hypokalemia at time of treatment, baseline QTc exceeding 450 msec, and inappropriately elevated ibutilide doses. Two patients developed ventricular fibrillation (VF) within 10 minutes of infusion, although the outcome was not reported. Four patients developed heart rates between 49-60 beats per minute "requiring intervention" (unspecified). No deaths were reported.[30]

- Harg et al. published a case report (Norway) of a 78-year-old man with LVEF of 20% and multiple other ACT-V exclusion criteria, who was treated with two 1 mg doses of ibutilide and developed VT requiring electrical cardioversion and subsequent ionotropic support. The patient died two days later. The autopsy showed general arteriosclerosis, right coronary artery occlusion, and infarct changes in the posterior wall of the left ventricle.[31]

**References for Appendix 17.10**

21. Corvert Label. Pfizer Inc. New York, NY. Revised February 2017.

22. Vogiatzis I, Papavasiliou E, Dapcevitch I, et al. Vernakalant versus ibutilide for immediate conversion of recent-onset atrial fibrillation. *Hippokratia* 2017;21(2):67-73. [published Online First: 2017/04/01]

23. Simon A, Niederdoeckl J, Skyllouriotis E, et al. Vernakalant is superior to ibutilide for achieving sinus rhythm in patients with recent-onset atrial fibrillation: a randomized controlled trial at the emergency department. *Europace : European pacing, arrhythmias, and cardiac electrophysiology : journal of the working groups on cardiac pacing, arrhythmias, and cardiac cellular electrophysiology of the European Society of Cardiology* 2017;19(2):233-40. doi: 10.1093/europace/euw052 [published Online First: 2017/02/09]

24. Kriz R, Freynhofer MK, Weiss TW, et al. Safety and efficacy of pharmacological cardioversion of recent-onset atrial fibrillation: a single-center experience. *The American journal of emergency medicine* 2016;34(8):1486-90. doi: 10.1016/j.ajem.2016.05.012 [published Online First: 2016/06/14]

25. Volgman AS, Carberry PA, Stambler B, et al. Conversion efficacy and safety of intravenous ibutilide compared with intravenous procainamide in patients with atrial flutter or fibrillation. *J Am Coll Cardiol* 1998;31(6):1414-9. doi: 10.1016/s0735-1097(98)00078-3 [published Online First: 1998/05/15]

26. Reisinger J, Gatterer E, Lang W, et al. Flecainide versus ibutilide for immediate cardioversion of atrial fibrillation of recent onset. *Eur Heart J* 2004;25(15):1318-24. doi: 10.1016/j.ehj.2004.04.030 [published Online First: 2004/08/04]

27. Zhang N, Guo JH, Zhang H, et al. Comparison of intravenous ibutilide vs. propafenone for rapid termination of recent onset atrial fibrillation. *International journal of clinical practice* 2005;59(12):1395-400. doi: 10.1111/j.1368-5031.2005.00705.x [published Online First: 2005/12/15]

28. Varriale P, Sedighi A. Acute management of atrial fibrillation and atrial flutter in the critical care unit: should it be ibutilide? *Clinical cardiology* 2000;23(4):265-8. doi: 10.1002/clc.4960230408 [published Online First: 2000/04/14]

29. Eversole A, Hancock W, Johns T, et al. Ibutilide: efficacy and safety in atrial fibrillation and atrial flutter in a general cardiology practice. *Clinical cardiology* 2001;24(7):521-5. doi: 10.1002/clc.4960240709 [published Online First: 2001/07/11]

30. Taylor CT, Donaldson AR. Safety and effectiveness of ibutilide in a community hospital. *Pharmacotherapy* 2001;21(4):488-92. doi: 10.1592/phco.21.5.488.34496 [published Online First: 2001/04/20]

31. Harg P, Madsen S, Amlie JP. [Severe ibutilide-induced arrhythmia in patients with heart failure]. *Tidsskrift for den Norske laegeforening : tidsskrift for praktisk medicin, ny raekke* 2001;121(24):2834-5. [published Online First: 2001/11/15]

## 17.11.    Electrical Cardioversion Literature Review

Among 58 publications with a total of 33,177 ECV procedures, there were two periprocedural deaths.[32-89]  Both deaths were reported as "non-sudden cardiac death," without any additional details from a prospective registry study of 712 total ECV procedures published by Pisters et al.[77] in 2012.  Davarashvili et al.[42] in 2018 from a retrospective observational study, reported 9 deaths (calculated based on percentages reported) during the first 30-days after cardioversion without specifying a more precise interval between ECV and death among 1,696 patients consecutively admitted for first ECV to treat AFib.  No information is provided regarding the manner of death, and there is only limited information regarding contributory factors.  Pisters et al.[77] and Davarashvili et al.[42] did not provide sufficient information to assess whether these deaths were related to anesthesia or secondary to other specific causes.

