```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
|   |   |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #:_____ | |
| DATE FILED: 07/17/2020 | |

------------------------------------------------------------- X
JOSH FEIERSTEIN, *individually and on behalf of* :
*all others similarly situated*                              :
                                  Plaintiff,   :
                                                        :
                      -against-                       :    19-CV-11361 (VEC)
                                                      :
CORREVIO PHARMA CORP., MARK H.N.              :    ORDER
CORRIGAN, WILLIAM HUNTER, JUSTIN A.            :
RENZ,                                                                        :
                                                        :
                                Defendants.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties have indicated to the Court that they need more time to complete briefing on the pending motion to dismiss;

      IT IS HEREBY ORDERED that Co-Lead Plaintiffs' response shall be due by **September 4, 2020**. Defendants' Reply shall be due by **October 15, 2020**.

**SO ORDERED.**

**Date:  July 17, 2020**                                              _____
       **New York, New York**                                   **VALERIE CAPRONI**
                                                                **United States District Judge**