UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSH FEIERSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>CORREVIO PHARMA CORP., MARK H.N. CORRIGAN, WILLIAM HUNTER, JUSTIN A. RENZ, and SHEILA M. GRANT,<br><br>        Defendants. | Case No.: 1:19-CV-11361-VEC<br><br>Honorable Valerie E. Caproni |

**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF LEAD PLAINTIFFS'
UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND
<u>APPROVAL OF DISSEMINATION OF NOTICE TO THE SETTLEMENT CLASS</u>**

630600.1

I, Laurence M. Rosen, declare under 28 U.S.C. §1746:

1.    I am an attorney admitted to practice before this Court and the managing attorney of the Rosen Law Firm, P.A., Court-appointed Lead Counsel for Lead Plaintiffs and the proposed Settlement Class in this above-captioned action (the "Action").  I have personal knowledge of the facts set forth herein.

2.    I submit this Declaration, together with the attached exhibits, in support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement and Approval of Dissemination of Notice to the Settlement Class.  Unless otherwise noted, all capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated September 3, 2020 (the "Stipulation"), filed concurrently herewith.

3.    Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation.

4.    Attached hereto as Exhibit 2 is a true and correct copy of the Rosen Law Firm resume.

5.    Attached hereto as Exhibit 3 is a true and correct copy of the Glancy Prongay & Murray LLP ("GPM") firm resume.

6.    Attached hereto as Exhibit 4 is the Rosen Law Firm's billing chart, identifying all attorneys from the firm that worked on the Action, the fair approximation of the number of hours each of those attorneys devoted to the case, and their respective billing rates.

7.    Attached hereto as Exhibit 5 is GPM's billing chart, identifying all attorneys from the firm that worked on the Action, the fair approximation of the number of hours each of those attorneys devoted to the case, and their respective billing rates.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 3rd day of September, 2020, in New York, New York.

*s/ Laurence M. Rosen*
Laurence M. Rosen

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On _____, I served true and correct copies of the foregoing **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF DISSEMINATION OF NOTICE TO THE CLASS**, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____, at New York, New York.

*/s/ Laurence Rosen*
Laurence Rosen

630600.1                                                     3