# Exhibit 4

**Rosen Law Firm Billing Chart through August 31, 2020**

| Professional (position)* | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|
| Laurence Rosen (P) | $1,100.00 | 55.25 | $60,775.00 |
| Phillip Kim (P) | $975.00 | 5.9 | $5752.50 |
| Sara Fuks (C) | $795.00 | 72.25 | $57,438.75 |
| Ryan Hendrick (A) | $575.00 | 19 | $10.925.00 |
| **TOTAL** | | **152.4** | **$134,891.25** |

* Partner (P), Counsel (C), Associate (A), Paralegal (PL).