**GLANCY PRONGAY MURRAY LLP**

**FIRM LODESTAR REPORT FROM INCEPTION**

**EXHIBIT**

**IN RE CORREVIO SECURITIES LITIGATION**
**INCEPTION THROUGH SEPTEMBER 3, 2020**

| TIMEKEEPER/CASE | STATUS | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| ATTORNEYS: | | | | |
| Kara Wolke | Partner | 29.40 | 795.00 | 23,373.00 |
| Jennifer Leinbach | Associate | 110.60 | 575.00 | 63,595.00 |
| TOTAL LODESTAR | | 140.00 | | 86,968.00 |

**630675_1.xlsx - CASE LODESTAR CHART - Page 1 of 1**