UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSH FEIERSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>                               Plaintiff,<br><br>   vs.<br><br>CORREVIO PHARMA CORP., MARK H.N. CORRIGAN, WILLIAM HUNTER, JUSTIN A. RENZ, and SHEILA M. GRANT,<br><br>                           Defendants. | Case No.: 1:19-CV-11361-VEC<br><br>Honorable Valerie E. Caproni |

**NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND
PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and Final Certification of Settlement Class dated April 9, 2021, the accompanying Declaration of Sara Fuks dated April 9, 2021, the exhibits annexed thereto, all prior papers and proceedings herein, and such additional evidence or argument as may be presented at or before the hearing, Lead Plaintiffs Clinton Atkinson, Nabil Saad and Iuliia Mironova (collectively, "Lead Plaintiffs"), on behalf of themselves and the Settlement Class, by and through their undersigned counsel, will respectfully move this Court, before the Honorable Valerie E. Caproni, on May 14, 2021 at 2:30 p.m., in Courtroom 443 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, call in number 1-888-363-4749, access code 3121171, and security code 1361 for entry of an Order (1) approving the terms and conditions of the proposed Stipulation and Agreement of Settlement, dated September 3, 2020, as fair,

reasonable, and adequate for settlement of all claims asserted by the Settlement Class against

Defendants; (2) approving the proposed Plan of Allocation as a fair and reasonable method to

allocate the Net Settlement Fund among Settlement Class Members, (3) certifying the proposed

Settlement Class for settlement purposes only; and (4) entering Final Judgment dismissing this

Action with prejudice.

Defendants do not oppose the relief requested in this motion.

Dated:  April 9, 2021                                      Respectfully submitted,


                                                           */s/ Sara Fuks*
                                                           Sara Fuks

                                                           **THE ROSEN LAW FIRM, P.A.**
                                                           Laurence M. Rosen
                                                           Sara Fuks
                                                           275 Madison Avenue, 40th Floor
                                                           New York, NY 10016
                                                           Telephone: (212) 686-1060
                                                           Fax: (212) 202-3827
                                                           Email: lrosen@rosenlegal.com
                                                                   sfuks@rosenlegal.com

                                                           *Lead Counsel for Lead Plaintiffs and the*
                                                           *proposed Settlement Class*


                                                           Kara M. Wolke
                                                           Jennifer M. Leinbach
                                                           **GLANCY PRONGAY & MURRAY LLP**
                                                           1925 Century Park East, Suite 2100
                                                           Los Angeles, CA 90067
                                                           Telephone: (310) 201-9150
                                                           Facsimile:  (310) 201-9160
                                                           info@glancylaw.com

                                                           *Additional Counsel for Lead Plaintiffs and the*
                                                           *proposed Settlement Class*