UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSH FEIERSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        vs.<br><br>CORREVIO PHARMA CORP., MARK H.N. CORRIGAN, WILLIAM HUNTER, JUSTIN A. RENZ, and SHEILA M. GRANT,<br><br>                              Defendants. | Case No.: 1:19-CV-11361-VEC<br><br>Honorable Valerie E. Caproni |

**NOTICE OF LEAD COUNSEL'S MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses dated April 9, 2021, the accompanying Declaration of Sara Fuks dated April 9, 2021, the exhibits annexed thereto, all prior papers and proceedings herein, and such additional evidence or argument as may be presented at or before the hearing Lead Counsel will and hereby do move this Court, before the Honorable Valerie E. Caproni, on May 14, 2021 at 2:30 p.m., in Courtroom 443 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, call in number 1-888-363-4749, access code 3121171, and security code 1361 or at such other location and time as set by the Court, for entry of an Order awarding attorneys' fees, reimbursement of litigation expenses and awards to lead plaintiffs.

Dated:  April 9, 2021                                   Respectfully submitted,

1

2

*/s/ Sara Fuks*
Sara Fuks

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
Sara Fuks
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
        sfuks@rosenlegal.com

*Lead Counsel for Lead Plaintiffs and the*
*proposed Settlement Class*


Kara M. Wolke
Jennifer M. Leinbach
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
info@glancylaw.com

*Additional Counsel for Lead Plaintiffs and*
*the proposed Settlement Class*

2