# Exhibit 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSH FEIERSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORREVIO PHARMA CORP., MARK H.N. CORRIGAN, WILLIAM HUNTER, JUSTIN A. RENZ, and SHEILA M. GRANT,<br><br>Defendants | Case No.: 1:19-CV-11361-VEC<br><br>Honorable Valerie E. Caproni |

**DECLARATION OF CLINTON ATKINSON**

Pursuant to 28 U.S.C. §1746, Clinton Atkinson declares:

I am above the age of 18 and fully competent to make this declaration. If called as a witness I would testify as follows:

1.     I hereby submit this Declaration of Clinton Atkinson in support of: (1) the proposed Settlement of this Action; (2) my application for reimbursement of time spent directly related to representation of the Class; and (3) Plaintiffs' Counsel's request for attorneys' fees and reimbursement of expenses.

2.     I live in Clayton, North Carolina.

3.     I am one of the Lead Plaintiffs in the above-captioned action and a proposed class representative. Nabil Saad and Iuliaa Mironova are also Lead Plaintiffs and proposed class representatives.

4.     After consultation with counsel, I approved the Settlement of this case for $1,750,000. Having considered the strengths and weaknesses of the case in light of the risk and expense of continued litigation I have concluded that the Settlement, on behalf of me and the Settlement Class, is adequate, fair and reasonable.

5.     As a Lead Plaintiff and proposed class representative for settlement purposes, I participated in the litigation, keeping abreast of developments in this case and news concerning Correvio Pharma. Corp. To satisfy my obligation as a representative to the Settlement Class, I engaged in the following:

    a.  Reading and discussing with my counsel the Initial Class Action Complaint, (filed by Josh Feierstein);

    b.  Providing counsel with information concerning my transactions in Correvio Securities;

    c.  Reviewing and discussing with my counsel the lead plaintiff motion on my behalf;

    d.  Reviewing news articles concerning Correvio;

    e.  Reviewing the Amended Class Action Complaint;

    f.  Discussing with my counsel settlement negotiations and approving, in principle, the proposed settlement; and

    g.  Reviewing the settlement documents.

6.    I estimate that I spent about 65 hours on these tasks.

7.    I seek an award to compensate me for the reasonable costs and expenses that I incurred for the time I spent on this litigation.

8.    I understand that Lead Counsel will seek an award of attorneys' fees in the amount of up to 25% of the Settlement Amount. I support Lead Counsel's request for attorneys' fees.

9.    I also support Lead Counsel's request for reimbursement of out-of-pocket litigation expenses. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 3-11-2021

Clinton Atkinson

630600.1

2