# Exhibit 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSH FEIERSTEIN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CORREVIO PHARMA CORP., MARK H.N. CORRIGAN, WILLIAM HUNTER, JUSTIN A. RENZ, and SHEILA M. GRANT, <br><br> Defendants. | Case No.: 1:19-CV-11361-VEC <br><br> Honorable Valerie E. Caproni |

**JOINT DECLARATION OF NABIL SAAD AND IULIIA MIRONOVA**

We, Nabil Saad and Iuliia Mironova, pursuant to 28 U.S.C. §1746, declare:

We are above the age of 18 and fully competent to make this declaration. If called as a witness, we would testify as follows:

1.    We hereby submit this Joint Declaration of Nabil Saad and Iuliia Mironova in support of: (a) the proposed Settlement of above-captioned action (the "Action"); (b) our application for reimbursement of time spent directly related to representation of the Class; and (c) Lead Counsel's request for attorneys' fees and reimbursement of expenses.[1]

2.    We live in Toronto, Canada.

3.    We are two of the Court-appointed Lead Plaintiffs in the Action, and we were also appointed by the Court to serve as class representatives for the Settlement Class. Clinton Atkinson is also a Lead Plaintiff and class representative.

4.    After consultation with counsel, we approved the Settlement of this case for $1,750,000. Having considered the strengths and weaknesses of the case in light of the risk and expense of continued litigation, we have concluded that the Settlement, on behalf of ourselves and the Settlement Class, is fair, adequate and reasonable.

5.    As Lead Plaintiffs and class representatives for settlement purposes, we participated in the litigation, keeping abreast of developments in this case and news concerning Correvio Pharma. Corp. ("Correvio"). To satisfy our obligations as representatives to the Settlement Class, we engaged in, among other things, the following:

        a.    Reading and discussing with our counsel the Initial Class Action Complaint, (filed by Josh Feierstein);

        b.    Providing counsel with information concerning our transactions in

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated September 3, 2020 (ECF No. 55-1).

1

Correvio securities;

c.    Reviewing and discussing with our counsel the lead plaintiff motion on our behalf;

d.    Reviewing news articles concerning Correvio;

e.    Reviewing the Amended Class Action Complaint;

f.    Discussing with our counsel settlement negotiations and approving, in principle, the proposed settlement; and

g.    Reviewing the settlement documents.

6.    I, Nabil Saad, estimate that I spent approximately 11 hours on the tasks listed in paragraph five.

7.    I, Iuliia Mironova, estimate that I spent approximately 10 hours on the tasks listed in paragraph five.

8.    The time we devoted to representing the Settlement Class in this Action was time that we otherwise would have spent at our jobs, investing, or on other activities, and thus represented a cost to each of us. We respectfully request an award to compensate us for the time and effort we devoted to this litigation on behalf of the Settlement Class.

9.    We understand that Lead Counsel will seek an award of attorneys' fees in the amount of up to 25% of the Settlement Fund. We support Lead Counsel's request for attorneys' fees.

10.   We also support Lead Counsel's request for reimbursement of out-of-pocket litigation expenses.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 3/31/2021

DocuSigned by:

42EBF586EB53406...

Nabil Saad

Executed on 3/31/2021

DocuSigned by:

E984872790144DC...

Iuliia Mironova

3