USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
JOSH FEIERSTEIN, *individually and on behalf of all others similarly situated*
  Plaintiff,

-against-

CORREVIO PHARMA CORP., MARK H.N. CORRIGAN, WILLIAM HUNTER, JUSTIN A. RENZ,

  Defendants.
------------------------------------------------------------ X

19-CV-11361 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a Fairness Hearing in this matter is scheduled for Friday, May 14, 2021, at 2:30 P.M., Dkt. 56;

WHEREAS the Court previously ordered the parties to appear in person, *id.*;

IT IS HEREBY ORDERED that the Fairness Hearing will be conducted remotely. All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 1361. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date: May 6, 2021
New York, New York

_____
**VALERIE CAPRONI**
United States District Judge