USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
JOSH FEIERSTEIN, individually and on behalf of  :
all others similarly situated                   :
                                    Plaintiff,  :
                                                :
              -against-                         :           19-CV-11361 (VEC)
                                                :
CORREVIO PHARMA CORP., MARK H.N.                :           ORDER
CORRIGAN, WILLIAM HUNTER, JUSTIN A.             :
RENZ,                                           :
                                                :
                                    Defendants. :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a Fairness Hearing in this matter is scheduled for Friday, May 14, 2021, at 2:30 P.M., Dkt. 56;

WHEREAS settlement class members were required to submit claims forms in this action by no later than April 20, 2021, Preliminary Order, Dkt. 60 ¶ 10;

WHEREAS lead counsel alleges that 9,516 potential settlement class members were contacted as part of the settlement notice effort, Second Claims Admin. Decl., Dkt. 67-1 ¶ 2;

WHEREAS lead counsel did not provide any information about the number of claims submitted in this action;

WHEREAS Courts use the claims' rate in part to assess whether a settlement is fair and reasonable and to assess whether the class has received adequate notice, *see Hernandez v. Immortal Rise, Inc.*, 306 F.R.D. 91, 100 (E.D.N.Y. 2015); and

WHEREAS Courts also use the claims' rate to assess the quality of representation rendered, *see Espinal v. Victor's Cafe 52nd St., Inc.*, No. 16-CV-8057 (VEC), 2019 WL 5425475, at *3 (S.D.N.Y. Oct. 23, 2019);

IT IS HEREBY ORDERED that, at the Fairness Hearing, lead counsel must be prepared to provide (a) the number of claims submitted; (b) basic data about the relative size and types of claims submitted; and (c) the claims' rate.

**SO ORDERED.**

**Date: May 13, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**