USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

JOSH FEIERSTEIN, *individually and on behalf of all others similarly situated*

                       Plaintiff,

-against-

CORREVIO PHARMA CORP., MARK H.N. CORRIGAN, WILLIAM HUNTER, JUSTIN A. RENZ,

                       Defendants.

------------------------------------------------------------ X

19-CV-11361 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 14, 2021, the parties appeared for a Fairness Hearing in this matter;

IT IS HEREBY ORDERED that by no later than **Wednesday, May 19, 2021**, Lead Counsel must provide the following:

1. An explanation for the $2,520.83 in expenses for "press releases/notice to class members." *See* Fuks Decl. ¶ 95.

2. A high-level overview of the plan of allocation that explains the various dates and amounts per share for each of the different tiers of recovery. *See* Long Form Notice, Ex. C to Bravata Decl., Dkt. 65-1 at 9–11. The overview should not exceed three pages.

3. A proposed order approving the plan of allocation.

**SO ORDERED.**

**Date: May 14, 2021**
**New York, New York**

                                            **VALERIE CAPRONI**
                                            **United States District Judge**