`

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSH FEIERSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORREVIO PHARMA CORP., MARK H.N. CORRIGAN, WILLIAM HUNTER, JUSTIN A. RENZ, and SHEILA M. GRANT,<br><br>Defendants. | Case No.: 1:19-CV-11361-VEC<br><br>Honorable Valerie E. Caproni |

## NOTICE OF PLAINTIFFS' MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS

PLEASE TAKE NOTICE that, pursuant to ¶26 of the parties' Stipulation and Agreement of Settlement filed with this Court on September 3, 2020 (Dkt. No. 55-1), Lead Plaintiffs Clinton Atkinson, Nabil Saad and Iuliaa Mironova, on behalf of themselves and the Settlement Class, will and hereby do move this Court, before the Honorable Valerie E. Caproni, United States District Judge, of the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an order authorizing the distribution of class action settlement funds.

The grounds in support of this Motion are set forth fully in the accompanying (i) Memorandum of Law in Support of Plaintiffs' Motion for Distribution of Class Action Settlement Funds and (ii) Declaration of Josephine Bravata Concerning the Results of the Claims Administration Process.

A proposed Order Granting Motion for Distribution of Class Action Settlement Funds, which grants the requested relief, is also submitted herewith.

Dated: November 11, 2021

Respectfully submitted,

*/s/ Sara Fuks*
**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
Sara Fuks
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: sfuks@rosenlegal.com

*Lead Counsel for Lead Plaintiffs and the Class*