UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSH FEIERSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        vs.<br><br>CORREVIO PHARMA CORP., MARK H.N. CORRIGAN, WILLIAM HUNTER, JUSTIN A. RENZ, and SHEILA M. GRANT,<br><br>                              Defendants. | Case No.: 1:19-CV-11361-VEC<br><br>Honorable Valerie E. Caproni |

**DECLARATION OF JOSEPHINE BRAVATA**
**CONCERNING THE RESULTS OF THE CLAIMS ADMINISTRATION PROCESS**

I, Josephine Bravata, declare as follows:

1.      I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over nineteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over four hundred and twenty-five (425) class action settlements since its inception.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein.

**UPDATE ON THE NOTIFICATION PROCESS**

2.      Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated November 20, 2020 (the "Preliminary Approval Order"), SCS was retained and

1

approved as Claims Administrator in connection with the Settlement[1] of the above-captioned action.

3.       As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated April 6, 2021 and the Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; and (B) Report on Requests for Exclusion and Objections, dated May 6, 2021 (the "Bravata Declarations"), SCS mailed or emailed 1,278 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  SCS then mailed 6,688[2] Postcard Notices to potential Settlement Class Members or nominees. SCS was also notified that one of the Nominee Account Holders had notified 2,828 potential Settlement Class Members of the Settlement by email and provided links to the Notice and Claim Form on the Settlement website.   Since the Bravata Declarations were filed, no additional Postcard Notices have been mailed due to responses from Nominee Account Holders and Institutional Groups, and no additional email notifications have been sent.  A total of 9,516 notices have been disseminated to date.

## UPDATE ON TOLL-FREE PHONE LINE

4.       The Bravata Declarations noted that SCS maintains a toll-free telephone number (1-866-274-4004), which was set forth in the Postcard Notice, Notice, Claim Form, and Summary

---

[1] All capitalized term used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated as of September 3, 2020 (the "Stipulation").

[2] Out of the 9,516 Postcard Notices mailed, we received 15 requests from potential Settlement Class Members to mail them the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice") and Proof of Claim and Release ("Claim Form") (collectively, the "Notice and Claim Form"). Of these 15 requests for the Notice and Claim Form, none were received after the filing of the Bravata Declarations.

Notice. This toll-free helpline was made available for this case on December 9, 2020 for Settlement Class Members to call about the Settlement and/or request a Notice and Claim Form. SCS continues to promptly respond to each telephone inquiry and will continue to address questions from Settlement Class Members.

### UPDATE ON WEBSITE

5.     The Bravata Declarations also noted that on December 9, 2020, SCS established a dedicated webpage on SCS's website, www.strategicclaims.net/correvio, for this case. SCS continues to maintain the webpage. The webpage contains for a current status of the case, case deadlines, and important documents such as the Claim Form, Notice, Postcard Notice, Preliminary Approval Order, and Stipulation. To date, the webpage has received 3,736 pageviews from 2,127 unique users.

### STATUS OF CLAIMS PROCESSING

6.     Through June 30, 2021, 769 Claim Forms (hereafter referred to as "claims") were submitted in connection with this settlement.[3] SCS has carefully reviewed, analyzed, and processed all of these claims, and has responded to all claimant inquiries regarding the action, the settlement and the procedures for filling out the Claim Forms. SCS has also been in close contact with Plaintiffs' Counsel to review the administration process. SCS's Report of Claims Administrator is annexed hereto as **Exhibit A** and described below.

7.     The annexed Report of Claims Administrator sets forth the final status of claims submitted to SCS as follows:

---

[3] SCS has not processed any claims filed after June 30, 2021, or any responses to rejections received after November 7, 2021, due to extreme lateness and because their inclusion would have delayed the finalization of the administration.

a. PROPERLY DOCUMENTED CLAIMS: SCS has identified 246[4] properly documented valid claims. These valid claims represent Recognized Losses of $11,230,001.61[5]. These valid claims were calculated in the manner set forth in the Court-approved Proposed Plan of Allocation of the Net Settlement Fund ("Plan of Allocation"), included in the Notice. **Exhibit B-1** is a spreadsheet of the 238 properly documented and timely submitted claims. **Exhibit B-2** is a spreadsheet of the 8 claims submitted after the Court-approved claims filing deadline, April 20, 2021, and on or before June 30, 2021.

b. INADEQUATELY DOCUMENTED CLAIMS: SCS initially identified 87 inadequately documented claims. SCS mailed or emailed inadequacy notices to each of these claimants, advising them of the nature of their inadequacy and providing them an opportunity to cure. A sample inadequacy notice is annexed hereto as **Exhibit C**. Among these 87 deficient claims, 14 have been successfully cured and are considered valid. The remaining 73 inadequate claimants either did not respond to the inadequacy notice or responded with inadequate documentation and were sent a rejection notice setting forth the reason for their inadequacy. To date, none of the 73 inadequate claimants has objected to or contested this determination. See **Exhibit D** for a list of the inadequate, rejected claimants.

c. INELIGIBLE CLAIMS: In addition to the 73 claims discussed above in paragraph 7.b., SCS has identified 450 claims which we recommend for complete rejection. Included in this category are: (i) claims with shares of Correvio Pharma Corp. ("Correvio") purchased outside of the Settlement Class Period; (ii) claims with no Recognized Losses;

---

[4] This number includes 238 timely filed valid claims and 8 late but otherwise valid claims.
[5] This amount includes Recognized Losses for timely filed, valid claims of $10,402,419.43 and Recognized Losses for late (but otherwise valid) claims of $827,582.18.

(iii) claims filed for common stock other than Correvio; (iv) shares of Correvio that were not purchased or otherwise acquired, but were received or granted by gift, inheritance, or operation of law; (v) claims with shares sold short; (vi) duplicate claims; and (vii) claims which were withdrawn by the beneficial owner.  See **Exhibit E** for a list of these ineligible claims.  We have communicated with these 450 claimants and advised them of our determination.  A sample ineligibility notice is annexed hereto as **Exhibit F**. To date, none of these ineligible claimants has contested their determination.

8.        In anticipation of completing this administration, SCS respectfully requests that the Court reject as untimely any claims received after June 30, 2021, and any responses to deficiency and/or rejection notices received after November 7, 2021.