Also, among the 33,177 total ECV procedures in 58 publications noted above, an additional 32 deaths were reported that could not be determined to be related to the ECV procedure.  These 32 deaths were all reported from observational studies.  Guédon-Moreau et al.[56] in 2007, reported among 684 ECV procedures that there were 3 deaths, which included 1 lethal brain hemorrhage in a patient on concurrent low molecular weight heparin and vitamin K antagonist with INR 1.7, an 86-year-old patient with hypertrophic cardiomyopathy who died of HF one day after ECV, and a 78-year-old patient with valvular cardiomyopathy who died one month after ECV.  Hellman et al.[60] in 2018, reported from 4,356 ECV procedures that there were 4 deaths of unreported causes within 30 days of the ECV.  In a 2015 study of 1,017 ECV procedures, Steinberg et al.[81] reported 14 deaths occurred within 30 days of an ECV, which included 5 from HF, 2 from respiratory failure, 2 from septic shock, and for 5 patients a cause was not available.  Gallagher et al.[51] in 2008, reported that among 2,522 ECV procedures, there were 9 unexpected deaths within 28 days after attempted cardioversions (2 were attributed to pulmonary embolism).  These 9 patients who died were older than the population mean for this study.  There was also one patient reported by El-Am et al.[48] in 2019 with cardiac amyloidosis who developed left hemiplegia the same night following successful ECV and died 5 days later.  Grönberg et al.[55] in 2010, reported that among 6,906 ECV procedures, there was one death due to aortic dissection 24 hours after ECV.

Most of the reviewed ECV studies included patients with hemodynamic instability, valvular disease, and HF.  No ECV study was as restrictive as ACT V. However, studies with exclusion criteria similar to ACT V included four RCTs comparing ECV with PCV,[33 39 43 69] one RCT of emergency department ECV compared with routine admission to an inpatient monitored bed on the cardiology service prior to ECV,[44] one RCT comparing anesthetic agents,[38] one observational study comparing ECV with PCV,[86] three other observational studies of ECV,[40 63 89] and four case reports.[47 52 65 88]  In total, there were 616 ECV patients in these 14 publications. None of these studies reported any deaths related to ECV.

More specific details for published ECV studies and case reports are provided below.  They are categorized by the type of reported adverse event.  Only studies or reports designated with **have similar exclusions as ACT-V and these have also been listed within the preceding paragraph.

71

**Adverse Events, General**

- Niebauer et al.[75] reported among 4,695 ECV procedures in a retrospective observational study, there were 15 ECV adverse events.  Six patients (0.1%) required hemodynamic support and/or vasopressors after successful cardioversion due to bradycardia and hypotension.  Six patients (0.1%) required aggressive ventilatory support (endotracheal intubation or bag mask) due to respiratory insufficiency after receiving intravenous sedation.  All 12 of these patients recovered completely with supportive management.  Two other patients (0.04%) developed VF after ECV due to poor synchronization of the shock and were promptly defibrillated without sequelae.  The remaining one patient reported a rotator cuff injury after successful ECV, although a causal mechanism was not reported. No deaths were reported.

- Vinson et al.[86] ** included 83 ECV procedures in an observational study.  VT was reported in 2 patients (2.4%) after ECV, and hypoventilation related to procedural sedation occurred in one patient (1.2%).  There were 3 other AEs, including vomiting (n=1), and hypotension "secondary to diltiazem" (n=2), although these 3 other AEs do not specify if the patient also had ECV.  All six of these AEs resolved in the Emergency Department (ED) without sequelae. Four patients with AEs were discharged home after treatment and 2 were admitted for observation.  No patients died in the ED or developed atrioventricular block, VF, asystole, or TdP.

- Stiell et al. reported 3 separate observational studies each covering different non-consecutive time periods between 2000 to 2012.  These 3 studies totaled 1,184 ECV procedures.[82-84]  "Adverse events with ECV were uncommon and usually transient" or similar comments appear in all 3 study reports.  Among these, 428 ECV procedures reported in 2011[83] have AEs typical of the other 2 studies from this author,[82 84] including hypotension 4.9%, hypoxia 3.7%, bradycardia 1.4%, vomiting 0.9%, apnea 0.5%, oral airway support required 0.4%, and aspiration 0.2% (more than one AE may have occurred per ECV procedure).  There were no deaths associated with ECV in any of these 3 Stiell studies.

- Guerra et al.[57] compared 204 ECV procedures using propofol by anesthesiologists or ECV with midazolam by cardiologists in an RCT.  There was no need for intubation or other advanced resuscitation technique in any of these patients.  Bradyarrhythmias were not considered serious by the authors and are additionally detailed under the Bradyarrhythmia heading below. There were no cases of clinically serious tachyarrhythmias, pulmonary edema, neurological impairment, severe hypotension requiring drug intervention or other events leading to permanent disability, morbidity, or death.

- Mitchell et al.[71] compared use of diazepam with midazolam in 141 ECV procedures in an RCT and reports "there were no major adverse events," although 17% were characterized as minor AEs including hypotension and oxygen desaturation.  There were no deaths reported.

- Rajagopalan et al.[78] compared 261 ECV procedures with or without supplemental magnesium in an RCT and reported "no adverse effects were noted in either group, including no significant hypotension in any patient."  There were no deaths reported.