9.        Should the Court concur with SCS's administrative determinations concerning the claims recommended for acceptance and rejection, SCS recommends the following distribution plan:

(a)        Per the Plan of Allocation, each Authorized Claimant shall be allocated a *pro rata* share of the Net Settlement Fund based on each Authorized Claimant's Recognized Loss as compared to the total Recognized Losses of all 238 Authorized Claimants and 8 late claims, if the late claims are deemed valid by the Court. The Net Settlement Fund will be allocated among all Authorized Claimants whose Distribution Amount is $10.00 or greater.

(b)        In order to encourage Authorized Claimants to cash their distribution checks promptly, and to avoid or reduce future expenses relating to unpaid distribution checks, all checks should bear the notation, "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION 180 DAYS AFTER ISSUE DATE." Similarly, all other checks issued in connection with subsequent distributions shall bear the same notation.

5

(c)    After the initial distribution of the Net Settlement Fund, the Claims Administrator shall make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks. To the extent any monies remain in the fund nine (9) months after the initial distribution, if Lead Counsel, in consultation with the Claims Administrator, determines that it is cost-effective to do so, the Claims Administrator shall conduct a re-distribution of the funds remaining after payment of any unpaid fees and expenses incurred in administering the Settlement, including for such re-distribution, to Authorized Claimants who have cashed their initial distributions and who would receive at least $10.00 from such re-distribution. Additional redistributions to Authorized Claimants who have cashed their prior checks and who would receive at least $10.00 on such additional re-distributions may occur thereafter if Lead Counsel, in consultation with the Claims Administrator, determines that additional re-distributions, after the deduction of any additional fees and expenses incurred in administering the Settlement, including for such re-distributions, would be cost effective. At such time as it is determined that the re-distribution of funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance shall be contributed to non-sectarian, not-for-profit organization(s), to be recommended by Lead Counsel and approved by the Court.

(d)    Authorized Claimants who do not cash their distribution checks within the time allotted will irrevocably forfeit all recovery from the Settlement unless good cause is shown. The funds allocated to all such stale-dated checks will be available for re-distribution to other Authorized Claimants in subsequent distributions, if such distributions are determined to be economically feasible.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 9th day of November 2021, in Media, Pennsylvania.


Josephine Bravata

# EXHIBIT A

## REPORT OF THE CLAIMS ADMINISTRATOR

## CORREVIO PHARMA CORP. SECURITIES LITIGATION

TOTAL # OF CLAIMS……………………………………………………… <u>769</u>

TOTAL # OF APPROVED VALID CLAIMS………………………………… <u>246</u>

TOTAL # OF INELIGIBLE CLAIMS………………………………….... <u>523</u>

     PURCHASED OUTSIDE CLASS PERIOD...................159
     NO RECOGNIZED LOSSES........................................127
     WRONG STOCK .........................................................109
     INADEQUATE DOCUMENTATION ............................73
     SHARES NOT PURCHASED .......................................25
     SHARES SOLD SHORT................................................18
     DUPLICATE CLAIMS ..................................................10
     CLAIM WITHDRAWN ...................................................2

     TOTAL ........................................................................<u>523</u>

TOTAL RECOGNIZED LOSSES ...........................................................$11,230,001.61

**TIMELY, PROPERLY DOCUMENTED CLAIMS**

**EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 2 | 12,975.00 |
| 4 | 3,990.30 |
| 6 | 3,837.20 |
| 7 | 1,128.00 |
| 8 | 2,353.00 |
| 10 | 940.00 |
| 12 | 27,150.00 |
| 24 | 1,765.00 |
| 28 | 5,650.00 |
| 29 | 179,440.42 |
| 31 | 330.00 |
| 32 | 6,492.52 |
| 33 | 1,410.00 |
| 36 | 2,040.84 |
| 37 | 2,047.44 |
| 38 | 39,665.05 |
| 40 | 3,060.00 |
| 45 | 3,921.95 |
| 46 | 159.00 |
| 47 | 666.46 |
| 48 | 10,860.00 |
| 49 | 18,600.00 |
| 50 | 4,728.15 |
| 52 | 4,594.50 |
| 53 | 3,975.00 |
| 54 | 824.95 |
| 55 | 5,378.77 |
| 60 | 26,004.31 |
| 64 | 1,106.74 |
| 65 | 175.83 |
| 66 | 15,816.60 |
| 68 | 4,341.80 |
| 70 | 1,177.00 |
| 72 | 27,026.26 |
| 74 | 693.30 |
| 75 | 1,959.00 |
| 76 | 7.24 |
| 77 | 560.97 |
| 78 | 3,620.00 |
| 80 | 6,627.20 |
| 81 | 9,050.00 |
| 84 | 1,383.05 |
| 85 | 57,886.21 |
| 88 | 20,274.97 |
| 89 | 1,556.00 |
| 91 | 849.00 |
| 92 | 1,510.26 |
| 93 | 3,140.88 |

TIMELY, PROPERLY DOCUMENTED CLAIMS                    **EXHIBIT B-1**

| | |
|---|---:|
| 95 | 11,902.90 |
| 98 | 18,100.00 |
| 99 | 790.50 |
| 102 | 264.00 |
| 105 | 2,704.28 |
| 110 | 465.05 |
| 111 | 88,709.89 |
| 112 | 695.60 |
| 114 | 9,794.00 |
| 115 | 94,607.18 |
| 116 | 87,829.98 |
| 117 | 68,879.72 |
| 118 | 23,500.00 |
| 120 | 57,176.45 |
| 121 | 4,632.20 |
| 123 | 43,466.80 |
| 126 | 2,758.35 |
| 128 | 4,150.00 |
| 129 | 3,293.00 |
| 131 | 36,944.89 |
| 133 | 13,750.00 |
| 135 | 1,590.00 |
| 149 | 5,896.00 |
| 151 | 846.00 |
| 154 | 48,740.00 |
| 155 | 16,181.30 |
| 158 | 108,600.00 |
| 162 | 228.00 |
| 163 | 4,525.00 |
| 164 | 31,241.28 |
| 178 | 114,496.80 |
| 179 | 1,810.00 |
| 180 | 18,100.00 |
| 182 | 1,864.40 |
| 183 | 769.75 |
| 191 | 13,305.56 |
| 192 | 1,049.21 |
| 193 | 66,824.85 |
| 198 | 3,807.08 |
| 201 | 188.00 |
| 202 | 11,142.34 |
| 203 | 1,971.06 |
| 219 | 30,450.00 |
| 225 | 2,150.10 |
| 230 | 136,159.64 |
| 248 | 24,004.68 |
| 249 | 10,400.00 |
| 251 | 10,400.00 |
| 255 | 5,200.00 |