- Butler et al.[50] in an observational study of 714 ECV patients notes "there were no deaths in the ED associated with [ECV] and no patients received tracheal intubation or were admitted as a complication of the procedure. No vasopressor agents were used in any patients."

**Bradyarrhythmias**

- There were no deaths in five observational studies for ECV by Shin et al.[80] in 2015, Moore et al.[72] in 2014, Morani et al.[74] in 2010, House et al.[61] in 2016, or Strzelczyk et al.[85] in 2017; however, bradyarrhythmias, including bradycardia, heart block and asystole, occurred following the ECV.  There was a total of 3,610 ECV procedures in these studies.  All of these studies reported that less than 1% of patients required temporary or permanent transvenous pacemaker insertion after ECV procedures.

  - Guerra et al.[57] compared 204 ECV procedures using propofol by anesthesiologists or ECV with midazolam by cardiologists in an RCT.  Bradyarrhythmias occurred in 7% of the ECV procedures, and these occurred "just right after" the ECV shock.  None of these bradyarrhythmias were considered serious AEs, and all were successfully managed conservatively or with atropine.  There were "no atrioventricular blocks, sinus arrests or pauses longer then 3 seconds."

  - Bianconi et al.[34] noted among 49 patients who were pretreated with oral propafenone before ECV in an RCT, 28.9% developed asymptomatic bradyarrhythmia following ECV, although 3 patients within this propafenone pretreatment cohort converted to sinus without ECV.  The propafenone dosage was 750 mg per day.  Two propafenone pretreatment patients had permanent pacemakers implanted because of bradyarrhythmias that persisted after propafenone discontinuation, although it is not specifically stated if these patients received ECV.  There were no deaths reported.

The following two studies detailing bradycardia were also mentioned in the section above that discussed the deaths that could not be determined to be related to the ECV procedure.

  - Gallagher et al.[51] reported that among 2,522 ECV procedures in an observational study, sinus bradycardia or sinus arrest complicated 0.95% of ECV attempts, but none required emergency pacing.  They also noted 12 VT/VF cases but 33% of these 12 cases had valvular heart disease.  Two cases of ECV that induced VF had a shock delivered inappropriately during ventricular repolarization and were not synchronized to the R wave.  Two patients who developed VF had no underlying heart disease, one had a previous MI, one had previous myocarditis, and one had bronchiectasis.  One patient was receiving sotalol and one was receiving digoxin.

73

- El-Am et al.[48] reported in an observational study only self-limited bradycardia in 106 patients without cardiac amyloidosis who underwent ECV procedures, but of 42 ECV procedures in patients with cardiac amyloidosis, there was severe bradyarrhythmia requiring pacemaker implantation in 2, VT/VF in 2, and acute hypoxemia and aspiration pneumonia in a patient with pre-existing chronic aspiration.

**Pulmonary Edema and/or Left Ventricular Dysfunction**

- Davarashvili et al.[42] reported that among 1,696 ECV procedures, 66 patients (3.9%) developed pulmonary edema in an observational study.  Despite excluding patients with pulmonary congestion on admission, 34.9% of the pulmonary edema patients had pre-existing HF histories. This study was also mentioned in the paragraph regarding the deaths that could not be determined to be related to the ECV procedure.

- Gowda et al.[54] summarized published case reports of 26 AFib/Atrial flutter patients with pulmonary edema after ECV.  Only 1 of these 26 patients had no pre-existing heart disease other than arrhythmia, and 4 of these patients did not develop pulmonary edema until more than 24 hours after ECV.  No deaths were reported.

- Goli et al.[52]** in a single case report noted pulmonary edema following ECV despite normal LVEF prior to ECV and during the pulmonary edema episode.  B-type natriuretic peptide was normal at the time of hospital discharge 4-days later.

- Eggleton et al.[47]** in a single case report noted pulmonary edema in association with takotsubo cardiomyopathy after ECV.  Echocardiogram 6-days later showed normalization of LV function and the patient was discharged from the hospital.

- Khan et al.[65]** in a single case report noted hypotension (blood pressure 70/30 mmHg) with newly depressed LV systolic function immediately post ECV stabilized with IV dobutamine.  This patient was subsequently discharged in stable condition and with preserved LV function.

**Respiratory Adverse Events, General**

- Botkin et al.[36] reported that among 532 ECV procedures in an observational study, one patient (0.2%) was intubated for pulmonary edema 45 minutes after ECV.  Another patient (0.2%) who was discharged after an uncomplicated ECV was admitted the next day with pulmonary edema requiring intubation.  No deaths were reported.

- Burton et al.[37] reported that among 388 ECV procedures in an observational study, six patients (1.5%) received bag-mask assisted ventilation after ECV – none were intubated or admitted. No deaths were reported.