TIMELY, PROPERLY DOCUMENTED CLAIMS          **EXHIBIT B-1**

| | |
|---|---|
| 258 | 10,400.00 |
| 261 | 10,400.00 |
| 262 | 7,240.00 |
| 265 | 137,461.46 |
| 266 | 52,000.00 |
| 268 | 10,400.00 |
| 271 | 28,420.00 |
| 282 | 334.85 |
| 284 | 13,750.00 |
| 285 | 13,750.00 |
| 286 | 13,750.00 |
| 317 | 419,575.15 |
| 323 | 1,810.00 |
| 330 | 3,982.00 |
| 331 | 1,428.80 |
| 333 | 5,888.10 |
| 339 | 8,835.70 |
| 340 | 104,545.03 |
| 341 | 51,503.94 |
| 345 | 25,380.00 |
| 346 | 55,319.47 |
| 355 | 362.00 |
| 356 | 14.00 |
| 359 | 1,961.65 |
| 360 | 30,133.39 |
| 362 | 49,200.00 |
| 363 | 50,500.00 |
| 365 | 118,017.00 |
| 367 | 147,504.80 |
| 368 | 241,800.00 |
| 369 | 1,810.00 |
| 370 | 6,740.00 |
| 371 | 2,054.83 |
| 372 | 36,200.00 |
| 373 | 8,534.50 |
| 374 | 36,200.00 |
| 375 | 23,405.00 |
| 378 | 10,312.75 |
| 379 | 900.00 |
| 383 | 39,912.99 |
| 392 | 3,801.00 |
| 394 | 3,303.16 |
| 443 | 39,312.50 |
| 444 | 18.10 |
| 457 | 5,370.00 |
| 462 | 2,602.65 |
| 463 | 4,174.50 |
| 464 | 6,063.50 |
| 466 | 9,593.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**          **EXHIBIT B-1**

| | |
|---|---|
| 467 | 4,137.00 |
| 468 | 3,470.00 |
| 469 | 13,135.50 |
| 470 | 2,613.40 |
| 471 | 25,992.50 |
| 472 | 5,307.20 |
| 473 | 1,372.50 |
| 475 | 80,677.25 |
| 476 | 10,625.00 |
| 477 | 44,875.00 |
| 480 | 12,968.00 |
| 481 | 2,780.00 |
| 482 | 3,432.00 |
| 484 | 10,860.00 |
| 486 | 13,300.00 |
| 487 | 22,966.80 |
| 488 | 4,525.00 |
| 489 | 6,450.00 |
| 490 | 8,249.70 |
| 492 | 905.00 |
| 494 | 4,525.00 |
| 498 | 20,040.00 |
| 500 | 18,100.00 |
| 501 | 9,050.00 |
| 502 | 18,100.00 |
| 505 | 9,384.85 |
| 506 | 11,699.00 |
| 507 | 18,100.00 |
| 509 | 163.00 |
| 510 | 3,620.00 |
| 516 | 296,831.30 |
| 517 | 7,602.00 |
| 520 | 54.30 |
| 521 | 2,725.00 |
| 523 | 2,725.00 |
| 524 | 12,643.00 |
| 533 | 2,895.00 |
| 534 | 5,400.00 |
| 535 | 1,296.00 |
| 538 | 174.00 |
| 541 | 3,893.31 |
| 545 | 2,235.03 |
| 546 | 8,054.02 |
| 547 | 24,165.04 |
| 548 | 99.19 |
| 549 | 247.43 |
| 550 | 743.38 |
| 553 | 1,810.00 |
| 554 | 3,620.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                          **EXHIBIT B-1**

| | |
|---|---:|
| 557 | 35,077.06 |
| 562 | 80,311.00 |
| 574 | 5,792.00 |
| 580 | 7,818.50 |
| 583 | 11,860.00 |
| 585 | 9,050.00 |
| 587 | 12,389.45 |
| 588 | 16,295.43 |
| 595 | 221,544.00 |
| 596 | 291,102.30 |
| 600 | 52,341.58 |
| 614 | 188.00 |
| 620 | 6,257.00 |
| 621 | 10,573.74 |
| 631 | 126.32 |
| 648 | 1.08 |
| 650 | 183.38 |
| 655 | 8.00 |
| 659 | 6,268.24 |
| 664 | 314.00 |
| 666 | 362.50 |
| 677 | 836.44 |
| 682 | 280.50 |
| 685 | 2,187.50 |
| 691 | 680.00 |
| 695 | 10,400.00 |
| 700 | 88,305.00 |
| 703 | 8,993.89 |
| 704 | 222,298.77 |
| 707 | 3,517,964.59 |
| 708 | 785,163.20 |
| 730 | 12,175.87 |
| 733 | 3,620.00 |
| 734 | 7,240.00 |
| 735 | 1,410.00 |
| 737 | 9,050.00 |
| 738 | 2,552.00 |
| 739 | 1,790.00 |
| 742 | 13,313.72 |
| 766 | 195,500.00 |
| 767 | 152,587.14 |
| 768 | 193,640.00 |
| 769 | 848.70 |
| **TOTAL** | **238  $   10,402,419.43** |

**LATE, PROPERLY DOCUMENTED CLAIMS**          **EXHIBIT B-2**

| Claim # | Recognized Losses |
|--------:|------------------:|
| 380 | 3,249.00 |
| 726 | 10,587.05 |
| 736 | 10,440.00 |
| 750 | 131.94 |
| 751 | 163.10 |
| 755 | 181.00 |
| 759 | 800,813.24 |
| 763 | 2,016.85 |
| **TOTAL**  **8** | **$  827,582.18** |

EXHIBIT C

In re Correvio Class Action Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## DEFICIENCY NOTICE

**CONTROL#:**   51

**August 19, 2021**

**AcctNum**

A review of your claim has revealed some incomplete or missing information.  In order to assist you in completing the claims process, the information required to process your claim has been noted below:

| Description: | Shares: |
| --- | --- |
| Sufficient documentation* detailing all your purchases of Correvio Pharma Corp. common stock between September 5, 2018 and March 10, 2020, inclusive. Please provide proof of purchases for the number of shares to the right. | 200 |

**Please call our office if you may need further clarification of this notice.**

**If you do not return these corrections and the requested information within ten (10) calendar days from the date of this notice, your claim may be deemed ineligible to participate in the distribution of the settlement fund.**

**Note: Please supply the omitted item(s) and return the information, along with this letter, to the address above.**

*Supporting documentation would be broker confirmation slips, monthly statements, 1099's, dividend reinvestment statements,  etc . . . for (1) any transactions of Correvio Pharma Corp. ("Correvio") common stock during the period from September 5, 2018 through March 10, 2020, inclusive; (2) proof of holdings of Correvio common stock at the close of trading on September 4, 2018; and (3) proof of holdings of Correvio common stock at the close of trading on March 10, 2020.