**References for Appendix 17.11**

32. Ambler JJ, Sado DM, Zideman DA, et al. The incidence and severity of cutaneous burns following external DC cardioversion. *Resuscitation* 2004;61(3):281-8. doi: 10.1016/j.resuscitation.2004.01.017 [published Online First: 2004/06/03]

33. Bellone A, Etteri M, Vettorello M, et al. Cardioversion of acute atrial fibrillation in the emergency department: a prospective randomised trial. *Emergency medicine journal : EMJ* 2012;29(3):188-91. doi: 10.1136/emj.2010.109702 [published Online First: 2011/03/23]

34. Bianconi L, Mennuni M, Lukic V, et al. Effects of oral propafenone administration before electrical cardioversion of chronic atrial fibrillation: a placebo-controlled study. *J Am Coll Cardiol* 1996;28(3):700-6. doi: 10.1016/0735-1097(96)00230-6 [published Online First: 1996/09/01]

35. Bonfanti L, Annovi A, Sanchis-Gomar F, et al. Effectiveness and safety of electrical cardioversion for acute-onset atrial fibrillation in the emergency department: a real-world 10-year single center experience. *Clinical and experimental emergency medicine* 2019;6(1):64-69. doi: 10.15441/ceem.17.286 [published Online First: 2019/04/05]

36. Botkin SB, Dhanekula LS, Olshansky B. Outpatient cardioversion of atrial arrhythmias: efficacy, safety, and costs. *American heart journal* 2003;145(2):233-8. doi: 10.1067/mhj.2003.112 [published Online First: 2003/02/22]

37. Burton JH, Vinson DR, Drummond K, et al. Electrical cardioversion of emergency department patients with atrial fibrillation. *Annals of emergency medicine* 2004;44(1):20-30. doi: 10.1016/j.annemergmed.2004.02.016 [published Online First: 2004/07/01]

38. Canessa R, Lema G, Urzua J, et al. Anesthesia for elective cardioversion: a comparison of four anesthetic agents. *Journal of cardiothoracic and vascular anesthesia* 1991;5(6):566-8. doi: 10.1016/1053-0770(91)90007-g [published Online First: 1991/12/01]

39. Chen WS, Gao BR, Chen WQ, et al. Comparison of pharmacological and electrical cardioversion in permanent atrial fibrillation after prosthetic cardiac valve replacement: a prospective randomized trial. *The Journal of international medical research* 2013;41(4):1067-73. doi: 10.1177/0300060513489800 [published Online First: 2013/06/25]

40. Cristoni L, Tampieri A, Mucci F, et al. Cardioversion of acute atrial fibrillation in the short observation unit: comparison of a protocol focused on electrical cardioversion with simple antiarrhythmic treatment. *Emergency medicine journal : EMJ* 2011;28(11):932-7. doi: 10.1136/emj.2009.083196 [published Online First: 2010/10/16]

41. Dankner R, Shahar A, Novikov I, et al. Treatment of stable atrial fibrillation in the emergency department: a population-based comparison of electrical direct-current versus pharmacological cardioversion or conservative management. *Cardiology* 2009;112(4):270-8. doi: 10.1159/000151703 [published Online First: 2008/09/26]

42. Davarashvili I, Acha MR, Glikson M, et al. Pulmonary Congestion Complicating Atrial Fibrillation Cardioversion. *The American journal of cardiology* 2018;122(10):1701-06. doi: 10.1016/j.amjcard.2018.08.010 [published Online First: 2018/09/29]

43. de Paola AA, Figueiredo E, Sesso R, et al. Effectiveness and costs of chemical versus electrical cardioversion of atrial fibrillation. *International journal of cardiology* 2003;88(2-3):157-66. doi: 10.1016/s0167-5273(02)00380-7 [published Online First: 2003/04/26]

44. Decker WW, Smars PA, Vaidyanathan L, et al. A prospective, randomized trial of an emergency department observation unit for acute onset atrial fibrillation. *Annals of emergency medicine* 2008;52(4):322-8. doi: 10.1016/j.annemergmed.2007.12.015 [published Online First: 2008/03/15]

45. Desai PM, Kane D, Sarkar MS. Cardioversion: What to choose? Etomidate or propofol. *Annals of cardiac anaesthesia* 2015;18(3):306-11. doi: 10.4103/0971-9784.159798 [published Online First: 2015/07/04]

46. Doyle B, Reeves M. "Wait and see" approach to the emergency department cardioversion of acute atrial fibrillation. *Emergency medicine international* 2011;2011:545023. doi: 10.1155/2011/545023 [published Online First: 2011/12/07]

47. Eggleton S, Mathur G, Lambros J. An unusual precipitant of tako-tsubo cardiomyopathy. *Heart, lung & circulation* 2008;17(6):512-4. doi: 10.1016/j.hlc.2007.08.005 [published Online First: 2007/12/18]

48. El-Am EA, Dispenzieri A, Melduni RM, et al. Direct Current Cardioversion of Atrial Arrhythmias in Adults With Cardiac Amyloidosis. *J Am Coll Cardiol* 2019;73(5):589-97. doi: 10.1016/j.jacc.2018.10.079 [published Online First: 2019/02/09]

49. Fatkin D, Kuchar DL, Thorburn CW, et al. Transesophageal echocardiography before and during direct current cardioversion of atrial fibrillation: evidence for "atrial stunning" as a mechanism of thromboembolic complications. *J Am Coll Cardiol* 1994;23(2):307-16. doi: 10.1016/0735-1097(94)90412-x [published Online First: 1994/02/01]