**INADEQUATELY DOCUMENTED CLAIMS**                                    **EXHIBIT D**

| Claim # | Rejection Reason |
|---|---|
| 39 | INADEQUATELY DOCUMENTED CLAIM |
| 41 | INADEQUATELY DOCUMENTED CLAIM |
| 44 | INADEQUATELY DOCUMENTED CLAIM |
| 51 | INADEQUATELY DOCUMENTED CLAIM |
| 71 | INADEQUATELY DOCUMENTED CLAIM |
| 83 | INADEQUATELY DOCUMENTED CLAIM |
| 90 | INADEQUATELY DOCUMENTED CLAIM |
| 104 | INADEQUATELY DOCUMENTED CLAIM |
| 109 | INADEQUATELY DOCUMENTED CLAIM |
| 119 | INADEQUATELY DOCUMENTED CLAIM |
| 138 | INADEQUATELY DOCUMENTED CLAIM |
| 148 | INADEQUATELY DOCUMENTED CLAIM |
| 177 | INADEQUATELY DOCUMENTED CLAIM |
| 197 | INADEQUATELY DOCUMENTED CLAIM |
| 200 | INADEQUATELY DOCUMENTED CLAIM |
| 216 | INADEQUATELY DOCUMENTED CLAIM |
| 291 | INADEQUATELY DOCUMENTED CLAIM |
| 292 | INADEQUATELY DOCUMENTED CLAIM |
| 335 | INADEQUATELY DOCUMENTED CLAIM |
| 354 | INADEQUATELY DOCUMENTED CLAIM |
| 357 | INADEQUATELY DOCUMENTED CLAIM |
| 377 | INADEQUATELY DOCUMENTED CLAIM |
| 399 | INADEQUATELY DOCUMENTED CLAIM |
| 400 | INADEQUATELY DOCUMENTED CLAIM |
| 401 | INADEQUATELY DOCUMENTED CLAIM |
| 402 | INADEQUATELY DOCUMENTED CLAIM |
| 403 | INADEQUATELY DOCUMENTED CLAIM |
| 404 | INADEQUATELY DOCUMENTED CLAIM |
| 405 | INADEQUATELY DOCUMENTED CLAIM |
| 406 | INADEQUATELY DOCUMENTED CLAIM |
| 407 | INADEQUATELY DOCUMENTED CLAIM |
| 408 | INADEQUATELY DOCUMENTED CLAIM |
| 409 | INADEQUATELY DOCUMENTED CLAIM |
| 410 | INADEQUATELY DOCUMENTED CLAIM |
| 411 | INADEQUATELY DOCUMENTED CLAIM |
| 412 | INADEQUATELY DOCUMENTED CLAIM |
| 413 | INADEQUATELY DOCUMENTED CLAIM |
| 414 | INADEQUATELY DOCUMENTED CLAIM |
| 415 | INADEQUATELY DOCUMENTED CLAIM |
| 416 | INADEQUATELY DOCUMENTED CLAIM |
| 417 | INADEQUATELY DOCUMENTED CLAIM |
| 418 | INADEQUATELY DOCUMENTED CLAIM |
| 419 | INADEQUATELY DOCUMENTED CLAIM |
| 420 | INADEQUATELY DOCUMENTED CLAIM |
| 421 | INADEQUATELY DOCUMENTED CLAIM |
| 422 | INADEQUATELY DOCUMENTED CLAIM |
| 423 | INADEQUATELY DOCUMENTED CLAIM |
| 424 | INADEQUATELY DOCUMENTED CLAIM |

**INADEQUATELY DOCUMENTED CLAIMS**                    **EXHIBIT D**

425 INADEQUATELY DOCUMENTED CLAIM
426 INADEQUATELY DOCUMENTED CLAIM
427 INADEQUATELY DOCUMENTED CLAIM
428 INADEQUATELY DOCUMENTED CLAIM
429 INADEQUATELY DOCUMENTED CLAIM
430 INADEQUATELY DOCUMENTED CLAIM
431 INADEQUATELY DOCUMENTED CLAIM
432 INADEQUATELY DOCUMENTED CLAIM
433 INADEQUATELY DOCUMENTED CLAIM
434 INADEQUATELY DOCUMENTED CLAIM
435 INADEQUATELY DOCUMENTED CLAIM
436 INADEQUATELY DOCUMENTED CLAIM
437 INADEQUATELY DOCUMENTED CLAIM
438 INADEQUATELY DOCUMENTED CLAIM
439 INADEQUATELY DOCUMENTED CLAIM
440 INADEQUATELY DOCUMENTED CLAIM
441 INADEQUATELY DOCUMENTED CLAIM
442 INADEQUATELY DOCUMENTED CLAIM
511 INADEQUATELY DOCUMENTED CLAIM
512 INADEQUATELY DOCUMENTED CLAIM
513 INADEQUATELY DOCUMENTED CLAIM
514 INADEQUATELY DOCUMENTED CLAIM
556 INADEQUATELY DOCUMENTED CLAIM
723 INADEQUATELY DOCUMENTED CLAIM
731 INADEQUATELY DOCUMENTED CLAIM