50. Butler M, Froese P, Zed P, et al. Emergency department procedural sedation for primary electrical cardioversion - a comparison with procedural sedations for other reasons. *World journal of emergency medicine* 2017;8(3):165-69. doi: 10.5847/wjem.j.1920-8642.2017.03.001 [published Online First: 2017/07/07]

51. Gallagher MM, Yap YG, Padula M, et al. Arrhythmic complications of electrical cardioversion: relationship to shock energy. *International journal of cardiology* 2008;123(3):307-12. doi: 10.1016/j.ijcard.2006.12.014 [published Online First: 2007/03/31]

52. Goli AK, Koduri M, Byrd RP, et al. Acute pulmonary edema associated with direct current cardioversion in a structurally normal heart. *Reviews in cardiovascular medicine* 2008;9(2):137-41. [published Online First: 2008/07/29]

53. Gowda RM, Misra D, Khan IA, et al. Acute pulmonary edema after successful electrical cardioversion of atrial fibrillation. *American journal of therapeutics* 2003;10(1):73-4. [published Online First: 2003/01/11]

54. Gowda RM, Misra D, Khan IA, et al. Acute pulmonary edema after cardioversion of cardiac arrhythmias. *International journal of cardiology* 2003;92(2-3):271-4. doi: 10.1016/s0167-5273(03)00094-9 [published Online First: 2003/12/09]

55. Gronberg T, Nuotio I, Nikkinen M, et al. Arrhythmic complications after electrical cardioversion of acute atrial fibrillation: the FinCV study. *Europace : European pacing, arrhythmias, and cardiac electrophysiology : journal of the working groups on cardiac pacing, arrhythmias, and cardiac cellular electrophysiology of the European Society of Cardiology* 2013;15(10):1432-5. doi: 10.1093/europace/eut106 [published Online First: 2013/05/21]

56. Guedon-Moreau L, Gayet JL, Galinier M, et al. Incidence of early adverse events surrounding direct current cardioversion of persistent atrial fibrillation. A cohort study of

practices. *Therapie* 2007;62(1):45-8. doi: 10.2515/therapie:2007009 [published Online First: 2007/03/22]

57. Guerra F, Pavoni I, Romandini A, et al. Feasibility of a cardiologist-only approach to sedation for electrical cardioversion of atrial fibrillation: a randomized, open-blinded, prospective study. *International journal of cardiology* 2014;176(3):930-5. doi: 10.1016/j.ijcard.2014.08.050 [published Online First: 2014/09/02]

58. Harjai KJ, Mobarek SK, Cheirif J, et al. Clinical variables affecting recovery of left atrial mechanical function after cardioversion from atrial fibrillation. *J Am Coll Cardiol* 1997;30(2):481-6. doi: 10.1016/s0735-1097(97)00173-3 [published Online First: 1997/08/01]

59. Heikkola A, Pohjantahti H, Sinisalo E, et al. Comparison of Intravenous vernakalant and electrical cardioversion in recent-onset atrial fibrillation: Effect on time to restore sinus rhythm and length of hospital stay. *Eur Heart J* 2017;38

60. Hellman T, Kiviniemi T, Nuotio I, et al. Optimal timing for cardioversion in patients with atrial fibrillation. *Clinical cardiology* 2018;41(7):966-71. doi: 10.1002/clc.22986 [published Online First: 2018/05/29]

61. House C, Zhu D, Saha M, et al. Feasibility of an elective cardioversion service led by advanced practice providers without direct cardiologist supervision. *International Journal of Heart Rhythm* 2016;1(1)

62. Hullander RM, Leivers D, Wingler K. A comparison of propofol and etomidate for cardioversion. *Anesthesia and analgesia* 1993;77(4):690-4. doi: 10.1213/00000539-199310000-00006 [published Online First: 1993/10/01]

63. Jacoby JL, Cesta M, Heller MB, et al. Synchronized emergency department cardioversion of atrial dysrhythmias saves time, money and resources. *The Journal of emergency medicine* 2005;28(1):27-30. doi: 10.1016/j.jemermed.2004.07.011 [published Online First: 2005/01/20]

64. Kaufman N, Ferraro D. Splenic rupture following synchronised direct current cardioversion. *BMJ Case Rep* 2017;2017 doi: 10.1136/bcr-2017-221288 [published Online First: 2017/08/10]

65. Khan MU, Khouzam RN, Khalid H, et al. Cardiogenic shock following electro-cardioversion of new onset atrial flutter. *Heart & lung : the journal of critical care* 2013;42(6):462-4. doi: 10.1016/j.hrtlng.2013.07.007 [published Online First: 2013/08/24]

66. Kiliszek M, Opolski G, Wlodarczyk P, et al. Cardioversion of Atrial Fibrillation (RHYTHM-AF) International Registry in Poland. *Cardiology journal* 2014;21(5):484-91. doi: 10.5603/CJ.a2014.0018 [published Online First: 2014/02/15]