**TOTAL**                                            **73**

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 1 | NO RECOGNIZED LOSSES |
| 3 | WRONG STOCK |
| 5 | WRONG STOCK |
| 9 | WRONG STOCK |
| 11 | WRONG STOCK |
| 13 | WRONG STOCK |
| 14 | WRONG STOCK |
| 15 | WRONG STOCK |
| 16 | WRONG STOCK |
| 17 | WRONG STOCK |
| 18 | WRONG STOCK |
| 19 | WRONG STOCK |
| 20 | WRONG STOCK |
| 21 | WRONG STOCK |
| 22 | WRONG STOCK |
| 23 | WRONG STOCK |
| 25 | WRONG STOCK |
| 26 | NO RECOGNIZED LOSSES |
| 27 | NO RECOGNIZED LOSSES |
| 30 | NO RECOGNIZED LOSSES |
| 34 | NO RECOGNIZED LOSSES |
| 35 | NO RECOGNIZED LOSSES |
| 42 | WRONG STOCK |
| 43 | NO RECOGNIZED LOSSES |
| 56 | NO RECOGNIZED LOSSES |
| 57 | NO RECOGNIZED LOSSES |
| 58 | WRONG STOCK |
| 59 | WRONG STOCK |
| 61 | PURCHASED OUTSIDE CLASS PERIOD |
| 62 | WRONG STOCK |
| 63 | NO RECOGNIZED LOSSES |
| 67 | PURCHASED OUTSIDE CLASS PERIOD |
| 69 | DUPLICATE CLAIM FILED |
| 73 | WRONG STOCK |
| 79 | NO RECOGNIZED LOSSES |
| 82 | WRONG STOCK |
| 86 | WRONG STOCK |
| 87 | NO RECOGNIZED LOSSES |
| 94 | NO RECOGNIZED LOSSES |
| 96 | WRONG STOCK |
| 97 | PURCHASED OUTSIDE CLASS PERIOD |
| 100 | WRONG STOCK |
| 101 | WRONG STOCK |
| 103 | WRONG STOCK |
| 106 | WRONG STOCK |
| 107 | WRONG STOCK |
| 108 | WRONG STOCK |
| 113 | WRONG STOCK |