67. Manegold JC, Israel CW, Ehrlich JR, et al. External cardioversion of atrial fibrillation in patients with implanted pacemaker or cardioverter-defibrillator systems: a randomized comparison of monophasic and biphasic shock energy application. *Eur Heart J* 2007;28(14):1731-8. doi: 10.1093/eurheartj/ehm211 [published Online First: 2007/06/16]

68. Manning WJ, Leeman DE, Gotch PJ, et al. Pulsed Doppler evaluation of atrial mechanical function after electrical cardioversion of atrial fibrillation. *J Am Coll Cardiol* 1989;13(3):617-23. doi: 10.1016/0735-1097(89)90602-5 [published Online First: 1989/03/01]

69. Mattioli AV, Castelli A, Andria A, et al. Clinical and echocardiographic features influencing recovery of atrial function after cardioversion of atrial fibrillation. *The American journal*

*of cardiology* 1998;82(11):1368-71. doi: 10.1016/s0002-9149(98)00643-2 [published Online First: 1998/12/18]

70. Mironov N, Vlodzyanovsky V, Yuricheva Y, et al. Safety and effectiveness of pharmacological conversion and direct current cardioversion in persistent atrial fibrillation: results of a randomized trial. *J Am Coll Cardiol* 2019;73(9):298.

71. Mitchell AR, Chalil S, Boodhoo L, et al. Diazepam or midazolam for external DC cardioversion (the DORM Study). *Europace : European pacing, arrhythmias, and cardiac electrophysiology : journal of the working groups on cardiac pacing, arrhythmias, and cardiac cellular electrophysiology of the European Society of Cardiology* 2003;5(4):391-5. doi: 10.1016/s1099-5129(03)00077-1 [published Online First: 2004/02/03]

72. Moore PT, Kaye GC, Hamilton M, et al. Seven years experience of a nurse-led elective cardioversion service in a tertiary referral centre: an observational study. *Heart, lung & circulation* 2014;23(6):555-9. doi: 10.1016/j.hlc.2014.01.014 [published Online First: 2014/05/20]

73. Morani G, Cicoira M, Pozzani L, et al. Outpatient electrical cardioversion of atrial fibrillation: 8 years' experience. Analysis of shock-related arrhythmias. *Pacing and clinical electrophysiology : PACE* 2009;32(9):1152-8. doi: 10.1111/j.1540-8159.2009.02457.x [published Online First: 2009/09/02]

74. Morani G, Bergamini C, Angheben C, et al. General anaesthesia for external electrical cardioversion of atrial fibrillation: experience of an exclusively cardiological procedural management. *Europace : European pacing, arrhythmias, and cardiac electrophysiology : journal of the working groups on cardiac pacing, arrhythmias, and cardiac cellular electrophysiology of the European Society of Cardiology* 2010;12(11):1558-63. doi: 10.1093/europace/euq276 [published Online First: 2010/08/18]

75. Niebauer MJ, Brewer JE, Chung MK, et al. Comparison of the rectilinear biphasic waveform with the monophasic damped sine waveform for external cardioversion of atrial fibrillation and flutter. *The American journal of cardiology* 2004;93(12):1495-9. doi: 10.1016/j.amjcard.2004.03.006 [published Online First: 2004/06/15]

76. Page RL, Kerber RE, Russell JK, et al. Biphasic versus monophasic shock waveform for conversion of atrial fibrillation: the results of an international randomized, double-blind multicenter trial. *J Am Coll Cardiol* 2002;39(12):1956-63. doi: 10.1016/s0735-1097(02)01898-3 [published Online First: 2002/06/27]

77. Pisters R, Nieuwlaat R, Prins MH, et al. Clinical correlates of immediate success and outcome at 1-year follow-up of real-world cardioversion of atrial fibrillation: the Euro Heart Survey. *Europace : European pacing, arrhythmias, and cardiac electrophysiology : journal of the working groups on cardiac pacing, arrhythmias, and cardiac cellular electrophysiology of the European Society of Cardiology* 2012;14(5):666-74. doi: 10.1093/europace/eur406 [published Online First: 2012/01/10]

78. Rajagopalan B, Shah Z, Narasimha D, et al. Efficacy of Intravenous Magnesium in Facilitating Cardioversion of Atrial Fibrillation. *Circulation Arrhythmia and electrophysiology* 2016;9(9) doi: 10.1161/circep.116.003968 [published Online First: 2016/09/03]

79. Xavier Scheuermeyer F, Grafstein E, Stenstrom R, et al. Thirty-day outcomes of emergency department patients undergoing electrical cardioversion for atrial fibrillation or flutter. *Academic emergency medicine : official journal of the Society for Academic Emergency*

*Medicine* 2010;17(4):408-15. doi: 10.1111/j.1553-2712.2010.00697.x [published Online First: 2010/04/08]

80. Shin DG, Cho I, Hartaigh B, et al. Cardiovascular Events of Electrical Cardioversion Under Optimal Anticoagulation in Atrial Fibrillation: The Multicenter Analysis. *Yonsei medical journal* 2015;56(6):1552-8. doi: 10.3349/ymj.2015.56.6.1552 [published Online First: 2015/10/09]