**INELIGIBLE CLAIMS**

**EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 122 | WRONG STOCK |
| 124 | WRONG STOCK |
| 125 | WRONG STOCK |
| 127 | DUPLICATE CLAIM FILED |
| 130 | WRONG STOCK |
| 132 | WRONG STOCK |
| 134 | NO RECOGNIZED LOSSES |
| 136 | DUPLICATE CLAIM FILED |
| 137 | NO RECOGNIZED LOSSES |
| 139 | WRONG STOCK |
| 140 | WRONG STOCK |
| 141 | WRONG STOCK |
| 142 | WRONG STOCK |
| 143 | WRONG STOCK |
| 144 | WRONG STOCK |
| 145 | WRONG STOCK |
| 146 | WRONG STOCK |
| 147 | WRONG STOCK |
| 150 | WRONG STOCK |
| 152 | WRONG STOCK |
| 153 | WRONG STOCK |
| 156 | WRONG STOCK |
| 157 | WRONG STOCK |
| 159 | WRONG STOCK |
| 160 | WRONG STOCK |
| 161 | WRONG STOCK |
| 165 | WRONG STOCK |
| 166 | WRONG STOCK |
| 167 | WRONG STOCK |
| 168 | WRONG STOCK |
| 169 | WRONG STOCK |
| 170 | WRONG STOCK |
| 171 | WRONG STOCK |
| 172 | WRONG STOCK |
| 173 | WRONG STOCK |
| 174 | WRONG STOCK |
| 175 | WRONG STOCK |
| 176 | WRONG STOCK |
| 181 | WRONG STOCK |
| 184 | PURCHASED OUTSIDE CLASS PERIOD |
| 185 | PURCHASED OUTSIDE CLASS PERIOD |
| 186 | NO RECOGNIZED LOSSES |
| 187 | NO RECOGNIZED LOSSES |
| 188 | NO RECOGNIZED LOSSES |
| 189 | NO RECOGNIZED LOSSES |
| 190 | NO RECOGNIZED LOSSES |
| 194 | PURCHASED OUTSIDE CLASS PERIOD |
| 195 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 196 | NO RECOGNIZED LOSSES |
| 199 | PURCHASED OUTSIDE CLASS PERIOD |
| 204 | SHARES SOLD SHORT |
| 205 | NO RECOGNIZED LOSSES |
| 206 | NO RECOGNIZED LOSSES |
| 207 | PURCHASED OUTSIDE CLASS PERIOD |
| 208 | NO RECOGNIZED LOSSES |
| 209 | NO RECOGNIZED LOSSES |
| 210 | NO RECOGNIZED LOSSES |
| 211 | NO RECOGNIZED LOSSES |
| 212 | PURCHASED OUTSIDE CLASS PERIOD |
| 213 | NO RECOGNIZED LOSSES |
| 214 | NO RECOGNIZED LOSSES |
| 215 | PURCHASED OUTSIDE CLASS PERIOD |
| 217 | PURCHASED OUTSIDE CLASS PERIOD |
| 218 | PURCHASED OUTSIDE CLASS PERIOD |
| 220 | NO RECOGNIZED LOSSES |
| 221 | PURCHASED OUTSIDE CLASS PERIOD |
| 222 | NO RECOGNIZED LOSSES |
| 223 | NO RECOGNIZED LOSSES |
| 224 | NO RECOGNIZED LOSSES |
| 226 | PURCHASED OUTSIDE CLASS PERIOD |
| 227 | PURCHASED OUTSIDE CLASS PERIOD |
| 228 | PURCHASED OUTSIDE CLASS PERIOD |
| 229 | SHARES SOLD SHORT |
| 231 | PURCHASED OUTSIDE CLASS PERIOD |
| 232 | PURCHASED OUTSIDE CLASS PERIOD |
| 233 | SHARES SOLD SHORT |
| 234 | PURCHASED OUTSIDE CLASS PERIOD |
| 235 | PURCHASED OUTSIDE CLASS PERIOD |
| 236 | PURCHASED OUTSIDE CLASS PERIOD |
| 237 | NO RECOGNIZED LOSSES |
| 238 | PURCHASED OUTSIDE CLASS PERIOD |
| 239 | PURCHASED OUTSIDE CLASS PERIOD |
| 240 | PURCHASED OUTSIDE CLASS PERIOD |
| 241 | SHARES SOLD SHORT |
| 242 | SHARES SOLD SHORT |
| 243 | PURCHASED OUTSIDE CLASS PERIOD |
| 244 | PURCHASED OUTSIDE CLASS PERIOD |
| 245 | PURCHASED OUTSIDE CLASS PERIOD |
| 246 | PURCHASED OUTSIDE CLASS PERIOD |
| 247 | SHARES SOLD SHORT |
| 250 | WRONG STOCK |
| 252 | SHARES NOT PURCHASED |
| 253 | WRONG STOCK |
| 254 | WRONG STOCK |
| 256 | WRONG STOCK |
| 257 | WRONG STOCK |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 259 | WRONG STOCK |
| 260 | WRONG STOCK |
| 263 | WRONG STOCK |
| 264 | WRONG STOCK |
| 267 | WRONG STOCK |
| 269 | WRONG STOCK |
| 270 | PURCHASED OUTSIDE CLASS PERIOD |
| 272 | SHARES NOT PURCHASED |
| 273 | PURCHASED OUTSIDE CLASS PERIOD |
| 274 | PURCHASED OUTSIDE CLASS PERIOD |
| 275 | PURCHASED OUTSIDE CLASS PERIOD |
| 276 | PURCHASED OUTSIDE CLASS PERIOD |
| 277 | PURCHASED OUTSIDE CLASS PERIOD |
| 278 | PURCHASED OUTSIDE CLASS PERIOD |
| 279 | PURCHASED OUTSIDE CLASS PERIOD |
| 280 | PURCHASED OUTSIDE CLASS PERIOD |
| 281 | NO RECOGNIZED LOSSES |
| 283 | PURCHASED OUTSIDE CLASS PERIOD |
| 287 | PURCHASED OUTSIDE CLASS PERIOD |
| 288 | PURCHASED OUTSIDE CLASS PERIOD |
| 289 | PURCHASED OUTSIDE CLASS PERIOD |
| 290 | NO RECOGNIZED LOSSES |
| 293 | PURCHASED OUTSIDE CLASS PERIOD |
| 294 | SHARES SOLD SHORT |
| 295 | PURCHASED OUTSIDE CLASS PERIOD |
| 296 | SHARES SOLD SHORT |
| 297 | PURCHASED OUTSIDE CLASS PERIOD |
| 298 | NO RECOGNIZED LOSSES |
| 299 | NO RECOGNIZED LOSSES |
| 300 | PURCHASED OUTSIDE CLASS PERIOD |
| 301 | PURCHASED OUTSIDE CLASS PERIOD |
| 302 | PURCHASED OUTSIDE CLASS PERIOD |
| 303 | PURCHASED OUTSIDE CLASS PERIOD |
| 304 | PURCHASED OUTSIDE CLASS PERIOD |
| 305 | PURCHASED OUTSIDE CLASS PERIOD |
| 306 | NO RECOGNIZED LOSSES |
| 307 | SHARES NOT PURCHASED |
| 308 | SHARES NOT PURCHASED |
| 309 | PURCHASED OUTSIDE CLASS PERIOD |
| 310 | NO RECOGNIZED LOSSES |
| 311 | NO RECOGNIZED LOSSES |
| 312 | NO RECOGNIZED LOSSES |
| 313 | NO RECOGNIZED LOSSES |
| 314 | NO RECOGNIZED LOSSES |
| 315 | PURCHASED OUTSIDE CLASS PERIOD |
| 316 | PURCHASED OUTSIDE CLASS PERIOD |
| 318 | SHARES NOT PURCHASED |
| 319 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 320 | NO RECOGNIZED LOSSES |
| 321 | PURCHASED OUTSIDE CLASS PERIOD |
| 322 | SHARES SOLD SHORT |
| 324 | WRONG STOCK |
| 325 | WRONG STOCK |
| 326 | WRONG STOCK |
| 327 | WRONG STOCK |
| 328 | WRONG STOCK |
| 329 | WRONG STOCK |
| 332 | WRONG STOCK |
| 334 | WRONG STOCK |
| 336 | WRONG STOCK |
| 337 | WRONG STOCK |
| 338 | WRONG STOCK |
| 342 | WRONG STOCK |
| 343 | WRONG STOCK |
| 344 | WRONG STOCK |
| 347 | DUPLICATE CLAIM FILED |
| 348 | NO RECOGNIZED LOSSES |
| 349 | NO RECOGNIZED LOSSES |
| 350 | WRONG STOCK |
| 351 | NO RECOGNIZED LOSSES |
| 352 | WRONG STOCK |
| 353 | WRONG STOCK |
| 358 | WRONG STOCK |
| 361 | DUPLICATE CLAIM FILED |
| 364 | DUPLICATE CLAIM FILED |
| 366 | DUPLICATE CLAIM FILED |
| 376 | DUPLICATE CLAIM FILED |
| 381 | PURCHASED OUTSIDE CLASS PERIOD |
| 382 | PURCHASED OUTSIDE CLASS PERIOD |
| 384 | PURCHASED OUTSIDE CLASS PERIOD |
| 385 | PURCHASED OUTSIDE CLASS PERIOD |
| 386 | PURCHASED OUTSIDE CLASS PERIOD |
| 387 | SHARES NOT PURCHASED |
| 388 | PURCHASED OUTSIDE CLASS PERIOD |
| 389 | PURCHASED OUTSIDE CLASS PERIOD |
| 390 | PURCHASED OUTSIDE CLASS PERIOD |
| 391 | SHARES SOLD SHORT |
| 393 | PURCHASED OUTSIDE CLASS PERIOD |
| 395 | NO RECOGNIZED LOSSES |
| 396 | PURCHASED OUTSIDE CLASS PERIOD |
| 397 | SHARES NOT PURCHASED |
| 398 | NO RECOGNIZED LOSSES |
| 445 | NO RECOGNIZED LOSSES |
| 446 | NO RECOGNIZED LOSSES |
| 447 | NO RECOGNIZED LOSSES |
| 448 | SHARES NOT PURCHASED |