81. Steinberg BA, Schulte PJ, Hofmann P, et al. Outcomes after nonemergent electrical cardioversion for atrial arrhythmias. *The American journal of cardiology* 2015;115(10):1407-14. doi: 10.1016/j.amjcard.2015.02.030 [published Online First: 2015/03/19]

82. Stiell IG, Clement CM, Perry JJ, et al. Association of the Ottawa Aggressive Protocol with rapid discharge of emergency department patients with recent-onset atrial fibrillation or flutter. *Cjem* 2010;12(3):181-91. [published Online First: 2010/06/05]

83. Stiell IG, Clement CM, Brison RJ, et al. Variation in management of recent-onset atrial fibrillation and flutter among academic hospital emergency departments. *Annals of emergency medicine* 2011;57(1):13-21. doi: 10.1016/j.annemergmed.2010.07.005 [published Online First: 2010/09/25]

84. Stiell IG, Clement CM, Rowe BH, et al. Outcomes for Emergency Department Patients With Recent-Onset Atrial Fibrillation and Flutter Treated in Canadian Hospitals. *Annals of emergency medicine* 2017;69(5):562-71.e2. doi: 10.1016/j.annemergmed.2016.10.013 [published Online First: 2017/01/24]

85. Strzelczyk TA, Kaplan RM, Medler M, et al. Outcomes Associated With Electrical Cardioversion for Atrial Fibrillation When Performed Autonomously by an Advanced Practice Provider. *JACC Clinical electrophysiology* 2017;3(12):1447-52. doi: 10.1016/j.jacep.2017.04.004 [published Online First: 2018/05/16]

86. Vinson DR, Hoehn T, Graber DJ, et al. Managing emergency department patients with recent-onset atrial fibrillation. *The Journal of emergency medicine* 2012;42(2):139-48. doi: 10.1016/j.jemermed.2010.05.017 [published Online First: 2010/07/17]

87. Vollmann D, Luthje L, Seegers J, et al. Sternal fracture after elective electrical cardioversion of atrial fibrillation. *Clinical research in cardiology : official journal of the German Cardiac Society* 2011;100(3):261-2. doi: 10.1007/s00392-010-0251-6 [published Online First: 2010/11/10]

88. Waller C, Callies F, Langenfeld H. Adverse effects of direct current cardioversion on cardiac pacemakers and electrodes Is external cardioversion contraindicated in patients with permanent pacing systems? *Europace : European pacing, arrhythmias, and cardiac electrophysiology : journal of the working groups on cardiac pacing, arrhythmias, and cardiac cellular electrophysiology of the European Society of Cardiology* 2004;6(2):165-8. doi: 10.1016/j.eupc.2003.11.003 [published Online First: 2004/03/17]

89. White JL, Heller MB, Kahoud RJ, et al. Performance of an expedited rhythm control method for recent onset atrial fibrillation in a community hospital. *The American journal of emergency medicine* 2015;33(7):957-62. doi: 10.1016/j.ajem.2015.03.059 [published Online First: 2015/05/24]

## 17.12.    Applicant's Proposed Pre-Infusion Checklist

BRINAVESS is indicated for rapid conversion of recent onset AFib to SR

- For non-surgery patients: AFib ≤ 7 days duration
- For post-cardiac surgery patients: AFib ≤ 3 days duration

**Important Instructions when using BRINAVESS**

***Prior to administration the prescriber is asked to determine eligibility of the patient through use of the supplied checklist. The checklist should be placed on the infusion container to be read by the healthcare professional who will administer BRINAVESS.***

BRINAVESS should be administered by intravenous infusion in a monitored clinical setting appropriate for cardioversion which includes all the necessary items used for resuscitation. Only a qualified healthcare professional should administer BRINAVESS and the patient should be carefully observed for signs and symptoms of a sudden decrease in blood pressure or heart rate, during infusion and for at least 2 hours after cessation of BRINAVESS treatment, and until clinical status and ECG parameters are stable.

**Read carefully the Full Prescribing Information prior to the administration of BRINAVESS**

**BRINAVESS must NOT be given to any patients with a "YES" response below:**

- Does the patient have a systolic blood pressure < 100 mm Hg (or have received fluid resuscitation or inotropes to maintain BP > 100mmHg)? **YES NO**
- Does the patient have severe heart failure (including class NYHA III or NYHA IV or with known moderate or severe LV dysfunction) ? **YES NO**
- Does the patient have clinically significant aortic stenosis? **YES NO**
- Does the patient have severe bradycardia, sinus node dysfunction or second and third degree heart block, in the absence of a pacemaker? **YES NO**
- Does the patient have prolonged QT interval at baseline (uncorrected > 440 msec)? **YES NO**
- Has the patient presented with an acute coronary syndrome (including myocardial infarction) in the last 30 days? **YES NO**
- Has the patient received an intravenous rhythm control antiarrhythmic drug (class I and class III) within 4 hours prior to, as well as in the first 4 hours following, BRINAVESS administration? **YES NO**