**INELIGIBLE CLAIMS**

**EXHIBIT E**

| Claim # | Rejection Reason |
| --- | --- |
| 449 | NO RECOGNIZED LOSSES |
| 450 | SHARES NOT PURCHASED |
| 451 | SHARES NOT PURCHASED |
| 452 | SHARES NOT PURCHASED |
| 453 | SHARES NOT PURCHASED |
| 454 | PURCHASED OUTSIDE CLASS PERIOD |
| 455 | SHARES NOT PURCHASED |
| 456 | SHARES NOT PURCHASED |
| 458 | SHARES NOT PURCHASED |
| 459 | PURCHASED OUTSIDE CLASS PERIOD |
| 460 | SHARES NOT PURCHASED |
| 461 | SHARES NOT PURCHASED |
| 465 | SHARES NOT PURCHASED |
| 474 | NO RECOGNIZED LOSSES |
| 478 | NO RECOGNIZED LOSSES |
| 479 | NO RECOGNIZED LOSSES |
| 483 | NO RECOGNIZED LOSSES |
| 485 | NO RECOGNIZED LOSSES |
| 491 | NO RECOGNIZED LOSSES |
| 493 | NO RECOGNIZED LOSSES |
| 495 | NO RECOGNIZED LOSSES |
| 496 | NO RECOGNIZED LOSSES |
| 497 | PURCHASED OUTSIDE CLASS PERIOD |
| 499 | NO RECOGNIZED LOSSES |
| 503 | NO RECOGNIZED LOSSES |
| 504 | NO RECOGNIZED LOSSES |
| 508 | PURCHASED OUTSIDE CLASS PERIOD |
| 515 | NO RECOGNIZED LOSSES |
| 518 | SHARES NOT PURCHASED |
| 519 | SHARES NOT PURCHASED |
| 522 | PURCHASED OUTSIDE CLASS PERIOD |
| 525 | PURCHASED OUTSIDE CLASS PERIOD |
| 526 | SHARES NOT PURCHASED |
| 527 | PURCHASED OUTSIDE CLASS PERIOD |
| 528 | PURCHASED OUTSIDE CLASS PERIOD |
| 529 | SHARES NOT PURCHASED |
| 530 | NO RECOGNIZED LOSSES |
| 531 | PURCHASED OUTSIDE CLASS PERIOD |
| 532 | PURCHASED OUTSIDE CLASS PERIOD |
| 536 | SHARES NOT PURCHASED |
| 537 | PURCHASED OUTSIDE CLASS PERIOD |
| 539 | SHARES SOLD SHORT |
| 540 | NO RECOGNIZED LOSSES |
| 542 | NO RECOGNIZED LOSSES |
| 543 | SHARES NOT PURCHASED |
| 544 | SHARES NOT PURCHASED |
| 551 | PURCHASED OUTSIDE CLASS PERIOD |
| 552 | PURCHASED OUTSIDE CLASS PERIOD |