**Do NOT give other IV antiarrhythmic medicines (class I and class III) within 4 hours prior to, as well as in the first 4 hours following, infusion of BRINAVESS.**

**Use of intravenous beta-blockers is not recommended within 2 hours prior to, or 2 hours after, BRINAVESS administration.**

80

**When giving BRINAVESS, follow these instructions:**

- The patient should be adequately hydrated. Anticoagulants should be used in accordance with treatment guidelines. In patients with uncorrected hypokalemia (serum potassium of less than 3.5 mmol/L), potassium levels should be corrected prior to use of BRINAVESS.
- Patients should be carefully observed for the entire duration of the infusion. If any of the following signs or symptoms occurs, the administration of BRINAVESS should be discontinued and these patients should receive appropriate medical management:
  - A sudden drop in blood pressure or heart rate, with or without symptomatic hypotension or
  - bradycardia o ECG changes (such as a clinically meaningful sinus pause, complete heart block, new bundle branch block, significant prolongation of the QRS or QT interval, changes consistent with ischemia or infarction and ventricular arrhythmia) Do not re-start BRINAVESS.
- Patients should be carefully observed for the entire duration of the infusion and for at least 2 hours after completion of the infusion with assessment of vital signs and continuous cardiac rhythm monitoring.

If conversion to SR does not occur within 15 minutes after the end of the initial infusion, and if hemodynamically stable AFL is observed after the initial infusion, a second, 10-minute, lower dose infusion of BRINAVESS may be administered as patients may convert to SR. See Brinavess Prescribing Information for dosing recommendations.

**Prior to initiation of a second infusion of BRINAVESS, complete this checklist to determine eligibility of the patient:**

**BRINAVESS must NOT be given to any patients with a "YES" response below:**

- Does the patient have a systolic blood pressure < 100 mm Hg (or have received fluid resuscitation or inotropes to maintain BP > 100mmHg)? **YES NO**
- Does the patient have severe heart failure (including class NYHA III or NYHA IV or with known moderate or severe LV dysfunction)? **YES NO**
- Does the patient have severe bradycardia, sinus node dysfunction, or second or third degree atrioventricular heart block, in the absence of a functioning pacemaker? **YES NO**
- Does the patient have significantly prolonged QT interval (uncorrected >440 msec)? **YES NO**
- Has the patient received an intravenous rhythm control antiarrhythmic drug (class I and class III), since the previous infusion of BRINAVESS? **YES NO**

**Continue to monitor the patient for at least two (2) hours after the cessation of BRINAVESS infusion, and until clinical and ECG parameters have stabilized.**

81

**17.13.    Serious Adverse Events and Number Needed to Harm (NNH)**

Using the integrated dataset which includes all phase 2/3 clinical studies in subjects with AFib or AFL, we identified five cardiovascular events of interest including vernakalant-related deaths and the following SAEs: hypotension, bradycardia, ventricular arrhythmia, atrial flutter and conduction disturbance.

Based on the observed vernakalant-related SAEs within 2 hours post-dose, the number of subjects needed to receive vernakalant to cause one of these sever SAEs is 51 (NNH) as shown in the following table:

| Adverse outcomes | Vernakalant (N=1073) | Placebo (N=459) | Risk Difference (95% CI) | NNH | NNH (based on upper bound of 95% CI) |
|---|---|---|---|---|---|
| **SAEs of interest + vernakalant related deaths\*** | **1.96%** | **0** | **1.96 (1.1, 2.8)** | **51** | **36** |
| Hypotension SAE | 0.84% | 0 | 0.84 (0.3, 1.4) | 119 | 72 |
| Bradycardia SAE | 0.56% | 0 | 0.56 (0.1, 1.0) | 179 | 99 |
| Ventricular arrhythmia SAE | 0.47% | 0 | 0.47 (0.1, 0.9) | 215 | 114 |
| Atrial flutter SAE | 0.28% | 0 | 0.28 (0.0, 0.6) | 358 | 168 |
| Conduction disturbance SAE | 0.28% | 0 | 0.28 (0.0, 0.6) | 358 | 168 |
| Vernakalant-related deaths | 0.19% | 0 | 0.19 (-0.1, 0.4) | 537 | 225 |

\*A total of 21 subjects had the composite safety endpoint - 21 SAEs (2 subjects with a fatal outcome)

## 17.14.    Ventricular Arrhythmia Events from 12-lead Electrocardiograms

The ECG data source for analysis of events of ventricular arrhythmias included the following:

(1) Cardiologist over-read of 12-lead ECGs for TdP, ventricular tachycardia, junctional tachycardia, idioventricular rhythm, nonsustained ventricular tachycardia, ventricular QRS complex and other rhythms.
(2) Holter device cardiologist over-read (including runs $\geq 3$ beats with HR $\geq 100$ bpm, classified as ventricular tachycardia by the cardiologist): ventricular fibrillation, unsustained monomorphic ventricular tachycardia, unsustained polymorphic ventricular tachycardia, TdP, sustained monomorphic ventricular tachycardia, sustained polymorphic ventricular tachycardia.
(3) CEC Assessment of 12-lead ECG; ventricular tachycardia