## INELIGIBLE CLAIMS

| Claim # | Rejection Reason |
|---|---|
| 555 | PURCHASED OUTSIDE CLASS PERIOD |
| 558 | PURCHASED OUTSIDE CLASS PERIOD |
| 559 | PURCHASED OUTSIDE CLASS PERIOD |
| 560 | PURCHASED OUTSIDE CLASS PERIOD |
| 561 | WRONG STOCK |
| 563 | PURCHASED OUTSIDE CLASS PERIOD |
| 564 | WRONG STOCK |
| 565 | WRONG STOCK |
| 566 | PURCHASED OUTSIDE CLASS PERIOD |
| 567 | WRONG STOCK |
| 568 | PURCHASED OUTSIDE CLASS PERIOD |
| 569 | PURCHASED OUTSIDE CLASS PERIOD |
| 570 | WRONG STOCK |
| 571 | PURCHASED OUTSIDE CLASS PERIOD |
| 572 | PURCHASED OUTSIDE CLASS PERIOD |
| 573 | PURCHASED OUTSIDE CLASS PERIOD |
| 575 | PURCHASED OUTSIDE CLASS PERIOD |
| 576 | PURCHASED OUTSIDE CLASS PERIOD |
| 577 | PURCHASED OUTSIDE CLASS PERIOD |
| 578 | PURCHASED OUTSIDE CLASS PERIOD |
| 579 | PURCHASED OUTSIDE CLASS PERIOD |
| 581 | NO RECOGNIZED LOSSES |
| 582 | PURCHASED OUTSIDE CLASS PERIOD |
| 584 | PURCHASED OUTSIDE CLASS PERIOD |
| 586 | PURCHASED OUTSIDE CLASS PERIOD |
| 589 | NO RECOGNIZED LOSSES |
| 590 | PURCHASED OUTSIDE CLASS PERIOD |
| 591 | PURCHASED OUTSIDE CLASS PERIOD |
| 592 | PURCHASED OUTSIDE CLASS PERIOD |
| 593 | PURCHASED OUTSIDE CLASS PERIOD |
| 594 | PURCHASED OUTSIDE CLASS PERIOD |
| 597 | CLAIM WITHDRAWN |
| 598 | CLAIM WITHDRAWN |
| 599 | NO RECOGNIZED LOSSES |
| 601 | PURCHASED OUTSIDE CLASS PERIOD |
| 602 | WRONG STOCK |
| 603 | WRONG STOCK |
| 604 | NO RECOGNIZED LOSSES |
| 605 | NO RECOGNIZED LOSSES |
| 606 | NO RECOGNIZED LOSSES |
| 607 | NO RECOGNIZED LOSSES |
| 608 | NO RECOGNIZED LOSSES |
| 609 | NO RECOGNIZED LOSSES |
| 610 | PURCHASED OUTSIDE CLASS PERIOD |
| 611 | SHARES SOLD SHORT |
| 612 | NO RECOGNIZED LOSSES |
| 613 | PURCHASED OUTSIDE CLASS PERIOD |
| 615 | PURCHASED OUTSIDE CLASS PERIOD |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 616 | NO RECOGNIZED LOSSES |
| 617 | PURCHASED OUTSIDE CLASS PERIOD |
| 618 | NO RECOGNIZED LOSSES |
| 619 | PURCHASED OUTSIDE CLASS PERIOD |
| 622 | NO RECOGNIZED LOSSES |
| 623 | NO RECOGNIZED LOSSES |
| 624 | NO RECOGNIZED LOSSES |
| 625 | NO RECOGNIZED LOSSES |
| 626 | NO RECOGNIZED LOSSES |
| 627 | NO RECOGNIZED LOSSES |
| 628 | PURCHASED OUTSIDE CLASS PERIOD |
| 629 | PURCHASED OUTSIDE CLASS PERIOD |
| 630 | NO RECOGNIZED LOSSES |
| 632 | NO RECOGNIZED LOSSES |
| 633 | PURCHASED OUTSIDE CLASS PERIOD |
| 634 | NO RECOGNIZED LOSSES |
| 635 | PURCHASED OUTSIDE CLASS PERIOD |
| 636 | PURCHASED OUTSIDE CLASS PERIOD |
| 637 | NO RECOGNIZED LOSSES |
| 638 | PURCHASED OUTSIDE CLASS PERIOD |
| 639 | NO RECOGNIZED LOSSES |
| 640 | NO RECOGNIZED LOSSES |
| 641 | PURCHASED OUTSIDE CLASS PERIOD |
| 642 | SHARES SOLD SHORT |
| 643 | PURCHASED OUTSIDE CLASS PERIOD |
| 644 | PURCHASED OUTSIDE CLASS PERIOD |
| 645 | PURCHASED OUTSIDE CLASS PERIOD |
| 646 | PURCHASED OUTSIDE CLASS PERIOD |
| 647 | PURCHASED OUTSIDE CLASS PERIOD |
| 649 | PURCHASED OUTSIDE CLASS PERIOD |
| 651 | NO RECOGNIZED LOSSES |
| 652 | PURCHASED OUTSIDE CLASS PERIOD |
| 653 | NO RECOGNIZED LOSSES |
| 654 | PURCHASED OUTSIDE CLASS PERIOD |
| 656 | NO RECOGNIZED LOSSES |
| 657 | PURCHASED OUTSIDE CLASS PERIOD |
| 658 | PURCHASED OUTSIDE CLASS PERIOD |
| 660 | NO RECOGNIZED LOSSES |
| 661 | PURCHASED OUTSIDE CLASS PERIOD |
| 662 | PURCHASED OUTSIDE CLASS PERIOD |
| 663 | PURCHASED OUTSIDE CLASS PERIOD |
| 665 | PURCHASED OUTSIDE CLASS PERIOD |
| 667 | PURCHASED OUTSIDE CLASS PERIOD |
| 668 | PURCHASED OUTSIDE CLASS PERIOD |
| 669 | PURCHASED OUTSIDE CLASS PERIOD |
| 670 | NO RECOGNIZED LOSSES |
| 671 | NO RECOGNIZED LOSSES |
| 672 | PURCHASED OUTSIDE CLASS PERIOD |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 673 | PURCHASED OUTSIDE CLASS PERIOD |
| 674 | PURCHASED OUTSIDE CLASS PERIOD |
| 675 | NO RECOGNIZED LOSSES |
| 676 | PURCHASED OUTSIDE CLASS PERIOD |
| 678 | PURCHASED OUTSIDE CLASS PERIOD |
| 679 | PURCHASED OUTSIDE CLASS PERIOD |
| 680 | NO RECOGNIZED LOSSES |
| 681 | PURCHASED OUTSIDE CLASS PERIOD |
| 683 | PURCHASED OUTSIDE CLASS PERIOD |
| 684 | PURCHASED OUTSIDE CLASS PERIOD |
| 686 | NO RECOGNIZED LOSSES |
| 687 | PURCHASED OUTSIDE CLASS PERIOD |
| 688 | PURCHASED OUTSIDE CLASS PERIOD |
| 689 | NO RECOGNIZED LOSSES |
| 690 | PURCHASED OUTSIDE CLASS PERIOD |
| 692 | PURCHASED OUTSIDE CLASS PERIOD |
| 693 | PURCHASED OUTSIDE CLASS PERIOD |
| 694 | SHARES SOLD SHORT |
| 696 | SHARES SOLD SHORT |
| 697 | SHARES SOLD SHORT |
| 698 | NO RECOGNIZED LOSSES |
| 699 | NO RECOGNIZED LOSSES |
| 701 | WRONG STOCK |
| 702 | PURCHASED OUTSIDE CLASS PERIOD |
| 705 | NO RECOGNIZED LOSSES |
| 706 | NO RECOGNIZED LOSSES |
| 709 | PURCHASED OUTSIDE CLASS PERIOD |
| 710 | NO RECOGNIZED LOSSES |
| 711 | NO RECOGNIZED LOSSES |
| 712 | NO RECOGNIZED LOSSES |
| 713 | NO RECOGNIZED LOSSES |
| 714 | NO RECOGNIZED LOSSES |
| 715 | NO RECOGNIZED LOSSES |
| 716 | NO RECOGNIZED LOSSES |
| 717 | PURCHASED OUTSIDE CLASS PERIOD |
| 718 | NO RECOGNIZED LOSSES |
| 719 | NO RECOGNIZED LOSSES |
| 720 | PURCHASED OUTSIDE CLASS PERIOD |
| 721 | WRONG STOCK |
| 722 | WRONG STOCK |
| 724 | PURCHASED OUTSIDE CLASS PERIOD |
| 725 | PURCHASED OUTSIDE CLASS PERIOD |
| 727 | PURCHASED OUTSIDE CLASS PERIOD |
| 728 | SHARES SOLD SHORT |
| 729 | NO RECOGNIZED LOSSES |
| 732 | DUPLICATE CLAIM FILED |
| 740 | DUPLICATE CLAIM FILED |
| 741 | WRONG STOCK |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---------|------------------|
| 743 | WRONG STOCK |
| 744 | NO RECOGNIZED LOSSES |
| 745 | PURCHASED OUTSIDE CLASS PERIOD |
| 746 | NO RECOGNIZED LOSSES |
| 747 | NO RECOGNIZED LOSSES |
| 748 | NO RECOGNIZED LOSSES |
| 749 | NO RECOGNIZED LOSSES |
| 752 | PURCHASED OUTSIDE CLASS PERIOD |
| 753 | PURCHASED OUTSIDE CLASS PERIOD |
| 754 | PURCHASED OUTSIDE CLASS PERIOD |
| 756 | NO RECOGNIZED LOSSES |
| 757 | NO RECOGNIZED LOSSES |
| 758 | PURCHASED OUTSIDE CLASS PERIOD |
| 760 | SHARES SOLD SHORT |
| 761 | PURCHASED OUTSIDE CLASS PERIOD |
| 762 | PURCHASED OUTSIDE CLASS PERIOD |
| 764 | WRONG STOCK |
| 765 | WRONG STOCK |

**TOTAL**        **450**

EXHIBIT F

In re Correvio Class Action Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

**CONTROL#:**   34

**August 19, 2021**

**ACCOUNT#:**

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
|---|---|
| For any shares purchased and sold in the same inflation period, the recognized loss is $0.00.  The inflation was the same on the date of the purchase and sale. Correvio Pharma Corp. ("Correvio") common stock purchased or otherwise acquired from September 5, 2018 through and including December 5, 2019 must have been held through the close of trading on December 5, 2019; or Correvio common stock purchased or otherwise acquired from December 6, 2019 through and including December 10, 2019, must have been held through the close of trading on December 10, 2019. | 1000 |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than twenty (20) calendar days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Lead Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.